AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| John M. Kluge | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02462-JMS-DLP |
| Brownsburg Community School Corporation, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John M. Kluge, Plaintiff                   .

Date:    06/19/2019

s/ Roscoe Stovall, Jr.
*Attorney's signature*

Roscoe Stovall, Jr., Indiana Attorney No. 723-55
*Printed name and bar number*
Roscoe Stovall, Jr.
456 N. Meridian Street
Suite 507
Indianapolis, IN 46204

*Address*

rosstovall@gmail.com
*E-mail address*

(317) 831-3999
*Telephone number*

(317) 762-0111
*FAX number*