IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff. | ) | Cause No.: 1:19-cv-2242-RLY-MJD |
| | ) | |
| vs. | ) | |
| | ) | |
| LEBANON COMMUNITY SCHOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lebanon Community School Corporation
1810 N. Grant Street
Lebanon, IN  46052

Date:   June 26, 2019   /s/ *Brent R. Borg*
                                      Brent R. Borg, Atty. No: 27415-29

                                      Brent R. Borg
                                      Print Name

                                      Church Church Hittle + Antrim
                                      10765 Lantern Road, Suite 201
                                      Fishers, IN 46038
                                      Bborg@cchalaw.com
                                      Tel: 317-773-2190
                                      Fax: 317-572-1609

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of June 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system.  Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

| | |
|---|---|
| Brett E. Osborne<br>HOCKER & ASSOCIATES, LLC<br>6626 E. 75th Street, Suite 410<br>Indianapolis, IN  46250 | Kent M. Frandsen<br>PARR RICHEY FRANDSEN PATTERSON KRUSE, LLP (Lebanon)<br>225 W. Main Street<br>P.O. Box 668<br>Lebanon, IN 46052 |
| Michael L. Schultz<br>PARR RICHEY FRANDSEN PATTERSON KRUSE, LLP (Indianapolis)<br>251 N. Illinois Street, Suite 1800<br>Indianapolis, IN  46204 | |

                                              /s/ *Brent R. Borg*_____
                                              Brent R. Borg, Atty. No: 27415-29