UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| JOHN M. KLUGE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BROWNSBURG COMMUNITY<br>SCHOOL CORPORATION,<br>JAMES SNAPP, Superintendent of<br>Brownsburg Community School<br>Corporation, in his official capacity,<br>PHIL UTTERBACK, President of the<br>Brownsburg Community School<br>Corporation School Board, in his<br>official capacity,<br>JODI GORDON, Human Resources<br>Director of Brownsburg Community School<br>Corporation, in her official capacity, and<br>BRET DAGHE, Principal of Brownsburg<br>Community School Corporation High<br>School, in his official capacity,<br><br>　　　　Defendants. | Case No. 1:19-cv-02462-JMS-DLP |

**DECLARATION OF LAURA SUCEC IN SUPPORT OF
INDIANA YOUTH GROUP, INC.'S MOTION TO INTERVENE AS A DEFENDANT**

I, Laura Sucec, declare as follows:

　　　1.　　I am the mother of Aidyn Sucec, a student in Plaintiff John Kluge's orchestra class during the 2017–2018 school year. I am an Indiana resident over eighteen (18) years of age, and make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

　　　2.　　I submit this declaration in support of Indiana Youth Group, Inc.'s ("IYG") motion to intervene.

DC: 7101378-14

### Aidyn's Experience at Brownsburg High School

3. Aidyn, who is currently 16 years old, came out to me as transgender in middle school toward the end of his eighth grade year. Aidyn has been dealing with anxiety and depression since he was in the second grade. During the spring of 2017, Aidyn was diagnosed with gender dysphoria—significant distress that is caused by a discrepancy between a person's gender identity and that person's sex assigned at birth. Aidyn received, and continues to receive, appropriate treatment by medical professionals.

4. After coming out as transgender, Aidyn began taking steps to socially transition, including, as relevant here, using a name and pronouns that match his gender. As a result of living and expressing himself as the person he is in all aspects of life, Aidyn's emotional well-being has improved noticeably.

5. During the summer before Aidyn's freshman year, I approached the administration at Brownsburg High School to change his name and gender in the school's database. I wanted his new teachers to be introduced to him as Aidyn to ensure that he would have a positive and healthy introduction to high school.

6. In accordance with the school's request, I submitted two letters in June 2017 to BCSC to request a change to Aidyn's records in order to correct his name to Aidyn and gender to male. One of the letters I submitted was from myself, and one was from Aidyn's medical provider. The school contacted me to let me know that the name change had been accepted, effective prior to the start of the school year.

7. Most of Aidyn's teachers and administrators at Brownsburg High School were supportive of his transition and name change. For instance, Aidyn's French teacher, who had previously worked with Aidyn in middle school, made a point to let Aidyn know that she supported

him. In addition, the school changed the welcome message in the school's online system so that it read "Welcome Aidyn."

8. Plaintiff John Kluge was the exception. Aidyn informed me that Mr. Kluge referred to Aidyn by only his last name—calling him "Sucec" in class. Often, Mr. Kluge would avoid calling him by any name at all. Mr. Kluge also avoided using pronouns with Aidyn altogether. Aidyn explained to me that this behavior was in stark contrast to how Mr. Kluge treated his students who are not transgender, whom he would sometimes refer to either by their first names (particularly in the extra-curricular environment) or as "Mr./Ms. [Last Name]."

9. During middle school, Aidyn absolutely loved orchestra. But being treated differently from his non-transgender classmates made Aidyn miserable because he felt as if Mr. Kluge was refusing to acknowledge his personhood and identity. Given his daily negative interactions with Mr. Kluge and the anxiety it caused Aidyn, he decided to stop taking orchestra despite having played the violin for years. Seeing Aidyn treated this way and watching him decide to stop playing an instrument that brought him joy made me very upset.

10. I am frustrated and hurt that Mr. Kluge feels that he has the right to deride and humiliate a student for his identity, depriving Aidyn of his dignity and humanity in front of his peers. I likewise am frustrated that Mr. Kluge refuses to acknowledge the medical consensus about gender dysphoria; the fact that his transgender students may be receiving treatment in accordance with medical standards of care; and that Mr. Kluge's own behavior could cause or exacerbate the distress often experienced by transgender young people when they are rejected and dismissed for who they are. Additionally, I am hurt that Mr. Kluge apparently believes he can supersede the decisions that I make about the way that I support and care for my child. By refusing to call Aidyn

by his name, Mr. Kluge is not only disrespecting Aidyn and causing other students discomfort, but he also is telling me that he knows better than I what is in my child's best interest.

11. Mr. Kluge's inflammatory comments about transgender people have exposed Aidyn and other transgender students to hostility from some members of our community. Transgender youth, such as Aidyn, are trying to establish their place in the world, and that is difficult enough even in a supportive, welcoming environment. Mr. Kluge made Brownsburg High School the opposite of that for Aidyn: in treating Aidyn differently from non-transgender students, Mr. Kluge exposed Aidyn's transgender status to the entire school community and made a private matter public.

12. The controversy following Mr. Kluge's resignation and the harassment and bullying that Aidyn suffered at the beginning of the 2018–2019 school year was too much for Aidyn to handle. He no longer wanted to attend Brownsburg High School, and we made the decision to withdraw him from the school.

13. During the 2018–2019 school year, Aidyn attended Indiana Agriculture and Technology School, a charter school where he has done much better, both emotionally and academically. He is a high achieving student and on track to graduate early. He is optimistic about his future as he contemplates which colleges he will apply to after graduation.

14. Almost everyone Aidyn interacts with accepts him for who he is, refers to him accurately as Aidyn, and uses male pronouns when pronouns are appropriate. For instance, Aidyn is a referee for the Hendricks Community Soccer League, and the players and officials in the league have accepted him for who he is and refer to him as Aidyn.

15. Aidyn has also legally changed his name from the stereotypical female first name he was given at birth to Aidyn. His birth certificate and social security card have been corrected

and, when he applies for his driver's license in the near future, it will also reflect his name – Aidyn Sucec.

### Support for IYG

16. As Aidyn's parent, I believe it is important for IYG to be permitted to intervene in this lawsuit and advocate for the rights of transgender students at Brownsburg Community School Corporation schools, including Brownsburg High School.

17. Aidyn has been going to the IYG Youth Activity Center for more than four years, starting when he was in middle school. Through IYG, he has met many of his long-term friends, who have served as a great support system for him and other LGBTQ students. Aidyn also discussed Mr. Kluge's treatment of him with IYG staff, who counseled him on how he should cope with what was going on. Based on my experience as Aidyn's parent, I know that IYG is a very valuable resource that provides support for a vulnerable community that needs it.

18. Mr. Kluge's allegations and claims in this case—particularly as they relate to Aidyn—are in direct conflict with IYG's efforts to support transgender and gender nonconforming students at Brownsburg High School. I can think of no better organization to give a voice to Aidyn and the transgender and gender nonconforming students still enrolled at the school.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 8/21/19

Laura J Sucec
Laura Sucec