UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-02462-JMS-DLP |
| ) | |
| BROWNSBURG COMMUNITY ) | |
| SCHOOL CORPORATION, ) | |
| JAMES SNAPP, Superintendent of ) | |
| Brownsburg Community School ) | |
| Corporation, in his official capacity, ) | |
| PHIL UTTERBACK, President of the ) | |
| Brownsburg Community School ) | |
| Corporation School Board, in his ) | |
| official capacity, ) | |
| JODI GORDON, Human Resources ) | |
| Director of Brownsburg Community School ) | |
| Corporation, in her official capacity, and ) | |
| BRET DAGHE, Principal of Brownsburg ) | |
| Community School Corporation High ) | |
| School, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF AIDYN SUCEC IN SUPPORT OF
INDIANA YOUTH GROUP, INC.'S MOTION TO INTERVENE AS A DEFENDANT**

I, Aidyn Sucec, declare as follows:

1. I am a sixteen-year-old Indiana resident. I am also transgender. I was a student in Plaintiff John Kluge's orchestra class in fall 2017 and spring 2018. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

2. During my time at Brownsburg High School, I was a member of the Brownsburg High School Equality Alliance ("Equality Alliance"), a student-run gender and sexuality alliance

("GSA") at the school dedicated to providing support and creating a safe space for LGBTQ students and student allies. I know that there were at least two transgender student members of the Equality Alliance during the 2018-2019 school year. I understand that they both either have joined, or will shortly join, the Equality Alliance in the current school year. The Equality Alliance directly benefits from the support, programs, and services of Indiana Youth Group, Inc. ("IYG") as a member of IYG's Indiana GSA Network. I personally participated in IYG programs and services while attending Brownsburg High School and am still actively engaged in those programs and services.

3.  I submit this declaration in support of IYG's motion to intervene.

**Coming Out As Transgender**

4.  From an early age, I struggled with my identity, knowing that there was something different about me. I have been dealing with anxiety and depression since the second grade, but despite receiving counseling and treatment for anxiety and depression, I continued to experience significant emotional and mental health issues that I did not understand and could not resolve.

5.  In the spring of 2017, when I was in the eighth grade, I came out as transgender to my mom and other family members. I was also diagnosed with gender dysphoria and received treatment from medical providers to help alleviate my gender dysphoria.

6.  Since coming out as transgender, I have taken steps to socially transition. I changed my name to Aidyn, and asked others to use the pronouns "he" and "him" to refer to me. I also recently corrected my legal name on my birth certificate and my social security card. My family and friends refer to me as Aidyn. Indeed, everybody in my life now refers to me as Aidyn.

7. Being addressed and recognized as Aidyn was critical to helping alleviate my gender dysphoria. My emotional and mental health significantly improved once my family and friends began to recognize me as who I am.

8. To help with my progress, in the summer of 2017 and before my freshman year at Brownsburg High School, my mother spoke to my guidance counselor about me being transgender, and discussed steps the school could take to ensure my safety and well-being, including use of my name and pronouns. Following that conversation, my mother and therapist both submitted a letter requesting that my name be corrected to Aidyn and my gender to male in the Brownsburg Community School Corporation ("BCSC") "PowerSchool" database.

9. All of my teachers except Mr. Kluge used my correct name and pronouns. Aside from my interactions with Mr. Kluge, I never felt that I was targeted or treated differently by my other teachers at Brownsburg High School because I am transgender.

**My Experience with John Kluge**

10. I have been playing the violin since the sixth grade. In middle school, I participated in the orchestra program where I first met Mr. Kluge. He would occasionally visit the middle school for joint events between the high school and middle school orchestras.

11. I was a student in Mr. Kluge's orchestra class during my freshman year (fall 2017 and spring 2018). My problems with Mr. Kluge began immediately. On the first day of class, when a substitute teacher was filling in for Mr. Kluge, the teacher called me my prior and incorrect name in front of the entire class, and I was given a folder with the incorrect name written on it. I am not sure how that name ended up on the folder, as by this point my name had been recorded as Aidyn in the "PowerSchool" database. Being called by the stereotypical female

name I no longer used or acknowledge (i.e., my "dead name") in front of all the other students was intensely humiliating and traumatizing.

