IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN M. KLUGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-02462-JMS-DLP |
| | ) | |
| BROWNSBURG COMMUNITY | ) | |
| SCHOOL CORPORATION, | ) | |
| DR. JAMES SNAPP, Superintendent | ) | |
| of Brownsburg Community School | ) | |
| Corporation, in his official capacity; | ) | |
| PHIL UTTERBACK, President of the | ) | |
| Brownsburg Community School | ) | |
| Corporation School Board, in his | ) | |
| official capacity; JODI GORDON, | ) | |
| Human Resources Director of | ) | |
| Brownsburg Community School | ) | |
| Corporation, in her official capacity; | ) | |
| and DR. BRET DAGHE, Principal of | ) | |
| Brownsburg Community School | ) | |
| Corporation High School, in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO STAY INITIAL PRE-TRIAL CONFERENCE, RESPONSIVE PLEADING DEADLINE, AND CASE MANAGEMENT ORDER**

Comes now Defendants (collectively, the "School"), by counsel, and for their Motion to Stay Initial Pre-Trial Conference, Responsive Pleading Deadline, and Case Management Order, state as follows:

1.  On July 30, 2019, the Court entered an order setting an initial pre-trial conference for September 10, 2019, at 9:30 a.m. EST. As part of its order, the Court required the parties to submit a proposed case management order on or before September 3, 2019.

1

2.      On August 22, 2019, Indiana Youth Group, Inc. ("IYG"), moved to intervene as a defendant. Any response to the motion to intervene is currently due on or before September 5, 2019, with any reply thereto due seven days after any response is filed. A motion to extend these deadlines is pending. (*See* dkt. 34.)

3.      In light of the pending Motion to Intervene, the School requests that the Court stay the September 10, 2019, initial pre-trial conference and resulting case management order until IYG's motion to intervene is resolved. The School submits that a stay is appropriate because, if IYG is allowed to intervene, it will not have had an opportunity to consult with the other parties concerning the various deadlines and procedures set forth in the proposed case management order. The School further submits that the more efficient route for the Court and the parties is to first resolve IYG's Motion to Intervene. Thereafter, the Court can reschedule the initial pre-trial conference as appropriate.

4.      In addition, the School requests that the Court stay the School's current responsive pleading deadline of September 9, 2019. IYG has indicated that if it is allowed to intervene, it anticipates filing a motion to dismiss all claims. The School also intends to file a motion to dismiss all claims. The School submits that a stay of its current responsive pleading deadline will allow the Court and the parties to first focus on the Motion to Intervene, followed by a motion or motions to dismiss, as appropriate.

5.      On August 30, 2019, the undersigned participated in a telephone call with Henry Liu, counsel for IYG, and Roscoe Stovall, Jr., counsel for Plaintiff. IYG's counsel indicated his client does not object to this Motion. Plaintiff's counsel indicate his client did not object to staying the initial pre-trial conference and case management order, but was undecided on whether to object to stay the School's responsive pleading deadline.

2

6.      This Motion is not intended for delay, but rather to allow the Court to rule on the Motion to Intervene and then proceed with a motion or motions to dismiss, as well as an initial pre-trial conference (if necessary), in a more orderly and efficient fashion.

Wherefore, the School respectfully requests that the Court grant this Motion and stay its current answer deadline, the initial pre-trial conference, and the case management order until resolution of the motion to intervene and further order from the Court.

Respectfully Submitted,

/s/ Brent R. Borg
Brent R. Borg, Atty. No. 27415-29
Alexander P. Pinegar, Atty. No. 26543-49
Church Church Hittle + Antrim
10765 Lantern Road, Suite 201
Fishers, IN  46038
317-773-2190

Attorneys for Defendants Brownsburg Community School Corporation, Dr. James Snapp, Phil Utterback, Jodi Gordon, and Dr. Bret Daghe

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system.  Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system:

Kevin E. Green
Kevin Green Associates
456 N. Meridian Street, #1517
Indianapolis, IN  46204

*Attorney for John M. Kluge*

Roscoe Stovall, Jr.
Roscoe Stovall, Jr. & Associates
2 West Main Street
Mooresville, IN 46158

*Attorney for John M. Kluge*

D. Jean Veta
Henry Liu
William Isasi
Isaac Belfer
COVINGTON & BURLING, LLP
One City Center
850 Tenth St., N.W.
Washington, D.C. 20001

*Attorneys for Indiana Youth Group, Inc.*

Michael J. Cork
Michael J. Cork, Esq.
5754 N. Delaware St.
Indianapolis, IN  46220-2528

*Attorney for John M. Kluge*

Barbara J. Baird
The Law Office of Barbara J. Baird
445 N. Pennsylvania St.
Indianapolis, IN 46204

*Attorney for Indiana Youth Group, Inc.*

Paul Castillo
Lambda Legal Defense and Education Fund, Inc.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219-6722

*Attorneys for Indiana Youth Group, Inc.*

/s/ Brent R. Borg
Brent R. Borg, Atty. No. 27415-29

4