IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN M. KLUGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-02462-JMS-DLP |
| | ) | |
| BROWNSBURG COMMUNITY | ) | |
| SCHOOL CORPORATION, | ) | |
| DR. JAMES SNAPP, Superintendent | ) | |
| of Brownsburg Community School | ) | |
| Corporation, in his official capacity; | ) | |
| PHIL UTTERBACK, President of the | ) | |
| Brownsburg Community School | ) | |
| Corporation School Board, in his | ) | |
| official capacity; JODI GORDON, | ) | |
| Human Resources Director of | ) | |
| Brownsburg Community School | ) | |
| Corporation, in her official capacity; | ) | |
| and DR. BRET DAGHE, Principal of | ) | |
| Brownsburg Community School | ) | |
| Corporation High School, in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Come now Defendants, by counsel, and move the Court to dismiss Plaintiff's First Amended Complaint and Demand for Jury Trial pursuant to Federal Rule of Civil Procedure 12(b)(6). A Brief in Support, which explains why dismissal is warranted, has been filed contemporaneously with this Motion.

Wherefore, Defendants request that the Court grant their Motion to Dismiss Plaintiff's First Amended Complaint, and for all other just and proper relief.

Respectfully Submitted,

/s/ Brent R. Borg
Brent R. Borg, Attorney No. 27415-29
Alexander P. Pinegar, Attorney No. 26543-49
Church Church Hittle + Antrim
10765 Lantern Road, Suite 201
Fishers, IN  46038
317-773-2190

Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of September 2019, a true and exact copy of the

foregoing was filed electronically via the Court's Electronic filing system.  Notice of this filing

was sent to the following persons by operation of the Court's Electronic filing system:

Kevin E. Green
Kevin Green Associates
456 N. Meridian Street, #1517
Indianapolis, IN  46204
keglegal@aol.com

Roscoe Stovall, Jr.
Roscoe Stovall, Jr. & Associates
2 West Main Street
Mooresville, IN 46158
rstovall@roscoelaw.com

Isaac C. Belfar
William Isasi
Henry Liu
D. Jean Veta
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
ibelfer@cov.com
wisasi@cov.com
hliu@cov.com
jveta@cov.com

Camilla B. Taylor
Lambda Legal Defense and Education Fund, Inc.
10 W Adams, Suite 2600
Chicago, IL  60603
ctaylor@lambdalegal.org

Michael J. Cork
Michael J. Cork, Esq.
5754 N. Delaware St.
Indianapolis, IN  46220-2528
cork0@icloud.com

Barbara J. Baird
Law Office of Barbara J. Baird
445 Northwest Pennsylvania Street, Suite 401
Indianapolis, IN  46204
bjbaird@bjbairdlaw.com

Paul D. Castillo
Lambda Legal Defense and Education Fund, Inc.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX  75219
pcastillo@lambdalegal.org

/s/ *Brent R. Borg*_____
Brent R. Borg, Atty No: 27415-29