UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **JOHN M. KLUGE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-2462-JMS-DLP |
| | ) | |
| **BROWNSBURG COMMUNITY** | ) | |
| **SCHOOL CORPORATION,** | ) | |
| **DR. JAMES SNAPP**, Superintendent | ) | |
| of Brownsburg Community School | ) | |
| Corporation, in    his official capacity; | ) | |
| **PHIL UTTERBACK**, President of the | ) | |
| Brownsburg Community School | ) | |
| Corporation School Board, in his | ) | |
| official capacity; **JODI GORDON**, | ) | |
| Human Resources Director of | ) | |
| Brownsburg Community School | ) | |
| Corporation, in her official capacity; | ) | |
| and **DR. BRET DAGHE**, Principal of | ) | |
| Brownsburg Community School | ) | |
| Corporation High School, in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX TO PLAINTIFF'S RESPONSE IN OPPOSITION TO INDIANA YOUTH GROUP, INC.'S MOTION TO INTERVENE AS A DEFENDANT**

1. Declaration of John M. Kluge

2. Declaration of Natalie Gain

3. Declaration of Lauren Bohrer

---

4. Declaration of Kennedy Roberts

5. Declaration of Mary Jacobson

6. Declaration of Jeff Gracey

## Certificate Of Service

I certify that on this 19th day of September 2019, an accurate copy of the foregoing Appendix to Plaintiff's Response in Opposition to Indiana Youth Group, Inc.'s Motion to Intervene as a Defendant was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Kevin E. Green*
Kevin E. Green