UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:19-cv-2462-JMS-DLP |
| | ) |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, DR. JAMES SNAPP, Superintendent of Brownsburg Community School Corporation, in his official capacity; PHIL UTTERBACK, President of the Brownsburg Community School Corporation School Board, in his official capacity; JODI GORDON, Human Resources Director of Brownsburg Community School Corporation, in her official capacity; and DR. BRET DAGHE, Principal of Brownsburg Community School Corporation High School, in his official capacity, | ) |
| | ) |
| Defendants. | ) |

### John M. Kluge Declaration in Support of Plaintiff's Objection to Indiana Youth Group, Inc.'s Proposed Intervention

I, John M. Kluge, declare as follows:

1. I am an adult Indiana resident. I make this declaration based on my own personal knowledge. If called as a witness I could and would testify competently to the matters set forth herein.

2. I am the Plaintiff in the referenced litigation, and I make this declaration

voluntarily.

3. I was a Music and Orchestra teacher at Brownsburg High School during the 2017–2018 school year.

4. In that position, I became acquainted with a student known as Aidyn Sucec, who was in one of my classes.

5. During that school year, Aidyn presented as a transgender male and "Aidyn" was a new transgender name and not a legal name.

6. To the best of my knowledge, I had one other transgender student in the class Aidyn attended.

7. I have reviewed Aidyn Sucec's and Laura Sucec's declarations in support of Indiana Youth Group, Inc.'s motion to intervene in the referenced lawsuit. I disagree with many of Aidyn's and Laura's statements.

8. Prior to the start of the 2017-2018 school year, the administration informed teachers at Brownsburg High School (BHS) of a rule change regarding student names in the database known as Power School. The change was that transgender students were able to change the name they used, provided a parent and a medical professional agreed.

9. The administration did not inform BHS teachers that any student could change his or her name in that fashion, just transgender students.

10. I objected to using those new transgender names, based on my sincerely-held religious beliefs.

11. I informed the administration of my objection and, ultimately, we agreed to an accommodation that consisted of me addressing all students by

their last names only, much like a sports coach.

12. This practice was not much different from my practice during the previous year, when I referred to students by their last names, preceded by honorifics, such as "Mr.", "Miss," or "Ms." I addressed students in that fashion, in an effort to make the teaching environment similar to a college level class.

13. During the 2017-2018 academic year, I referred to all students by their last names, without any honorifics, as noted in the previous paragraph.

14. However, because of my initial refusal to use "transgender" names, I was suspended for the first three days of the 2017-2018 school year. I subsequently requested the accommodation.

15. As a result of the suspension, a substitute teacher presided over my classes during that period. I was not expecting to need a substitute teacher.

16. I was never advised by the administration that class folders for transgender students were required to be changed to reflect the "new" transgender name chosen by that student and I did not intentionally mislabel Aidyn Sucec's class folder to cause embarrassment.

17. Upon my return and for the duration of the academic year, I used the agreed last-names-only accommodation for all students and not just transgender students.

18. I did not, at any time during the school year, treat any transgender student, including Aidyn Sucec, any differently than any other student.

19. I did not avoid, embarrass, demean, ridicule, harass, deride, or humiliate Aidyn Sucec, or otherwise treat Aidyn Sucec differently than any

other students.

20. I did not attempt to counsel Aidyn Sucec or any student regarding gender dysphoria or my personal beliefs, and I did not act in a manner intended to override decisions made by a student's parent or medical professional.

21. I have not made inflammatory comments about transgender students or taken any other action intended to subject transgender students to hostility within the Brownsburg, Indiana community.

22. One of my goals in bringing this lawsuit is to resume teaching music and orchestra with an accommodation that honors my religious beliefs, but it is not my goal to discriminate against or harass students with gender dysphoria.

I declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: September 19, 2019

John M. Kluge