UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE,<br><br>   Plaintiff,<br><br>   v.<br><br>BROWNSBURG COMMUNITY<br>SCHOOL CORPORATION,<br>DR. JAMES SNAPP, Superintendent<br>of Brownsburg Community School<br>Corporation, in his official capacity;<br>PHIL UTTERBACK, President of the<br>Brownsburg Community School<br>Corporation School Board, in his<br>official capacity; JODI GORDON,<br>Human Resources Director of<br>Brownsburg Community School<br>Corporation, in her official capacity;<br>and DR. BRET DAGHE, Principal of<br>Brownsburg Community School<br>Corporation High School, in his<br>official capacity,<br><br>   Defendants. | CASE NO. 1:19-cv-2462-JMS-DLP |

**Lauren Bohrer Declaration in Support of John Kluge's Objection to
Indiana Youth Group, Inc.'s Proposed Intervention**

I, Lauren Bohrer, declare as follows:

   1. I am a 16 year-old Indiana resident. I make this declaration based on my own personal knowledge. If called as a witness I could and would testify competently to the matters set forth herein.

   2. I submit this declaration in support of John Kluge's opposition to IYG's motion to intervene.

3. I was a student in Mr. John Kluge's orchestra class at Brownsburg High School in the fall of 2017 and spring of 2018.

4. Aidyn Sucec was also a student in Mr. John Kluge's orchestra class at Brownsburg High School in the fall of 2017 and spring of 2018.

5. I am currently enrolled at Brownsburg High School. During my time at BCSC I have participated in several school sponsored clubs and extra-curricular activities. I have participated in FCA (Fellowship of Christian Athletes). I was an officer in Drama Club and I am currently actively volunteering in Tech as part of the stage crew for school plays. I am a good student and an active participant in the Brownsburg High School community.

**My Experience With John Kluge**

6. During the time I spent in class with John Kluge and Aidyn Susec, I did not hear Mr. Kluge ever call students by gendered prefixes. Orchestra is by default a larger than average class with about 40 students in the class. There were very few individual interactions with any of the students. It was rare that Mr. Kluge had occasion to call on any individual student directly unless they raised their hand to ask a question.

7. The class was so large that after the first few weeks of class he ceased calling out last names to take attendance. Instead of calling roll by last name Mr. Kluge began taking attendance by sections. He noted the students that were absent instead of calling out names. This took much less time.

8. On the few instances Mr. Kluge referred to me individually in class, it was only as "Bohrer."

9. Mr. Kluge never once brought up the use of only last names or made known to our class his reason for using only last names. I did not find it odd and Mr. Kluge did not seem uncomfortable addressing us in this fashion. I never suspected that it was anything other than the easiest way for him to address us as our last names are listed first in PowerSchool.

**My experience with transgender students in Mr. Kluge's class**

10. Aside from Aidyn, I knew of one trans student in our class. For part of the year this student was my stand partner. When this student asked my opinion on transgender identity, I was respectful and honest about my Christian convictions. My stand mate was not dehumanized by our discussion, and I was not forced to hide my beliefs to show kindness or be respectful. We respected each other's opinions.

11. I never saw Mr. Kluge treat my stand-mate any differently than cisgender students, and I never saw or heard about any animosity between them. My stand mate never told me that they disliked Mr. Kluge's behavior or that Mr. Kluge had been unfair to them.

**My experience with Aidyn Sucec**

12. I do not know Aidyn Sucec personally. Although we did not socialize in or out of school, some of my friends had interactions with her that made me very hesitant to engage or interact with her due to a reputation for confrontational and aggressive behavior toward people who did not strictly conform to her mindset. We were in the same orchestra class, but as we played different instruments we were seated in different sections.

13. My hesitation to interact with Aidyn Susec was confirmed. In the fall semester of 2018, Aidyn Susec targeted me. On Friday, August 3, 2018 I attended our school convocation. Each grade was called down individually, and we filed into the gymnasium by class. During the convocation I sat with friends from class, and in the brief conversation we had prior to the start of the conversation, Mr. Kluge's resignation was being discussed. I stated that I was unsure what had happened, and it was mentioned that he had been fired for using student's last names.

14. The next school day, Monday August 6 2018, I was in class when I received a pass. I had no idea what the pass meant, but I was informed by another student that the passes were for the principal's office. Upon realization of this I was initially extremely embarrassed as the whole class saw me receive the pass. I became worried and afraid because I had no clue what I could have done to be called out and embarrassed in front of my peers. On the way to the office, I texted my mother to notify her of the situation because I knew I had done nothing wrong, and I was terrified.

15. When I got to Principal, Corey Ebert's office, he had been informed that another student, -Aidyn Sucec- had accused me of calling her a "faggot". At first I was confused. I did not even know the definition of the word, nor had I ever said it anywhere, let alone directed it at another classmate.

16. Due to Aidyn Susec's false allegations, my male principal was forced to expose me to the definition of a hateful, sexually charged slur. As a girl, being forced to listen to a male authority figure speak about this word to me

was humiliating and demoralizing. I felt violated. I could not understand how this could be happening to me. I sobbed through most of the interrogation. I had never been in any kind of trouble, and from my Mr Ebert's description of the heinous slur, I understood the gravity of the claims that were being leveled against me.

17. After it finally became evident to Mr. Ebert that he was being used to attack me through his position of power, he conceded that he had looked into my background and that it seemed like an unlikely action on my part and dismissed me. No further action with me was ever taken on the matter.

I declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 9/19/2019

Lauren Bohrer