UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. |
| 1:19-cv-2462-JMS-DLP ) | |
| ) | |
| BROWNSBURG COMMUNITY ) | |
| SCHOOL CORPORATION, ) | |
| DR. JAMES SNAPP, Superintendent ) | |
| of Brownsburg Community School ) | |
| Corporation, in his official capacity; ) | |
| PHIL UTTERBACK, President of the ) | |
| Brownsburg Community School ) | |
| Corporation School Board, in his ) | |
| official capacity; JODI GORDON, ) | |
| Human Resources Director of ) | |
| Brownsburg Community School ) | |
| Corporation, in her official capacity; ) | |
| and DR. BRET DAGHE, Principal of ) | |
| Brownsburg Community School ) | |
| Corporation High School, in his ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

**Kennedy Roberts Declaration in Support of John Kluge's Objection to
Indiana Youth Group, Inc. Proposed Intervention**

    1. The 2017-18 school year, my freshman year of high school, was not easy. With harder classes and friends coming and going, it was a struggle. Orchestra has been an outlet for me, a fun, safe place to be where everyone was treated equally and supported each other and that stayed constant throughout that year. Mr. Kluge was one of my favorite teachers, the energy he put into conducting our orchestra and creating a fun classroom environment is incomparable to any teacher I've had.

2. In eighth grade, he would come to the middle school and helped the cellos with a song we were working on. I knew, even before I officially had him as a teacher, that he always wanted to help his students and treated everyone with equality.

3. During the school year, he always called everyone by their last names, which I never knew the reason as to why, but I never really thought anything of it. It's just what he did. He called on me daily for attendance at first, maybe 5-8 times over the year.

4. Towards the beginning of the school year there was a meeting about the orchestra taking a trip to Cincinnati, I wanted to go but I didn't really have many friends in the orchestra at the time. Mr. Kluge encouraged me to make friends and wanted me to be included. He cares about his students.

5. Even now, having him as a private lesson teacher for one year, he cares about how I am doing in orchestra and encourages me to do better. From what I could tell, he treated everyone this way, no one was singled out in front of the class or intentionally treated disrespectfully.

6. Going into sophomore year (the 2018-19 school year) everyone had an opportunity to try out for the advanced orchestra. I didn't try out but a few of the other cellos did and they would've gotten in but Mr. Kluge knew that there were sophomores that have been waiting to get in and gave them the spots in the symphony orchestra. This is yet another example of how Mr Kluge treated everyone with fairness.

7. Mr. Kluge exposed his faith through his actions but never imposed his religion or talked about what he personally believed was right or wrong.

I declare under the penalty of perjury, that the above statement is true and correct, to the best of my knowledge and belief.

___*Kennedy Roberts*___
          Kennedy Roberts

Date _9/19/19_