UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, <br><br> Plaintiff, <br><br> v. <br> 1:19-cv-2462-JMS-DLP <br><br> BROWNSBURG COMMUNITY SCHOOL CORPORATION, DR. JAMES SNAPP, Superintendent of Brownsburg Community School Corporation, in his official capacity; PHIL UTTERBACK, President of the Brownsburg Community School Corporation School Board, in his official capacity; JODI GORDON, Human Resources Director of Brownsburg Community School Corporation, in her official capacity; and DR. BRET DAGHE, Principal of Brownsburg Community School Corporation High School, in his official capacity, <br><br> Defendants. | CASE NO. |

## Mary Jacobson Declaration in Support of John Kluge's Objection to Indiana Youth Group, Inc.'s Proposed Intervention

I, Mary Jacobson, declare as follows:

1. I am a 17 year-old Indiana resident. I make this declaration based on my own personal knowledge. If called as a witness I could and would testify competently to the matters set forth herein.

2. I am aware that, as a minor, I have a right to privacy and I voluntarily waive that right as it relates to this declaration.

3. I was a student of Mr. John Kluge in the Fall of 2017 and Spring of 2018. That school year, Mr. Kluge was my teacher for two separate classes. I was a student in both his Music Theory class and also his Advanced Orchestra classes that year.

## My Experience With Mr. John Kluge

4. I saw Mr. Kluge for two periods of my schedule during the fall of 2017 and spring of 2018. During that time, Mr. Kluge only referred to me by my last name.

5. Of the two classes in which I was a student, Music Theory and Advanced Orchestra, I never heard Mr. Kluge refer to students by their first name, or by any gendered prefix or pronouns.

6. I never heard Mr. Kluge discuss his use of last names with any student or give any explanation for it. His use of last names was not unnatural sounding. I never heard any students question him about it, and I never brought up the topic to him myself.

7. During the two classes I attended in the 2017-2018 school year I did not see or hear Mr. Kluge in conflict with any students nor did I witness any students receiving different treatment than the rest of the class received.

8. Mr. Kluge is a wonderful teacher. The kindness and fairness in his teaching make a positive impact on any student who is open and honest

classroom demeanor. His absence from Brownsburg Community Schools is a great loss to all of the students who have been robbed of his positive impact.

I declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 9/19/19

*Mary Jacobson* (signature)

Mary Jacobson