UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN M. KLUGE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-2462-JMS-DLP |
| | ) | |
| BROWNSBURG COMMUNITY | ) | |
| SCHOOL CORPORATION, | ) | |
| DR. JAMES SNAPP, Superintendent | ) | |
| of Brownsburg Community School | ) | |
| Corporation, in his official capacity; | ) | |
| PHIL UTTERBACK, President of the | ) | |
| Brownsburg Community School | ) | |
| Corporation School Board, in his | ) | |
| official capacity; JODI GORDON, | ) | |
| Human Resources Director of | ) | |
| Brownsburg Community School | ) | |
| Corporation, in her official capacity; | ) | |
| and DR. BRET DAGHE, Principal of | ) | |
| Brownsburg Community School | ) | |
| Corporation High School, in his | ) | |
| official capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

**Jeff Gracey's Declaration in Support of John Kluge's Objection to Indiana Youth Group, Inc.'s Proposed Intervention**

I, Jeff Gracey, declare as follows:

    1.  I am a 58 year-old Indiana resident. I make this declaration based on my own

personal knowledge.  If called as a witness I could and would testify competently to the matters set forth herein.

2.  I am a parent of a Brownsburg Community School Corporation student. I became aware of the situation with the school district after seeing a social media post by a Brownsburg resident about Mr. Kluge that included Indiana Family Institute's petition to the BCSC school board about Mr. Kluge's situation and the district's new transgender policies.

3.  After further investigation, I realized that the school had given a set of "guidelines" to the staff based on questions the teacher's had submitted to the administration regarding transgender students.  At the time that the Q&A was circulated to the staff, there were no specific policies or handbook changes established through the school board that were accessible to students or parents.

4.  As a parent of eight children, with one left in BCSC I felt it necessary to involve myself with this issue as it was indicative of a larger issue.  The school board and administration had issued directives to the staff without informing the public.  Rather than speaking about the topic openly at a public meeting, the staff was privately instructed to handle issues with the student body.

5.  In addition to the names and pronouns the staff were to use, the guidelines handed down to the teaching staff addressed the use of self-ID in the restrooms.  The disciplinary measures for students who did not feel comfortable using cross-sex pronouns, and the expectation for the staff to not intervene, but instead seek out a counselor if there was concern a student was abusing the open restroom policy.

6.  I have always prided myself in my involvement in the community, and I'm currently a member of the Brownsburg Redevelopment Commission.  I try to inform

myself of issues that affect my family and myself.  That said, the details that had begun to come out about Mr. Kluge's situation and the policies surrounding shocked me.

    7.  When Mr. Kluge's situation was slated to be discussed at the next school board meeting, I took the opportunity to speak about my frustrations with the lack of transparency on the part of the school board.

    8.  I've met Mr. Kluge at most 6 times.  Before the evening of the school board meeting on June 11, 2018 regarding Mr. Kluge's resignation, we had never met or spoken to each other.

    9.  My first impression of Mr. Kluge was that he was very mild mannered, intelligent, and polite.  After I did meet and interact with him, I found him to be not aggressive or confrontational in the slightest.

    10.  At the school board meeting, Mr. Kluge addressed the board with passion, and when it was made clear that he would not be successful in retaining his position, he wept.

    11.  The first time I saw Sucec speak was at the school board meeting about Mr. Kluge's resignation.  Before the evening of the June 11 school board meeting I had never met or spoken with either of the declarants Aidyn Sucec or her mother Laura.

    12.  Aidyn Sucec spoke at the meeting that night as well.  She seemed comfortable speaking, and according to her it was off the cuff and unscripted.

    13.  Even though she stated her speech was impromptu, it came across as well practiced or coached.  Sucec's tone was defiant and aggressive when speaking about "Kluge" as she called him.  She also called out another adult speaker by name whom with she disagreed.  Sucec was at ease in her rebuttals to the adults she called out,

and it was jarring for me to hear a child address an in such a confrontational manner.

14. She confirmed that Mr. Kluge had in fact only ever addressed students by their last names.  She went on to state that she "knew" what he was thinking.  In Sucec's own words, her line of thought is based on an unknowable opinion, not on any observable fact.

15.  After the school board meeting Sucec's interview on the news was posted to one of the local boards on Facebook.  The video interview began with Sucec holding a puppy saying, "We're going to be famous".  My initial impression of Sucec's opportunistic motivations in this conflict were reinforced.

16.  Once again she seemed well coached, hitting all the usual talking points that surround this topic.  Sucec seemed enthused about the prospect of Mr. Kluge losing his job, and she seemed to give more attention to criticizing Mr. Kluge and his religious beliefs than the prospect of the school enacting the policies she and her mother had campaigned for.

17.  To me this seemed like a personal vendetta or a means to force others to use their voices to reinforce their ideology.  It did not seem that it was a campaign to inspire a change or create a more accepting or comfortable environment for the transgender students in Brownsburg Community School Corporation.

18. I have read the declarations filed by Laura and Aidyn Sucec, and I find many of statements they put forward to be outright false.  From what I have personally seen, I do not believe Aidyn Sucec to be a transgender male.

19. A friend texted my wife in June of 2019 that she had seen Sucec at Walmart and that she looked and presented as female.  Currently Sucec's social media states that she now prefers the pronouns they/them.

20. On August 7, 2019 Sucec was posting pictures of herself on Tumblr and referring to herself as a "femme dyke" which I understand to mean her to be a feminine lesbian. There are no recent photographs or posts that state or even imply that Sucec believes herself to be a transgender boy.

21. Both Laura and Aidyn Sucec claim in their filings that Aidyn continues to identify as a boy. I cannot reconcile these statements from what I have seen posted by Sucec on social media.

22. What I found is completely contrary to the language used in both the Sucec's filings. It seems impossible that this is an honest mistake considering the dates of the posts made and the dates on the filings.

I declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 9/18/19

*[signature]*

Jeff Gracey