UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **JOHN M. KLUGE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-2462-JMS-DLP |
| | ) | |
| **BROWNSBURG COMMUNITY SCHOOL CORPORATION,** **DR. JAMES SNAPP,** Superintendent of Brownsburg Community School Corporation, in his official capacity; **PHIL UTTERBACK,** President of the Brownsburg Community School Corporation School Board, in his official capacity; **JODI GORDON,** Human Resources Director of Brownsburg Community School Corporation, in her official capacity; and **DR. BRET DAGHE,** Principal of Brownsburg Community School Corporation High School, in his official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## APPENDIX TO REPLY IN SUPPORT OF INDIANA YOUTH GROUP, INC.'S MOTION TO INTERVENE AS A DEFENDANT

1. Declaration of Samuel Willis in Support of Indiana Youth Group, Inc.'s Motion to Intervene as a Defendant

2. Declaration of Craig Lee in Support of Indiana Youth Group, Inc.'s Motion to Intervene as a Defendant

3. Stephen T. Russell, et al., *Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth*, 63 J. Adolescent Health 503–05 (2018)

October 3, 2019                                        Respectfully submitted,

/s/ *Isaac C. Belfer*

Barbara J. Baird
The Law Office of Barbara J. Baird
445 N. Pennsylvania St.
Indianapolis, IN 46204
Phone: (317) 854-5400
bjbaird@bjbairdlaw.com

Paul Castillo♦
Camilla Taylor*♦
Taylor Brown**♦
Lambda Legal
3500 Oak Lawn Avenue
Suite 500
Dallas, TX 75219-6722
Phone: (214) 219-8585
pcastillo@lambdalegal.org
ctaylor@lambdalegal.org
tbrown@lambdalegal.org
* Chicago Office
** New York Office

D. Jean Veta♦
Henry Liu♦
William Isasi♦
Isaac C. Belfer♦
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
jveta@cov.com
hliu@cov.com
wisasi@cov.com
ibelfer@cov.com

♦ *Admitted pro hac vice*

*Counsel for Indiana Youth Group*