UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-02462-JMS-DLP |
| ) | |
| BROWNSBURG COMMUNITY ) | |
| SCHOOL CORPORATION, ) | |
| JAMES SNAPP, Superintendent of ) | |
| Brownsburg Community School ) | |
| Corporation, in his official capacity, ) | |
| PHIL UTTERBACK, President of the ) | |
| Brownsburg Community School ) | |
| Corporation School Board, in his ) | |
| official capacity, ) | |
| JODI GORDON, Human Resources ) | |
| Director of Brownsburg Community School ) | |
| Corporation, in her official capacity, and ) | |
| BRET DAGHE, Principal of Brownsburg ) | |
| Community School Corporation High ) | |
| School, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF CRAIG LEE IN SUPPORT OF
INDIANA YOUTH GROUP, INC.'S MOTION TO INTERVENE AS A DEFENDANT**

I, Craig Lee, declare as follows:

1. I am a teacher at Brownsburg High School. I am an Indiana resident over eighteen (18) years of age and make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

2. I have been a teacher for twelve years. For more than nine years, I have been a teacher at Brownsburg High School. I teach U.S. government and sociology.

3. In addition to my teaching duties, I also serve as faculty advisor for the Brownsburg High School Equality Alliance. I have been the faculty advisor for the Equality Alliance for nine years.

4. The Equality Alliance is a club that gathers on a weekly basis to discuss issues that impact the LGBTQ community, and also serves as a safe space for students who identify as LGBTQ. The number of students who attend Equality Alliance meetings can vary from approximately 12 to 40. There are at least four transgender students at Brownsburg High School who attend Equality Alliance meetings on a regular basis.

5. The Equality Alliance is a member of the Indiana GSA Network administered by the Indiana Youth Group ("IYG"). IYG staff have visited the Equality Alliance regularly to give presentations, and a few years ago the Equality Alliance was invited to give a presentation at IYG's annual youth summit.

6. During Equality Alliance meetings, we have a policy of not using names when discussing offensive or insensitive behavior of other students and faculty. During the 2017-2018 school year, I heard students discuss how they were being treated "in orchestra class," or "by the orchestra teacher." I understood these to be references to John Kluge, the orchestra teacher at Brownsburg High School.

7. Mr. Kluge's behavior was a frequent topic of conversation during Equality Alliance meetings. Students in Mr. Kluge's class said that they found not being called by their first names to be insulting and disrespectful. Transgender students felt strongly that they wanted others to acknowledge their corrected names, and Mr. Kluge's refusal to do so hurt them. These students also felt like it was their presence that caused Mr. Kluge's behavior, which made them

feel isolated and targeted. I relayed the students' concerns to the principal of Brownsburg High School and the assistant superintendent of the Brownsburg Community School Corporation.

8. Multiple times, Equality Alliance members mentioned that Mr. Kluge would occasionally "slip-up," and use first names or gendered honorifics (e.g., "Mr." or "Miss") rather than last names. Some students also expressed that they felt that Mr. Kluge avoided acknowledging transgender students who raised their hands in class.

9. Mr. Kluge's behavior was also the subject of discussion outside of the Equality Alliance. One student who was not a member of the Equality Alliance, but was in Mr. Kluge's orchestra class, approached me to tell me that Mr. Kluge's use of last names made him feel incredibly uncomfortable, even though he did not identify as LGBTQ. The student said that he found Mr. Kluge's use of last names very awkward because he was fairly certain that all the students knew why Mr. Kluge had switched to using last names, and that it made the transgender students in Mr. Kluge's orchestra class stand out. This student told me that he felt bad for his transgender classmates. He also mentioned that there were other students who felt this way as well.

10. Notwithstanding significant efforts by Brownsburg High School to promote an inclusive environment for LGBTQ students, Brownsburg High School students still have to cope with anti-LGTBQ harassment outside the classroom. Equality Alliance members report being called homophobic slurs by other students on a fairly regular basis. At one of the most recent meetings of the Equality Alliance, a student complained that another student had called him a homophobic slur.

11. I know Aidyn Sucec personally, as a former member of the Equality Alliance while he attended Brownsburg High School. During the 2017-2018 school year, Aidyn presented

as and was known publicly to be transgender. It is my understanding that Aidyn was deeply hurt by the way Mr. Kluge treated him.

4

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 10/2/19

_____
Craig Lee