UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
| | ) |
|        *Plaintiff*, | ) |
| | ) |
|     vs. | )   No. 1:19-cv-2462-JMS-DLP |
| | ) |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, | ) |
| | ) |
|        *Defendant*. | ) |

## **ORDER**

The Court previously denied a motion filed by Indiana Youth Group, Inc. ("IYG") seeking to intervene as a defendant in this matter. [Filing No. 70.] Nevertheless, the appearances of counsel for IYG remain of record.

Counsel has two options: They can move to withdraw their appearance or move to amend their appearance to reflect IYG as an interested party. Counsel shall file the motion they choose on or before June 10, 2020.

Should counsel choose to maintain their appearance for IGY as an interested party, all parties are advised that during the pendency of their appearance, counsel for IYG will have access through the Court's Case Management / Electronic Filing ("CM/ECF") system to all documents in this matter, including documents that are filed restricted from public view because access is limited to case participants only.

If any party wishes to request that the Court restrict IYG's access to any document filed in this matter, counsel for that party should file a Motion for Leave to File Restricted Access Document, pursuant to these instructions. The Motion should recite facts demonstrating good

1

cause to maintain the document under seal and restricted from public access, including access by IYG, despite its relevance to resolution of this matter, supported by relevant authority. The Motion should set forth the nature of the document for which the restriction is requested and the parties to which the requested restriction would apply and should state whether any party – including IYG – opposes the proposed restriction.

Consistent with Local Rule 7-1 (Motion Practice) and Local Rule 5-11 (Filing Under Seal – Civil Cases) any opposition to a Motion for Leave to File Restricted Access Document must be filed within 14 days of service of the Motion, and must include a supporting statement explaining why the document should not be restricted.

If the Court denies the Motion, the Clerk will remove the restriction after 21 days, absent a Fed. R. Civ. P. 72(a) objection, motion to reconsider, appeal, or further Court order.

Date: 6/3/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**