UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:19-cv-2462-JMS-DLP |
| | ) |
| BROWNSBURG COMMUNITY | ) |
| SCHOOL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR DISCOVERY CONFERENCE REGARDING NON-PARTY, INDIANA YOUTH GROUP, INC.'S PRIVILEGE LOG**

**Introduction**

Plaintiff, John M. Kluge ("Kluge"), under S.D. Ind. L.R. 37-1, requests that the Court set a discovery conference with non-party, Indiana Youth Group, Inc. ("IYG"), regarding its refusal to provide information about documents identified in an IYG privilege log. The privilege log was submitted in response to Kluge's subpoena to IYG for certain communications between IYG and Defendant, Brownsburg Community School Corporation ("BCSC").

**Plaintiff's Subpoena to IYG and IYG's Privilege Log**

Effective May 5, 2020, Plaintiff served IYG's counsel with a subpoena for documents, including evidence of communications between IYG and BCSC and between counsel for both parties. IYG responded on May 19, 2020, with objections, but produced no

documents or a privilege log. On May 27, counsel for Plaintiff, including Michael Cork and Kevin Green, met and conferred via telephone conference with counsel for IYG, including Komal Shah, Isaac Belfer, and William Isasi. Isaac Belfer then sent a "confirming" letter of June 8, asserting there were no responsive documents that were not privileged, Kluge should seek to obtain the discovery from BCSC first, and that a privilege log would be provided for any documents for which a privilege was claimed.

On July 7, IYG produced the privilege log attached as Exhibit 1. IYG claims a "common interest privilege" for thirteen emails, some with attachments. Eight of the thirteen emails are from IYG counsel to BCSC employee, Craig Lee, a teacher and faculty advisor of the BCSC Equality Alliance Club for the past nine years. (Doc. 58-2, ¶¶ 3–4). The Equality Alliance Club is a member of the Indiana GSA Network administered by IYG. (Id., ¶ 5).

Plaintiff Kluge responded on July 8, noting that *In re Bridgestone/Firestone, Inc., ATX, ATX II*, 129 F. Supp. 2d 1207, 1218-19 (S.D. Ind. 2001), directs parties in the Southern District of Indiana to use a privilege log containing the following:

> (1) the name and job title or capacity of the author(s)/originator(s); (2) the names of all person(s) who received the document or a copy of it and their affiliation (if any) with the producing party; (3) a general description of the document by type (e.g., letter, memorandum, report); (4) the date of the document; and (5) a general description of the subject matter of the document.

This comports with Fed. R. Civ. P. 26(b)(5), "Claiming Privilege or Protecting Trial-Preparation Materials," which requires:

> (A) Information Withheld. When a party withholds information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, the party must:
>
> (i) expressly make the claim; and
> (ii) describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim.

Komal Shah, IYG's counsel, acknowledged Plaintiff's "request" on July 15 and said IYG would respond "soon." But IYG has not responded.

IYG's privilege log does not contain a general description of any document's subject matter. It states that the documents are all emails, some with attachments, and that they contain confidential information between IYG and Craig Lee or BCSC's counsel, which constitutes attorney work product subject to the common interest doctrine. In order to fairly evaluate the privilege claimed, Plaintiff needs a general description of the subject matter of the emails and attachments.

Therefore, Plaintiff Kluge requests the Court set a discovery conference for the purpose of discussing IYG's failure to provide a complete privilege log.

                                   Respectfully submitted,

                                   */s/ Michael J. Cork*
                                   Michael J. Cork, Esq.
                                   5754 N. Delaware St.
                                   Indianapolis, IN 46220-2528
                                   317-517-4217
                                   Cork0@icloud.com

/s/ *Kevin E. Green*
Kevin E. Green
456 N. Meridian Street
Suite 1517
Indianapolis, IN 46204
317-437-5002
keglegal@aol.com

Attorneys for Plaintiff, John M. Kluge

### CERTIFICATE OF SERVICE

I certify that on September 8, 2020, an accurate copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. I further certify that on September 7, 2020, an accurate copy of the foregoing was served upon the following counsel for Indiana Youth Group, Inc., via email.

| Komal Shah | Isaac Belfer | William Isasi |
|---|---|---|
| KShah@cov.com | IBelfer@cov.com | WIsasi@cov.com |

/s/ *Kevin E. Green*
Kevin E. Green