UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19-cv-2462-JMS-DLP |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO WITHDRAW
MOTION FOR DISCOVERY CONFERENCE REGARDING NON-PARTY,
INDIANA YOUTH GROUP, INC.'S PRIVILEGE LOG**

Plaintiff, John M. Kluge ("Kluge"), requests leave to withdraw his motion for a discovery conference (Doc. 99) with non-party, Indiana Youth Group, Inc. ("IYG"), regarding its privilege log, since IYG capitulated on September 11 and submitted a revised privilege log with a general description of the subject matter of the documents which IYG claims are privileged.

As discovery progresses, Plaintiff reserves the right to challenge IYG and Brownsburg Community School Corporation's claim that the subject documents constitute attorney work product subject to the common interest doctrine.

Respectfully submitted,

*/s/ Michael J. Cork*
Michael J. Cork, Esq.
5754 N. Delaware St.
Indianapolis, IN 46220-2528
317-517-4217
Cork0@icloud.com


*/s/ Kevin E. Green*
Kevin E. Green
456 N. Meridian Street
Suite 1517
Indianapolis, IN 46204
317-437-5002
keglegal@aol.com

Attorneys for Plaintiff, John M. Kluge


## CERTIFICATE OF SERVICE

I certify that on September 16, 2020, an accurate copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. I further certify that on September 16, 2020, an accurate copy of the foregoing was served upon the following counsel for Indiana Youth Group, Inc., via email.

| Komal Shah | Isaac Belfer | William Isasi |
|---|---|---|
| KShah@cov.com | IBelfer@cov.com | WIsasi@cov.com |

*/s/ Michael J. Cork*
Michael J. Cork