UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-02462-JMS-DLP |
| | ) |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion for Briefing Schedule on Cross-Motions for Summary Judgment, Dkt. [108]. The Court, having fully reviewed the matter, now **GRANTS** said motion. The Court now enters the following schedule:

- Plaintiff shall file his Motion for Summary Judgment and Brief in Support on or before January 29, 2021;

- Defendant shall file its Cross-Motion, Brief in Support, and Response in Opposition on or before March 15, 2021;

- Plaintiff shall file his Reply in Support of Motion and Response in Opposition to Cross-Motion on or before April 19, 2021; and

- Defendant shall file its Reply in Support of Cross-Motion on or before May 4, 2021.

All other deadlines remain the same, except that the briefing schedule may impact the August 23, 2021 trial date.

So ORDERED.

Date: 11/17/2020

*Doris L. Pryor*

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email