UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JOHN M. KLUGE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-cv-2462-JMS-DLP |
| ) | |
| **BROWNSBURG COMMUNITY** ) | |
| **SCHOOL CORPORATION,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON DEFENDANT'S LIABILITY FOR RELIGIOUS DISCRIMINATION**

The Plaintiff, John M. Kluge ("Kluge"), by counsel, moves the Court for summary judgment against the Defendant, Brownsburg Community School Corporation ("BCSC") under Fed. R. Civ. P. 56 and S. D. Ind. L. R. 56-1 on Kluge's claim of religious discrimination under Title VII. Kluge moves for summary judgment against BCSC on the ground that there is no genuine issue as to any material fact and he is entitled to judgment as a matter of law on BCSC's liability for failing to accommodate his sincerely held religious belief in the absence of undue hardship.

Kluge's motion should be granted for the following reasons:

1. There is no dispute that Kluge has a sincerely held religious belief against affirming gender dysphoria by using transgender names and pronouns and that he

communicated that belief to BCSC.

2. From July 31, 2017 until the end of the semester, BCSC provided Kluge with a reasonable accommodation of using last-names only for all students—an accommodation which Kluge proposed and BCSC agreed to in writing.

3. In February of 2018, BCSC notified Kluge that his accommodation would be removed—he could either comply with BCSC's transgender practices, resign, or be terminated—without first establishing or ever claiming that it was an undue hardship for BCSC to continue to accommodate his sincere religious belief as it had since July 31, 2017.

4. BCSC's administrators admit that they never offered Kluge any alternate accommodation for his sincerely held religious beliefs against affirming gender dysphoria.

5. Instead, Kluge was coerced into resigning based upon material misrepresentations from BCSC's Human Resources Director and Compliance Officer, Jodi Gordon.

6. In support of his Motion for Summary Judgment, Kluge designates the following evidence, which is either of record or attached hereto:

Exhibit A: Selected exhibits from John Kluge's deposition.

Exhibit B: Declaration of John Kluge

Exhibit C: Excerpts from Phil Utterback's deposition

Exhibit D: Excerpts and selected exhibits from Jodi Gordon's deposition.

Exhibit E: Excerpts and selected exhibit from Bret Daghe's deposition.

Exhibit F: Excerpts and selected exhibit from Jim Snapp's deposition.

Kluge also designates the following evidence of record:

Exhibit A to Amended Complaint: Accommodation Agreement [Filing No. 15-1.]

Exhibit B to Amended Complaint: Resignation [Filing No. 15-2.]

Exhibit C to Amended Complaint: Rescission of Resignation [Filing No. 15-3.]

Exhibit D to Amended Complaint: Transgender Questions [Filing No. 15-4.]

Declaration of John M. Kluge [Filing No. 52-1.]

Declaration of Natalie Gain [Filing No. 52-2.]

Declaration of Lauren Bohrer [Filing No. 52-3.]

Declaration of Kennedy Roberts [Filing No. 52-4.]

Declaration of Mary Jacobson [Filing No. 52-5.]

Declaration of Jeff Gracey [Filing No. 52-6.]

BCSC's Answer to Kluge's Amended Complaint [Filing No. 71.]

Plaintiff's Motion for Discovery Conference [Filing No. 91.]

Exhibit 1 to Plaintiff's Motion for Discovery Conference [Filing No. 91-1.]

7. Kluge will file his Brief in Support of Motion for Partial Summary Judgment detailing the factual and legal grounds in support of this Motion.

WHEREFORE, Plaintiff Kluge prays for summary judgment in his favor

against Defendant BCSC on the issue of defendant's liability under Title VII of the Civil Rights Act for failing to accommodate Kluge's sincerely held religious belief in the absence of undue hardship, and for all other just and proper relief in the premises.

/s/ *Michael J. Cork*
Michael J. Cork, Esq., IN Atty. 11760-49
5754 N. Delaware Street
Indianapolis, Indiana 46220-2528
317-517-4217
email: cork0@icloud.com
Attorney for Plaintiff, John M. Kluge

/s/ *Roscoe Stovall, Jr.*
Roscoe Stovall, Jr.
456 N. Meridian Street
Suite 507
Indianapolis, IN 46204
317-831-3999
rstovall@roscoelaw.com
Attorney for Plaintiff, John M. Kluge

/s/ *Kevin E. Green*
Kevin E. Green
456 N. Meridian Street
Suite 1517
Indianapolis, IN 46204
317-437-5002
keglegal@aol.com
Attorney for Plaintiff, John M. Kluge

## CERTIFICATE OF SERVICE

I certify that on January 29, 2021, an accurate copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Kevin E. Green*
Kevin E. Green