# EXHIBIT A

**John M. Kluge - Deposition Exhibits A and D**

**PLAINTIFF'S DESIGNATION OF EVIDENCE IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT**

# BCSC Ex. A (11.17.20)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN M. KLUGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-02462-JMS-DLP |
| | ) | |
| BROWNSBURG COMMUNITY | ) | |
| SCHOOL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES**

Plaintiff, John M. Kluge, responds to Defendant BCSC's first interrogatories under FRCP 26 and 33 as follows.

General Objections

Plaintiff's objections are to be considered continuing objections and responses to each specific interrogatory that follows, even if not referred to in the response to a specific interrogatory. Plaintiff's objections and responses shall not waive any objections he may later assert.

General Objection No. 1: Plaintiff objects to Defendant's definitions and instructions to the extent they attempt to impose requirements different from or in

addition to those contained in the Federal Rules of Civil Procedure or the Southern

District of Indiana Local Rules.

Responses and Objections

INTERROGATORY NO. 1:   Did anyone assist you in answering these

Interrogatories?  If so, identify such individual.

ANSWER: Kluge's counsel of record assisted him.


INTERROGATORY NO. 2: State your religious faith and identify your religious

denomination, if any.

ANSWER:    I am a Christian. I am a member of Clearnote Church, part of Evangel

Presbytery.

https://www.clearnotechurch.com/

https://evangelpresbytery.com/


INTERROGATORY NO. 3: State whether you attend religious services and, if so,

identify any church, chapel, parish, mosque, synagogue or temple you attend.

ANSWER:    I attend church at Clearnote Church.

Address: 9101 W 10th St, Indianapolis, IN 46234

Phone: 317-405-8327

INTERROGATORY NO. 4: State whether you receive religious guidance from a pastor, priest, ecclesiastical officer, rabbi, counselor, imam, and/or any other religious or spiritual leader or advisor, and if so the name of those individuals.

ANSWER:    I receive religious guidance from Dave Abu-Sara, Pastor at Clearnote Church. <dabusara@gmail.com>

I also receive religious guidance from the Elders of Clearnote Church:

Daniel George <dangeorge72@gmail.com>

Abram Hess <hessabram@gmail.com>

Daniel Meyer <meyer.daniel.s@outlook.com>

INTERROGATORY NO. 5: In paragraph 23 of your Amended Complaint you allege your "sincerely-held religious beliefs include a belief that it is sinful to promote gender dysphoria." State when you originally formed this belief.

ANSWER: Since I've been a Christian. Since I've first heard of "gender dysphoria," I've believed it to be a type/manifestation of effeminacy, which is sinful.

INTERROGATORY NO. 6: In paragraph 23 of your Amended Complaint you allege your "sincerely-held religious beliefs include a belief that it is sinful to promote gender dysphoria." State how you originally formed this belief.

ANSWER: By reading Holy Scripture, as contained in the Bible. See also response to Interrogatory No. 7.

INTERROGATORY NO. 7: In paragraph 23 of your Amended Complaint you allege your "sincerely-held religious beliefs include a belief that it is sinful to promote gender dysphoria." State the name of any religious literature or texts, noting specific chapters, verses or page numbers that cause you to hold this belief.

ANSWER: (All scriptural references refer to scripture from the New American Standard version of the Holy Bible.)

'You shall love the Lord your God with all your heart, and with all your soul, and with all your mind' 'You shall love your neighbor as yourself.'

-Matthew 22:37b, 39b

→We have an obligation to love our neighbors as ourselves, caring for them and seeking their well-being.

But from the beginning of creation, God made them male and female.

-Mark 10:6

→God's Word is clear that it is He that created us as a man or a woman, not a man trapped in a woman's body and not a woman trapped in a man's.

A woman shall not wear man's clothing, nor shall a man put on a woman's clothing; for whoever does these things is an abomination to the LORD your God.

-Deuteronomy 22:5

Or do you not know that the unrighteous will not inherit the kingdom of God? Do not be deceived; neither fornicators, nor idolaters, nor adulterers, nor effeminate, nor homosexuals, nor thieves, nor the covetous, nor drunkards, nor revilers, nor swindlers, will inherit the kingdom of God.

-1 Corinthians 6:9-10

→It is sinful to act or dress in the manner of the opposite sex. In 1 Corinthians 6:9-10, the Apostle Paul refers to effeminate as a separate category than homosexuals, *malakoi* vs. *arsenakoitai*. *Arsenakoitai* literally means "men who lie with males," i.e. those who commit homosexual acts. *Malakoi*, which literally means "soft men," is a separate category of sinners referred to by the Apostle Paul. It refers to men who betray their manhood by playing the woman. Vice versa, hard women who betray their womanhood by playing the man will also not inherit the Kingdom of Heaven, i.e., they will be cast into hell where the worm never dies and the flame is never quenched.

