IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-cv-02462-JMS-DLP |
| ) | |
| BROWNSBURG COMMUNITY ) | |
| SCHOOL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### **DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Brownsburg Community School Corporation ("Brownsburg"), by counsel, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1, moves the Court for summary judgment in its favor. The grounds for this Motion are set forth more fully in the brief, which is filed contemporaneously with this Motion and consistent with the Court's *Practices & Procedures*. [Filing No. 7.]

Brownsburg designates the following docket entries and attachments to this Motion as evidence in support of summary judgment:

*I.*   *Docket entries.*

      1.    Filing No. 15:    Plaintiff's Amended Complaint.

      2.    Filing No. 15-3:    Memorandum from Plaintiff to Jodi Gordon dated May 25, 2018.

      3.    Filing No. 15-4:    Document titled, "Transgender Questions."

      4.    Filing No. 22-3:    Declaration of Aidyn Sucec dated August 21, 2019.

      5.    Filing No. 44:    Motion to Dismiss Plaintiff's Amended Complaint.

      6.    Filing No. 56:    Plaintiff's Response to Motion to Dismiss.

|  |  |  |  |
|---|---|---|---|
| 7. | Filing No. 58-1: | | Declaration of Samuel Willis dated October 2, 2019. |
| 8. | Filing No. 58-2: | | Declaration of Craig Lee dated October 2, 2019. |
| 9. | Filing No. 70: | | Court's Order on Motion to Dismiss. |
| 10. | Filing No. 71: | | Answer to Amended Complaint. |
| 11. | Filing No. 112: | | Plaintiff's Motion for Partial Summary Judgment. |
| 12. | Filing No. 113-1: | | Deposition excerpts of John Kluge. |
| 13. | Filing No. 113-2: | | Declaration of John Kluge dated January 22, 2021. |
| 14. | Filing No. 113-4: | | Deposition excerpts of Jodi Gordon and exhibits. |
| 15. | Filing No. 114: | | Plaintiff's Brief in Support of Motion for Partial Summary Judgment. |

II. *Attachments.*

1. Exhibit 1: Affidavit of Dr. Kathryn Jessup dated March 10, 2021.
2. Exhibit 2: Affidavit of Dr. Bret Daghe dated March 10, 2021.
3. Exhibit 3: Deposition excerpts of John Kluge. (Note: these are excerpts that were not included in Filing No. 113-1.)
4. Exhibit 4: Excerpts from the Evangel Presbytery Book of Church Order.
5. Exhibit 5: Deposition excerpts of Dr. Bret Daghe. (Note: these are excerpts that were not included in Filing No. 113-5.)
6. Exhibit 6: Deposition excerpts of Dr. Kathryn Jessup.
7. Exhibit 7: Deposition excerpts of Jodi Gordon. (Note: these are excerpts that were not included in Filing No. 113-4.)
8. Exhibit 8: Brownsburg's policy titled, "3140 – Resignation."
9. Exhibit 9: Brownsburg's policy titled, "0100 – Definitions."
10. Exhibit 10: Email from Lori Mehrtens to Plaintiff dated July 18, 2017, at 7:58 a.m.
11. Exhibit 11: Email from Lori Mehrtens to Plaintiff dated July 18, 2017, at 7:55

      a.m.

| | | |
|---|---|---|
| 12. | Exhibit 12: | Letter to Brownsburg's administration dated September 1, 2017, from the parents of a high school transgender student. |
| 13. | Exhibit 13: | Email to Brownsburg's administration dated September 21, 2017, from the parents of a high school transgender student. |
| 14. | Exhibit 14: | Deposition excerpts of Craig Lee. |
| 15. | Exhibit 15: | Email from Craig Lee to Dr. Bret Daghe dated August 29, 2017. |
| 16. | Exhibit 16: | Email from Plaintiff to Dr. Jim Snapp and Dr. Bret Daghe dated February 4, 2018. |
| 17. | Exhibit 17: | Emails between Plaintiff and Jodi Gordon dated April 30, 2018. |
| 18. | Exhibit 18: | June 2018 Regular Board Meeting Minutes. |
| 19. | Exhibit 19: | Plaintiff's Response to Defendant's First Request for Production No. 6. |
| 20. | Exhibit 20: | Document Titled "Transgender Considerations" dated January 22, 2018. |

WHEREFORE, Brownsburg respectfully requests that the Court grant its Motion for Summary Judgment and enter final judgment in its favor.

      Respectfully submitted,

      /s/ Brent R. Borg_____
      Alexander P. Pinegar, Attorney No. 26543-49
      Brent R. Borg, Attorney No. 27415-29
      Church Church Hittle + Antrim
      10765 Lantern Road, Suite 201
      Fishers, IN  46038
      317-773-2190

      Attorneys for Defendant
      Brownsburg Community School Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2021, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system:

Kevin E. Green
Kevin Green Associates
456 N. Meridian Street, #1517
Indianapolis, IN  46204
keglegal@aol.com

Michael J. Cork
Michael J. Cork, Esq.
5754 N. Delaware St.
Indianapolis, IN  46220-2528
cork0@icloud.com

Roscoe Stovall, Jr.
Roscoe Stovall, Jr. & Associates
2 West Main Street
Mooresville, IN 46158
rstovall@roscoelaw.com

/s/ Brent R. Borg
Brent R. Borg, Attorney No. 27415-29