# EXHIBIT 8

## Brownsburg's policy titled, "3140 – Resignation"

## BCSC BYLAWS RE: RESIGNATION

**EXHIBIT 7**
Kluge vs. BCSC
Date:
Stenographer: Brandy Bradley

### 3140 - RESIGNATION

Pursuant to State law, following submission of a resignation to the Superintendent, the employee may not withdraw or otherwise rescind that resignation. A notice of retirement is functionally equivalent to a resignation and thus falls within the meaning of the word "resignation" for purposes of this policy. The Superintendent shall inform the Board of the submission of that resignation at its next meeting. The Board may choose to accept that resignation, deny that resignation or take any other appropriate action relating to the termination, suspension or cancellation of employment of the person submitting the resignation. A resignation, once submitted, may not then be rescinded unless the Board agrees.

I.C. 5-8-4-1

Revised 4/11/16

**© Neola 2015**

### 4140 - RESIGNATION

The classified staff member should recognize the obligation to faithfully fulfill the duties of his/her position until it is dissolved by mutual consent or by due process of law.

The classified staff member shall not resign to accept a new position elsewhere during a school year until a suitable replacement is available or until every reasonable opportunity has been made to secure a suitable replacement.

A classified staff member intending to resign should submit a written resignation to the Superintendent as far as possible in advance of the effective date of resignation.

The Superintendent shall, whenever possible, conduct an interview with the employee to determine the reasons leading up to the resignation.

Revised 12/01

### 3141 - RESIGNATION

Each professional staff member shall recognize the obligation to faithfully fulfill the terms of his/her contract until it is dissolved by mutual consent or by due process of law.

The professional staff member shall not resign to accept a new position elsewhere prior to or during a school year until s/he is assured that a suitable replacement is available or until the Board has had a reasonable opportunity to secure a suitable replacement.

The Board of School Trustees may release a professional staff member from the terms of a contract when an opportunity is offered for significant professional advancement.

A professional staff member intending to resign shall submit a written resignation to the Superintendent for conveyance to the Board as far as possible in advance of the effective date of resignation and at least twenty-one (21) days prior to the requested date.

The Superintendent shall, whenever possible, conduct a postresignation interview to determine the reasons for the resignation.

Revised 11/01

### 3122 - NONDISCRIMINATION AND EQUAL EMPLOYMENT OPPORTUNITY

These guidelines shall be used to ensure that the Board's policy on nondiscrimination (Policy **3122** [see directly below]) is implemented properly and in compliance with Federal and State laws and regulations, particularly Part 104 of Section 504 of the Rehabilitation Act of 1973 (34 CFR) and the Americans with Disabilities Act (ADA). (See AG **3122C** for a comparative analysis of ADA and 504.)

That policy states that the Board does not discriminate on the basis of religion, race, color, national origin, sex, disability, age, marital status, genetic information, or any other legally protected characteristic in its programs and activities, or including employment opportunities.

The following persons have been designated to handle inquiries regarding the nondiscrimination policies

KLUGE –000000227