12. The problems continued from there. During the fall semester, Mr. Kluge refused to call me Aidyn. Instead, Mr. Kluge either referred to me as "Sucec" (my last name) or he avoided calling me by any name and instead simply nodded or waved in my direction. Moreover, while Mr. Kluge referred to me by my last name only, he would sometimes refer to other students in the same class using Mr. or Ms. (Last Name), and less frequently, by their first names.

13. I spent an hour a day for 180 days with Mr. Kluge, watching as he avoided me and other transgender students. Mr. Kluge's behavior made me feel alienated, upset, and dehumanized. It made me dread going to orchestra class each day, and I felt uncomfortable every time I had to talk to him one-on-one. In addition, Mr. Kluge's behavior was noticeable to other students in the class. At one point, my stand partner asked me why Mr. Kluge wouldn't just say my name. I felt forced to tell him that it was because I'm transgender.

14. I discussed Mr. Kluge's behavior with my therapist several times as part of my ongoing treatment for gender dysphoria. Mr. Kluge's behavior was also discussed multiple times at meetings of the Equality Alliance. I also discussed what was happening with Mr. Kluge at IYG multiple times, including with IYG staff. By the end of the first semester, in December of 2017, I told my mother that I did not want to continue taking orchestra during my sophomore year.

15. The controversy around Mr. Kluge's resignation during the summer of 2018 is why I no longer attend Brownsburg High School. When I returned for my sophomore year, several students made negative and derogatory remarks towards me and suggested that I had

been responsible for Mr. Kluge leaving the school. For example, during Sophomore convocation, a student called me "the fag that got Kluge fired."

16. These incidents, in combination with my ongoing health struggles, made me feel that I could not return to school at Brownsburg High School. I left Brownsburg High School in August 2018.

## My Participation in the Brownsburg High School Equality Alliance and IYG Programs

17. I believe it is important that IYG be permitted to represent the interests of current students at Brownsburg High School like me. I have transgender and gender nonconforming friends who still attend Brownsburg High School and who would be impacted by Mr. Kluge's reinstatement, especially if teachers are allowed "exceptions" to nondiscrimination and other policies BCSC has established thus far to help support and protect them.

18. IYG is an organization that supports LGBTQ youth in Indiana. I have interacted with IYG both independently and through my involvement with the Equality Alliance. During the 2017–2018 school year, I was the freshman representative of the Equality Alliance. At the time, there were approximately ten transgender or gender nonconforming members of the Equality Alliance.

19. The Equality Alliance would meet regularly on Tuesdays and would also hold events, such as going to see *Love, Simon*, a film about a gay teenager. In spring 2018, while I was still a student at Brownsburg High School, the Equality Alliance did a presentation at IYG's Youth Summit about how to run a successful GSA. The presentation came about because Rob Bunner, IYG's GSA Coordinator at the time, visited our student-run group on several occasions, and told us that he was very impressed with how well it was run.

20. My experience with IYG extends far beyond my involvement with the Equality Alliance. I have been an active member of IYG for several years and serve on the IYG Youth Council. I have been visiting IYG's LGBTQ Youth Activity Center since I was twelve years old and continue to visit IYG on a regular basis. While I was a student at Brownsburg High School during the 2017–2018 school year, I visited IYG approximately once a week. I have met many of my long-term friends through IYG.

21. Most of the time I visit IYG, it is simply to meet and hang out with other LGTBQ students my age. However, I have also participated in many of IYG's programs, including "Gender Verse," a group where youth can discuss both the positive and negative experiences of being transgender or gender nonconforming. I have also participated in IYG's "Girls Who Like Girls" and "Guys Who Like Guys" programs, as well as several other programs that are no longer running.

22. Through these programs and initiatives, I have personally experienced how IYG seeks to promote the safe and healthy development of LGBTQ students in Indiana schools. I think IYG's programs are effective in supporting transgender young people like me and youth who need support and resources related to being a member of the LGBTQ community. Being a member of the Equality Alliance made me feel supported as a transgender student at Brownsburg High School, and going to IYG programs has made it much easier for me to deal with the different issues connected to me being transgender.

23. Based on my personal experience, I believe Mr. Kluge's lawsuit is detrimental to IYG's objectives and programs. IYG seeks to support and protect transgender students like me at all BCSC schools and throughout Indiana. If Mr. Kluge were to prevail in his lawsuit, high school teachers could refuse to address transgender students by their correct names and pronouns

6

or follow other rules established for the benefit of all students. From my own experience, I believe this would seriously harm students' health and undermine IYG's mission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 8/21/19

Aidyn Sucec