-Mark 9:48

Do not participate in the unfruitful deeds of darkness.

-Ephesians 5:11a

→We are commanded not to participate in evil deeds, like being a stumbling block to a little one.

Such were some of you; but you were washed, but you were sanctified, but you were justified in the name of the Lord Jesus Christ and in the Spirit of our God.

-1 Corinthians 6:11

→It is central to Christian beliefs that repentance and faith are very possible with God's power.

No temptation has overtaken you but such as is common to man; and God is faithful, who will not allow you to be tempted beyond what you are able, but with the temptation will provide the way of escape also, so that you will be able to endure it.

-1 Corinthians 10:13

→Transgenderism is nothing to be confused about; it is a boringly old sin that has been repented of for thousands of years.

Deliver those who are being taken away to death,

And those who are staggering to slaughter, Oh hold them back.

If you say, "See, we did not know this,"

Does He not consider it who weighs the hearts?

And does He not know it who keeps your soul?

And will He not render to man according to his work?

-Proverbs 24:11-12

→If God calls us to "deliver those who are being taken away to death," certainly He doesn't want us to be actively pushing them into death.

He said to His disciples, "It is inevitable that stumbling blocks come, but woe to him through whom they come! 2 It would be better for him if a millstone were hung around his neck and he were thrown into the sea, than that he would cause one of these little ones to stumble.

Luke 17:1-2

→For those who do encourage the young to sin, Almighty God has a special punishment in store, which is what I would have coming to me if I encouraged students in transgenderism.

INTERROGATORY NO. 8: In paragraph 23 of your Amended Complaint you allege your "sincerely-held religious beliefs include a belief that it is sinful to promote gender dysphoria." Identify all individuals, including but not limited to family, friends, neighbors, or co-workers who have observed your past adherence to this belief and/or have discussed this belief with you.

ANSWER: Plaintiff objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and disproportionate to the needs of this lawsuit. The request is unlimited in temporal scope—except for reference to the "past"—and includes scores of unknown individuals who viewed or heard Kluge being interviewed on multiple television and radio stations, and who were present at the BCSC Board meeting following his termination. Without waiving the foregoing objections, Kluge deems the relevant time period to be during his employment with Defendant, beginning with the first faculty meeting on February 27, 2017, which alerted Kluge for the first time that BCSC was "embracing" the transgender lifestyle for its students, under guise of following legal precedent. Individuals with such knowledge include:

1. Pastor Dave Abu-Sara, Clearnote Church

2. Elders of Clearnote Church listed in response to Interrogatory No. 4.

3. Dr. Bret Daghe, the Principal of Brownsburg High School, who has knowledge of the facts giving rise to Kluge's claims and BCSC's defenses.

4. Natalie Gain, a contract teacher hired by BCSC to work with Kluge in music classes. She worked with Kluge during the 2017-2018 school year and witnessed Kluge's use of the last-names only accommodation. Gain did not become aware of any student or other faculty members' complaints about Kluge's use of last names. Gain also provided a declaration supporting Kluge's lawsuit.

5. James F. Bohrer, a pastor who leads a church in Brownsburg, IN and is the father of Lauren Bohrer. Pastor Bohrer met with Superintendent James Snapp regarding the BCSC transgender policies and practices and submitted a sworn declaration supporting Kluge's lawsuit.

6. Shara Davis, a teacher at Brownsburg High School during the 2016-2017 school year.

7. Rachel Jones, a teacher at Brownsburg High School during the 2016-2017 school year.

8. Kirk Jones, a teacher at Brownsburg High School during the 2016-2017 school year.

INTERROGATORY NO. 9:  Identify any documents you relied on to aid you in responding to these Interrogatories.

ANSWER: Kluge relied upon Holy Scripture, as contained in the Bible (NASB) as noted above; *The Grace of Shame: 7 Ways the Church Has Failed to Love Homosexuals* by Tim Bayly, Joseph Bayly, and Jürgen Von Hagen; and generally, documents produced by BCSC in response to Kluge's requests (Defendant Brownsburg CSC 1–247), as well as the documents produced by Kluge to BCSC.

INTERROGATORY NO. 10: State the name and address of each employer from whom you have performed work since your employment with the Defendant ceased and for each employer, state your dates of employment, position held, your supervisor's name, your rate of pay, and all benefits provided as a result of your employment.

ANSWER:

COMPANY: The Indiana Painting Company

DATES: June 6, 2018 through the present

POSITION: Office Manager and Painter

SUPERVISOR: Robert Sands

RATE OF PAY: Started part-time and then became full-time, both at $17/hr. I now am making $52,000/year salary. Only benefit is one week vacation and five paid holidays.

COMPANY: Knapp Music Co.

DATES: June 4, 2018 through July 24, 2018

POSITION: Assistant instrument repairman

SUPERVISOR: James Knapp

RATE OF PAY: $18/hr part-time. No benefits.


COMPANY: Kluge Music Studios (self-employed)

DATES:  August 25, 2017 through present

POSITION: Private music lessons

SUPERVISOR: self-employed

RATE OF PAY: $25 half-hour lesson, $35 for 45 minute lesson, $45 for hour lesson.

INTERROGATORY NO. 11: Since your employment with the Defendant ceased and other than any employment relationship, identify any other person or entity who has provided you with remuneration of any kind, including the amount of remuneration and the reason you received remuneration (e.g., services rendered).

ANSWER: Plaintiff objects to this interrogatory on the grounds that it is vague. Without waiving this objection, Plaintiff states he has identified all sources of remuneration from employers and self-employment in response to Interrogatory No. 10.

INTERROGATORY NO. 12:  Identify every website, webpage, blog, chatroom, and social networking site account (Facebook, Myspace, Twitter, LinkedIn, YouTube, Instagram, and others) created or maintained by you since your employment with Defendant began and at any time thereafter. Include website addresses, user profiles, and account names.

ANSWER: Plaintiff objects to this interrogatory on the grounds that it is over-broad, it seeks information that is irrelevant to any of the claims or defenses asserted in this lawsuit, and that it seeks information disproportionate to the needs of this case. Without waiving the foregoing objections, Plaintiff will identify the social networking sites created or maintained by him since his employment with BCSC began.

Twitter: "@BHSStrings"

Facebook: "John Mark"

Instagram: "johnmark01234"

INTERROGATORY NO. 13: Identify all physicians, doctors, therapists or other health care providers with whom you have consulted or that have treated you for any of the injuries, mental and physical, that are the basis of this suit or that arise from the allegations you make in this suit.

ANSWER: I have been counseled by Pastor Dave Abu-Sara and the elders at my church, as listed in response to Interrogatory No. 8.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING ANSWERS TO DEFENDANT'S INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: 6 / 11 / 2020

John M. Kluge

As to objections only,

/s/ Michael J. Cork
Michael J. Cork, Esq.
5754 N. Delaware St.
Indianapolis, IN 46220-2528
317-517-4217
Cork0@icloud.com
Counsel for John M. Kluge

## CERTIFICATE OF SERVICE

I certify that on this 12th day of June, 2020, an accurate copy of the foregoing was

served via regular U.S. Mail upon the following counsel of record.

Alexander P. Pinegar
Brent R. Borg
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060

/s/ Michael J. Cork
Michael J. Cork

# BCSC Ex. D (11.17.20)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **JOHN M. KLUGE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-2462-JMS-DLP |
| | ) | |
| **BROWNSBURG COMMUNITY** | ) | |
| **SCHOOL CORPORATION,** *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## FIRST REQUEST FOR PRODUCTION NO. 8 & 9

April 7, 2017

TO THE BROWNSBURG COMMUNITY SCHOOL CORPORATION:

In recent faculty meetings, the topic of transgender students has been discussed during the presentations. It is alarming to hear the sort of language being used and assumptions being made. During these meetings, the message is very clear that if a faculty member or student was to refer to a transgender student by their biological sex and not use the student's preferred pronoun, this would be considered harassment. This deeply concerns us both as teachers and as Christians who want what is best for these students' well-being.

If we move as a school district in a direction that makes transgenderism a protected status, students will be encouraged in what has been scientifically concluded to be a psychiatric disorder akin to anorexia. Anyone who has read up on the psychiatric research behind this sexual misassumption and who tries to help these students back to mental health will be labeled as "homophobic." Any Christian students trying to love their friends by calling them to repentance and faith in Jesus Christ will be labeled as bullies.

The following research documents the devastating effects of transgenderism or "gender dysphoria."

Hospitals that once encouraged transgender patients in their lifestyle by performing sex-change surgeries for them are starting to abandon this practice. Johns Hopkins Hospital, a hospital that pioneered sex-change surgery, stopped the practice because these surgeries were producing patients who were still psychologically "troubled" and this "seemed an inadequate reason for surgically amputating normal organs."[1]

Dr. Paul R. McHugh, the current University Distinguished Service Professor of Psychiatry at Johns Hopkins Medical School and the former psychiatrist in chief at Johns Hopkins Hospital, concludes after years of study:

> Transgendered men do not become women, nor do transgendered women become men. All (including Bruce Jenner) become feminized men or masculinized women, counterfeits or impersonators of the sex with which they "identify." In that lies their problematic future.[2]

Dr. McHugh argues against anyone encouraging individuals in transgenderism and argues in favor of therapy to help correct these individuals' false assumptions about their identity when he explains:

---

1. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'," Last modified June 2, 2015, http://www.cnsnews.com/news/article/michael-w-chapman/johns-hopkins-psychiatrist-transgender-mental-disorder-sex-change
2. "Transgenderism: A Pathogenic Meme," Last modified June 10, 2015, http://www.thepublicdiscourse.com/2015/06/15145/

KLUGE –000000026

In fact, gender dysphoria—the official psychiatric term for feeling oneself to be of the opposite sex—belongs in the family of similarly disordered assumptions about the body, such as anorexia nervosa and body dysmorphic disorder. Its treatment should not be directed at the body as with surgery and hormones any more than one treats obesity-fearing anorexic patients with liposuction. The treatment should strive to correct the false, problematic nature of the assumption and to resolve the psychosocial conflicts provoking it. With youngsters, this is best done in family therapy;[3]

The treatment prescribed by Dr. McHugh for youth exhibiting gender dysphoria is family therapy. The purpose of this therapy is to help sexually confused youth gain greater contentment with regard to their sex. It was revealed in our last faculty meeting that the Brownsburg High School staff is "cautious" to tell parents if their children exhibit gender dysphoria by claiming to be transgender. This is antithetical to helping these children overcome their misassumptions and having healthy family relationships. We must, as a corporation, have a policy of openness and honesty with parents with regard to student's struggles. If students told staff that they were secretly struggling with anorexia, we wouldn't conceal this information from their parents, let alone encourage the child in these ideas. Likewise, we should not do the same with this psychiatric disorder.

Dr. McHugh warns against this temptation to conceal information from the family when he compares this behavior to that of cults:

> The former Johns Hopkins chief of psychiatry also warned against enabling or encouraging certain subgroups of the transgendered, such as young people "susceptible to suggestion from 'everything is normal' sex education," and the schools' "diversity counselors" who, like "cult leaders," may "encourage these young people to distance themselves from their families and offer advice on rebutting arguments against having transgender surgery."[4]

One of the scariest aspects of transgenderism is the fact that individuals who pursue this lifestyle have astronomically higher suicide rates. "The most thorough follow-up study" regarding suicide among transgendered individuals was conducted in Sweden, where the culture is strongly supportive of transgenderism. Covering a span of over thirty years, this study researched the mortality of individuals with gender dysphoria who followed through with their sexual confusion by getting sex-reassignment surgery. The study documents their lifelong mental unrest. Ten to fifteen years after surgical reassignment, the suicide rate of those who had undergone sex-reassignment surgery rose to "twenty times that of comparable peers."[5]

The LGBT community points to high suicide rates among its members as a reason why they should be universally supported in their lifestyles. They assume that suicide among this community is a direct result of disapproval from individuals with different world-views. The fact is that individuals living in Swedish communities that are supportive of the transgender lifestyle still have suicide rates twenty times higher than those of comparable peers. This points to the real

---

3. "Transgenderism: A Pathogenic Meme."
4. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'."
5. "Transgenderism: A Pathogenic Meme."

KLUGE –000000027

reason for these suicide rates. These high suicide rates are due to these individuals pursuing destructive behavior and lust that will never satisfy. They are nurturing this dangerous mental misassumption that drives them to despair. They refuse to be helped and denounce anyone who would try to help them out of this dangerous state of mind, claiming that anyone who disagrees with their misassumptions is harassing them.

It is true that real bullying does at times occur to individuals who claim to be transgender as well as to many other types of individuals, e.g., students who have acne, who are overweight, who are underweight, who are short, who are less socially aware, who come from homes that struggle financially. But simply referring to an individual with pronouns that agree with their biological sex is not bullying.

Studies from Vanderbilt University and London's Portman Clinic report that of children who had expressed transgender feelings, over time, 70%-80% "spontaneously lost those feelings."[6]

Are we going to be a school corporation that artificially perpetuates these students' state of sexual and mental confusion by requiring students and faculty to go along with "The Emperor's New Clothes" or will we be a school corporation that helps these students connect with family counselors who will help them regain mental health and avoid the life-threatening dangers of pursuing this mental disorder? It is our duty as a school corporation to uphold truth and adhere to certain academic standards, which is why we should be siding with the medical community's research in this area.

Besides the fact that encouraging gender dysphoria is harmful to the individual, it is dangerous to the rest of the community. Transgender individuals, who only make up a small fraction of a percent of the population, are forcing themselves into bathrooms of the opposite sex. They demand to use the wrong bathroom and locker room because of their mental disorder, compromising the safety and modesty of our students.

As the school corporation faces pressures from the LGBT community to expose our students in the bathroom and locker room, please be informed that the U.S. Department of Justice and the Department of Education on February 22, 2017 struck down their requirements for educational institutions. These requirements had been issued in 2015 and 2016 and had previously required public schools to allow boys who identify as girls into the girls' restroom and locker room and vice versa, but no longer.[7] Our school corporation is no longer required by the federal government to pursue these dangerously foolish practices.

It has come to our attention that Central Office is reviewing its student anti-discrimination and harassment policies to include transgender, gender identity, and sexual orientation as protected classes. The problem with including these as protected classes in the *student* anti-harassment policies is that Christian students will by default be forbidden from loving their friends who

---

6. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'."

7. "Dear Colleague Letter on Transgender Students," Last modified February 22, 2017, https://www.justice.gov/opa/press-release/file/941551/download

struggle with gender dysphoria, talking to them about their need for repentance and faith in Jesus for the forgiveness of their sins.

Why would a Christian student feel obligated to love their friends in this way?

Jesus teaches:

> 'You shall love the Lord your God with all your heart, and with all your soul, and with all your mind'

> 'You shall love your neighbor as yourself.'
> -Matthew 22:37b, 39b

God's Word is clear that it is He that has created us as a man or a woman, not a man trapped in a woman's body and not a woman trapped in a man's:

> But from the beginning of creation, God made them male and female.
> -Mark 10:6

It is sinful to act or dress in the manner of the opposite sex:

> A woman shall not wear man's clothing, nor shall a man put on a woman's clothing; for whoever does these things is an abomination to the LORD your God.
> -Deuteronomy 22:5

> Or do you not know that the unrighteous will not inherit the kingdom of God? Do not be deceived; neither fornicators, nor idolaters, nor adulterers, nor **effeminate**, nor homosexuals, nor thieves, nor *the* covetous, nor drunkards, nor revilers, nor swindlers, will inherit the kingdom of God.
> -1 Corinthians 6:9-10

Christians have an obligation to discourage the harmful and dangerous lie that transgender students are giving themselves to regarding their very existence:

> Do not participate in the unfruitful deeds of darkness, but instead even expose them;
> -Ephesians 5:11a

And it is central to Christian beliefs that repentance and faith are very possible with God's power:

> Such **were** some of you; but you were washed, but you were sanctified, but you were justified in the name of the Lord Jesus Christ and in the Spirit of our God.
> -1 Corinthians 6:11

Gender dysphoria is nothing to be confused about; it is a boringly old sin that has been repented of for thousands of years:

KLUGE –0000000291

> No temptation has overtaken you but such as is common to man; and God is faithful, who will not allow you to be tempted beyond what you are able, but with the temptation will provide the way of escape also, so that you will be able to endure it.
> -1 Corinthians 10:13

It is the Christian's moral obligation to call to those who are being led astray to death, in this case both physically, as found in the high suicide rates, as well as spiritually:

> Deliver those who are being taken away to death,
> And those who are staggering to slaughter, Oh hold *them* back.
> If you say, "See, we did not know this,"
> Does He not consider *it* who weighs the hearts?
> And does He not know *it* who keeps your soul?
> And will He not render to man according to his work?
> -Proverbs 24:11-12

Including gender dysphoria as a protected status will deny Christian students the freedom to talk about their views regarding God's bifurcation of the sexes, i.e., man and woman. If a student expresses these views, it will be denounced as harassment. On the other hand, if a student holding to the world-view of the LGBT community shares his views regarding gender identity, that student will be supported as being current with the times. This is a hypocritical double-standard. This policy adjustment may seem beneficial on the outside, but its effect will be to discourage diversity of thought and bind the consciences of Christian students and faculty members of the Brownsburg Community School Corporation. No Christian student or faculty member should be required to violate their faith by encouraging transgender students in their sexual confusion.

In conclusion, we, the undersigned teachers:

1. support the idea that we should provide our students with a safe learning environment;

2. do not support the idea that a teacher's number one goal is to "make students feel comfortable" if "making students feel comfortable" is defined as lying to them about their sex, thus perpetuating their sexual confusion and pushing them down a harmful and dangerous path;

3. support the idea that teachers should be, above all, helpful to their students in teaching them truth with a genuine concern for the students' well-being;

4. urge Brownsburg High School (BHS) and the Brownsburg Community School Corporation (BCSC) not to mistakenly assume that providing students with a safe learning environment means we must refer to transgender students by their "preferred pronoun";

KLUGE −000000030

5. urge BHS and BCSC not to require, pressure, or even suggest that teachers encourage transgender students in their folly by playing along with their psychiatric disorder in referring to them by their preferred pronoun;

6. urge BHS and BCSC to, in fact, to discourage teachers from referring to transgender students by their preferred pronoun, especially if the students' correct sex is listed in our online school database system, as it is, in fact, harmful to these students to perpetuate their confusion;

7. urge BHS and BCSC to have a policy of openness and honesty with parents with regard to student's struggles with gender dysphoria;

8. urge BHS and BCSC to make a practice of helping students who exhibit gender dysphoria connect with family counselors, as is recommended by experts in this field, to help them regain mental health and contentment with their biological sex;

9. acknowledge that real bullying does occur to students of many different backgrounds;

10. urge BHS and BCSC not to deny Christian students the freedom to love their own peers in calling them to repentance and faith in Jesus Christ by wrongfully classifying this as bullying or harassment;

11. urge BHS and BCSC not to endanger our students by integrating the sexes in restrooms, in locker rooms, or on bus seats simply because of the "sexual misassumptions," as Dr. Paul McHugh calls them, of a small minority of students; and

12. urge BHS and BCSC to protect students' privacy and innocence by continuing the wise school policies that separate students based on their biological sex in restrooms, locker rooms, and on school bus.

Sincerely,

KLUGE —000000031

WORKS CITED

CNS News. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'." Last modified June 2, 2015. http://www.cnsnews.com/news/article/michael-w-chapman/johns-hopkins-psychiatrist-transgender-mental-disorder-sex-change

The United States Department of Justice. "Dear Colleague Letter on Transgender Students." Last modified February 22, 2017. https://www.justice.gov/opa/press-release/file/941551/download

The Witherspoon Institute. "Transgenderism: A Pathogenic Meme." Last modified June 10, 2015. http://www.thepublicdiscourse.com/2015/06/15145/

KLUGE –000000032

TO THE BROWNSBURG COMMUNITY SCHOOL CORPORATION:

In recent faculty meetings, the topic of transgender students has been discussed during the presentations. It is alarming to hear the sort of language being used and assumptions being made. During these meetings, the message is very clear that if a faculty member or student was to refer to a transgender student by their biological sex and not use the student's preferred pronoun, this would be considered harassment. This deeply concerns us both as teachers and as Christians who want what is best for these students' well-being.

If we move as a school district in a direction that makes transgenderism a protected status, students will be encouraged in what has been scientifically concluded to be a psychiatric disorder akin to anorexia. Anyone who has read up on the psychiatric research behind this sexual misassumption and who tries to help these students back to mental health will be labeled as "homophobic." Any Christian students trying to love their friends by calling them to repentance and faith in Jesus Christ will be labeled as bullies.

The following research documents the devastating effects of transgenderism or "gender dysphoria."

Hospitals that once encouraged transgender patients in their lifestyle by performing sex-change surgeries for them are starting to abandon this practice. Johns Hopkins Hospital, a hospital that pioneered sex-change surgery, stopped the practice because these surgeries were producing patients who were still psychologically "troubled" and this "seemed an inadequate reason for surgically amputating normal organs."[1]

Dr. Paul R. McHugh, the current University Distinguished Service Professor of Psychiatry at Johns Hopkins Medical School and the former psychiatrist in chief at Johns Hopkins Hospital, concludes after years of study:

> Transgendered men do not become women, nor do transgendered women become men. All (including Bruce Jenner) become feminized men or masculinized women, counterfeits or impersonators of the sex with which they "identify." In that lies their problematic future.[2]

Dr. McHugh argues against anyone encouraging individuals in transgenderism and argues in favor of therapy to help correct these individuals' false assumptions about their identity when he explains:

> In fact, gender dysphoria—the official psychiatric term for feeling oneself to be of the opposite sex—belongs in the family of similarly disordered assumptions about the body,

---

1. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'," Last modified June 2, 2015, http://www.cnsnews.com/news/article/michael-w-chapman/johns-hopkins-psychiatrist-transgender-mental-disorder-sex-change

2. "Transgenderism: A Pathogenic Meme," Last modified June 10, 2015, http://www.thepublicdiscourse.com/2015/06/15145/

such as anorexia nervosa and body dysmorphic disorder. Its treatment should not be directed at the body as with surgery and hormones any more than one treats obesity-fearing anorexic patients with liposuction. The treatment should strive to correct the false, problematic nature of the assumption and to resolve the psychosocial conflicts provoking it. With youngsters, this is best done in family therapy;[3]

The treatment prescribed by Dr. McHugh for youth exhibiting gender dysphoria is family therapy. The purpose of this therapy is to help sexually confused youth gain greater contentment with regard to their sex. It was revealed in our last faculty meeting that the Brownsburg High School staff is "cautious" to tell parents if their children exhibit gender dysphoria by claiming to be transgender. This is antithetical to helping these children overcome their misassumptions and having healthy family relationships. We must, as a corporation, have a policy of openness and honesty with parents with regard to student's struggles. If students told staff that they were secretly struggling with anorexia, we wouldn't conceal this information from their parents, let alone encourage the child in these ideas. Likewise, we should not do the same with this psychiatric disorder.

Dr. McHugh warns against this temptation to conceal information from the family when he compares this behavior to that of cults:

> The former Johns Hopkins chief of psychiatry also warned against enabling or encouraging certain subgroups of the transgendered, such as young people "susceptible to suggestion from 'everything is normal' sex education," and the schools' "diversity counselors" who, like "cult leaders," may "encourage these young people to distance themselves from their families and offer advice on rebutting arguments against having transgender surgery."[4]

One of the scariest aspects of transgenderism is the fact that individuals who pursue this lifestyle have astronomically higher suicide rates. "The most thorough follow-up study" regarding suicide among transgendered individuals was conducted in Sweden, where the culture is strongly supportive of transgenderism. Covering a span of over thirty years, this study researched the mortality of individuals with gender dysphoria who followed through with their sexual confusion by getting sex-reassignment surgery. The study documents their lifelong mental unrest. Ten to fifteen years after surgical reassignment, the suicide rate of those who had undergone sex-reassignment surgery rose to "twenty times that of comparable peers."[5]

The LGBT community points to high suicide rates among its members as a reason why they should be universally supported in their lifestyles. They assume that suicide among this community is a direct result of disapproval from individuals with different world-views. The fact is that individuals living in Swedish communities that are supportive of the transgender lifestyle still have suicide rates twenty times higher than those of comparable peers. This points to the real reason for these suicide rates. These high suicide rates are due to these individuals pursuing destructive behavior and lust that will never satisfy. They are nurturing this dangerous mental

---

3. "Transgenderism: A Pathogenic Meme."
4. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'."
5. "Transgenderism: A Pathogenic Meme."

KT.UGE –000000105

misassumption that drives them to despair. They refuse to be helped and denounce anyone who would try to help them out of this dangerous state of mind, claiming that anyone who disagrees with their misassumptions is harassing them.

It is true that real bullying does at times occur to individuals who claim to be transgender as well as to many other types of individuals, e.g., students who have acne, who are overweight, who are underweight, who are short, who are less socially aware, who come from homes that struggle financially. But simply referring to an individual with pronouns that agree with their biological sex is not bullying.

Studies from Vanderbilt University and London's Portman Clinic report that of children who had expressed transgender feelings, over time, 70%-80% "spontaneously lost those feelings."[6]

Are we going to be a school corporation that artificially perpetuates these students' state of sexual and mental confusion by requiring students and faculty to go along with "The Emperor's New Clothes" or will we be a school corporation that helps these students connect with family counselors who will help them regain mental health and avoid the life-threatening dangers of pursuing this mental disorder? It is our duty as a school corporation to uphold truth and adhere to certain academic standards, which is why we should be siding with the medical community's research in this area.

Besides the fact that encouraging gender dysphoria is harmful to the individual, it is dangerous to the rest of the community. Transgender individuals, who only make up a small fraction of a percent of the population, are forcing themselves into bathrooms of the opposite sex. They demand to use the wrong bathroom and locker room because of their mental disorder, compromising the safety and modesty of our students.

As the school corporation faces pressures from the LGBT community to expose our students in the bathroom and locker room, please be informed that the U.S. Department of Justice and the Department of Education on February 22, 2017 struck down their requirements for educational institutions. These requirements had been issued in 2015 and 2016 and had previously required public schools to allow boys who identify as girls into the girls' restroom and locker room and vice versa, but no longer.[7] Our school corporation is no longer required by the federal government to pursue these dangerously foolish practices.

It has come to our attention that Central Office is reviewing its student anti-discrimination and harassment policies to include transgender, gender identity, and sexual orientation as protected classes. The problem with including these as protected classes in the *student* anti-harassment policies is that Christian students will by default be forbidden from loving their friends who struggle with gender dysphoria, talking to them about their need for repentance and faith in Jesus for the forgiveness of their sins.

---

6. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'."
7. "Dear Colleague Letter on Transgender Students," Last modified February 22, 2017, https://www.justice.gov/opa/press-release/file/941551/download

KLUGE –000000106

Why would a Christian student feel obligated to love their friends in this way?

Jesus teaches:

> 'You shall love the Lord your God with all your heart, and with all your soul, and with all your mind'

> 'You shall love your neighbor as yourself.'
>     -Matthew 22:37b, 39b

God's Word is clear that it is He that has created us as a man or a woman, not a man trapped in a woman's body and not a woman trapped in a man's:

> But from the beginning of creation, God made them male and female.
>     -Mark 10:6

It is sinful to act or dress in the manner of the opposite sex:

> A woman shall not wear man's clothing, nor shall a man put on a woman's clothing; for whoever does these things is an abomination to the LORD your God.
>     -Deuteronomy 22:5

> Or do you not know that the unrighteous will not inherit the kingdom of God? Do not be deceived; neither fornicators, nor idolaters, nor adulterers, nor **effeminate**, nor homosexuals, nor thieves, nor *the* covetous, nor drunkards, nor revilers, nor swindlers, will inherit the kingdom of God.
>     -1 Corinthians 6:9-10

Christians have an obligation to discourage the harmful and dangerous lie that transgender students are giving themselves to regarding their very existence:

> Do not participate in the unfruitful deeds of darkness, but instead even expose them;
>     -Ephesians 5:11a

And it is central to Christian beliefs that repentance and faith are very possible with God's power:

> Such **were** some of you; but you were washed, but you were sanctified, but you were justified in the name of the Lord Jesus Christ and in the Spirit of our God.
>     -1 Corinthians 6:11

Gender dysphoria is nothing to be confused about; it is a boringly old sin that has been repented of for thousands of years:

KLUGE -0000001071

No temptation has overtaken you but such as is common to man; and God is faithful, who will not allow you to be tempted beyond what you are able, but with the temptation will provide the way of escape also, so that you will be able to endure it.
-1 Corinthians 10:13

It is the Christian's moral obligation to call to those who are being led astray to death, in this case both physically, as found in the high suicide rates, as well as spiritually:

Deliver those who are being taken away to death,
And those who are staggering to slaughter, Oh hold *them* back.
If you say, "See, we did not know this,"
Does He not consider *it* who weighs the hearts?
And does He not know *it* who keeps your soul?
And will He not render to man according to his work?
-Proverbs 24:11-12

Including gender dysphoria as a protected status will deny Christian students the freedom to talk about their views regarding God's bifurcation of the sexes, i.e., man and woman. If a student expresses these views, it will be denounced as harassment. On the other hand, if a student holding to the world-view of the LGBT community shares his views regarding gender identity, that student will be supported as being current with the times. This is a hypocritical double-standard. This policy adjustment may seem beneficial on the outside, but its effect will be to discourage diversity of thought and bind the consciences of Christian students and faculty members of the Brownsburg Community School Corporation. No Christian student or faculty member should be required to violate their faith by encouraging transgender students in their sexual confusion.

In conclusion, we, the undersigned teachers:

1. support the idea that we should provide our students with a safe learning environment;

2. do not support the idea that a teacher's number one goal is to "make students feel comfortable" if "making students feel comfortable" is defined as lying to them about their sex, thus perpetuating their sexual confusion and pushing them down a harmful and dangerous path;

3. support the idea that teachers should be, above all, helpful to their students in teaching them truth with a genuine concern for the students' well-being;

4. urge Brownsburg High School (BHS) and the Brownsburg Community School Corporation (BCSC) not to mistakenly assume that providing students with a safe learning environment means we must refer to transgender students by their "preferred pronoun";

KLUGE -000000108

5. urge BHS and BCSC not to require, pressure, or even suggest that teachers encourage transgender students in their folly by playing along with their psychiatric disorder in referring to them by their preferred pronoun;

6. urge BHS and BCSC to, in fact, to discourage teachers from referring to transgender students by their preferred pronoun, especially if the students' correct sex is listed in our online school database system, as it is, in fact, harmful to these students to perpetuate their confusion;

7. urge BHS and BCSC to have a policy of openness and honesty with parents with regard to student's struggles with gender dysphoria;

8. urge BHS and BCSC to make a practice of helping students who exhibit gender dysphoria connect with family counselors, as is recommended by experts in this field, to help them regain mental health and contentment with their biological sex;

9. acknowledge that real bullying does occur to students of many different backgrounds;

10. urge BHS and BCSC not to deny Christian students the freedom to love their own peers in calling them to repentance and faith in Jesus Christ by wrongfully classifying this as bullying or harassment;

11. urge BHS and BCSC not to endanger our students by integrating the sexes in restrooms, in locker rooms, or on bus seats simply because of the "sexual misassumptions," as Dr. Paul McHugh calls them, of a small minority of students; and

12. urge BHS and BCSC to protect students' privacy and innocence by continuing the wise school policies that separate students based on their biological sex in restrooms, locker rooms, and on school bus.

Sincerely,

WORKS CITED

CNS News. "Johns Hopkins Psychiatrist: Transgender is 'Mental Disorder;' Sex Change 'Biologically Impossible'." Last modified June 2, 2015. http://www.cnsnews.com/news/article/michael-w-chapman/johns-hopkins-psychiatrist-transgender-mental-disorder-sex-change

The United States Department of Justice. "Dear Colleague Letter on Transgender Students." Last modified February 22, 2017. https://www.justice.gov/opa/press-release/file/941551/download

The Witherspoon Institute. "Transgenderism: A Pathogenic Meme." Last modified June 10, 2015. http://www.thepublicdiscourse.com/2015/06/15145/

KLUGE –000000110