# EXHIBIT 9

# Brownsburg's policy titled, "0100 – Definitions"



| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | DEFINITIONS |
| Code | po0100 |
| Status | Active |
| Adopted | July 27, 1992 |
| Last Revised | March 11, 2019 |

0100 - **DEFINITIONS**

As used in the School Board's bylaws and policies and the Superintendent's administrative guidelines, the following terms shall have the meaning set forth below:

**Administrative Guideline**

A written statement adopted and approved by the Superintendent which is consistent with Board policy to outline and prescribe procedures to be used in implementing Board policy.

**Apps and Web Services**

Apps and web services are software (i.e., computer programs) that support the interaction of personal communication devices (as defined in Bylaw 0100, below) over a network or client-server applications in which the user interface runs in a web browser. Apps and web services are used to communicate or transfer information or data that allow students to perform actions or tasks that assist them in attaining educational achievement goals and objectives, enable staff to monitor and assess their students' progress, and allow staff to perform other tasks related to their employment. Apps and web services also are used to facilitate communication to, from, and among and between staff, students, and parents.

**Board**

The Board of School Trustees.

**Bylaw**

A rule of the Board for its own governance adopted by a Board vote at a meeting.

**Certificated Employee**

An employee of the Board in a position that requires a license or permit from the Division of Professional Standards of the Indiana Department of Education. See Indiana Code 20-29-2-4. The term includes teachers, and all administrators in positions requiring a license or permit from the Division of Professional Standards of the Indiana Department of Education.

**Support Employee**

A support employee as defined in these definitions.

A support employee of the Board is employed in a position that does not require a permit or license issued by the Division of Professional Standards of the Indiana Department of Education. See Indiana Code 20-29-2-11.

**Corporation**

The Brownsburg Community School Corporation.

**Due Process**

Procedural due process requires an established rule or standard, notice of facts of an alleged violation and the applicable rule or standard (accusation), and an opportunity to respond before a decision is made.

**Full Board**

All members of the Board.

**Information Resources**

The Board defined Information Resources to include any data or information in electronic, audio-visual or physical form, or any hardware or software that makes possible the storage and use of data or information. This definition includes but is not limited to electronic mail, voice mail, social media, text messages, databases, CD-ROMs, DVDs, web sites, motion picture film, recorded magnetic media, photographs, digitized information, or microfilm. This also includes any equipment, computer facilities, or online services used in accessing, storing, transmitting or retrieving electronic communications.

**May**

A statement providing that an action is permitted but not required.

**Meeting**

A gathering of the majority of the members of the Board for the purpose of taking "official action" on "public business" of the School Corporation. See Indiana Code 5-14-1.5-2(d)).

**Official Action**

Board action to receive information, deliberate, make recommendations, establish policy, make decisions, or take final action. See Indiana Code 5-14-1.5-2(d).

**Parent**

The natural or adoptive parents or the party or parties designated by the courts as the legal guardian or custodian of a student. Both parents will be considered to have equal rights once paternity is established by a court if in question unless a court terminates parental rights.

**Personal Communication Devices**

Personal communication devices ("PCDs") include computers, laptops, tablets, e-readers, cellular or mobile phones, smartphones, and/or other web-enabled devices of any type.

**Policy**

A general, written statement approved by the Board which defines its expectations or position on a particular matter and authorizes appropriate action that can be taken to establish and/or maintain those expectations.

**President**

The chief executive officer of the Board of School Trustees. (See Bylaw 0170)

**Principal**

A professional employee who is assigned to be the educational leader and head administrator of one (1) or more Corporation schools. The use of the term includes a delegate unless the law, policy or guideline specifically prohibits delegation. "Vice Principal" or "Assistant Principal" means an administrator assisting a Principal with the performance of all or a portion of the duties assigned to the Principal.

**Professional Employee Staff Member**

An employee of the Board in a position that requires a license or permit from the Division of Professional Standards of the Indiana Department of Education. See Indiana Code 20-29-2-4. The term includes teachers, and all administrators in positions requiring a license or permit from the Department of Professional Standards of the Indiana Department of Education.

**Public Business**

The performance by the Board of a function upon which it is specifically authorized to take official action, or not statutorily prohibited from performing. See Indiana Code 5-14-1.5-2(e), Indiana Code 20-26-3, and Indiana Code 20-26-5-4.

**Relative**

The mother, father, sister, brother, spouse, child, parent of spouse, grandparents, grandchild, or dependent residing in the immediate household of a person.

**Secretary**

An officer of the Board of School Trustees responsible for preparation of minutes of Board meetings and custody of the Records of the Board. (See Bylaw 0170).

**Shall**

Expressing non-discretionary required action or action, synonymous with "will" or "must".

**Student**

An individual who is officially enrolled in a school or program of the Board.

**Superintendent**

The chief executive officer of the School Corporation. The use of the term includes a delegate unless the law, policy or guideline specifically prohibits the delegation.

**Technology Resources**

The Board Defines Technology Resources to include computers, laptops, tablets, e-readers, cellular or mobile telephones, smartphones, web-enabled devices, video and/or audio recording equipment, SLR, and DSLR cameras, projectors, software and operating systems that work on any device, copy machines, printers and scanners, information storage devices (including mobile or portable storage devices, such as external hard drives, CDs, DVDs, USB thumb drives and memory chips), the computer network, Internet connection, and online educational services and apps.

**Treasurer**

The chief financial officer of the District. (See Bylaw 0170)

**Vice-President**

The vice-president of the Board of School Trustees. (See Bylaw 0170)

**Voting**

An action by which a member of the Board indicates approval or rejection of a motion by a Board member that has been seconded by another Board member at a meeting convened in compliance with all applicable laws including the Indiana Open Door Law (Indiana Code 5-14-1.5). Also see Bylaw 0167-1.

**Using Citations to Indiana and Federal Statutes, Rules and Cases**

**Citations to Indiana Law, Rules and Court Decisions**

Citations to the Indiana Code are shown as I.C. or Ind. Code. The numbers which follow I.C. or Ind. Code separated by a hyphen state the title, article, chapter, section, and subsection of an Indiana statute. So Ind. Code 5-14-1.5-6.1(a) is found at title 5, article 14, chapter 1.5, section 6.1, subsection (a).

Citations to the Indiana Administrative Code ("IAC") are prefaced by a title and followed by an article and section number. So 511 I.A.C. 6-5-1 identifies title 511, article 6, section 5, sub-section 1.

Citations to Indiana cases begin with a citation to a volume and page in West Publishing Company's Northeast Reporter Series Second Edition. So a citation to 545 N.E.2d 341 (Ind. 1997) is a cite to volume 545, page 341 of the Northeast Reporter. The "(Ind. 1997)" tells the reader the case cited is an Indiana Supreme Court decision issued in 1997.

**Citations to Federal Laws, Rules and Court Decisions**

Citations to the United States Code are preceded by a title number and followed by a section number. So 20 USC 1232g for USCA (for United States Code Annotated) refers to title 20 of the United States Code section 1232g.

Citations to the Code of Federal Regulations are identified by a citation similar to the Indiana Administrative Code. The citation to the volume precedes CFR, and the section number follows.

Federal cases are cited in much the same way as Indiana cases. Trial court decisions are not reported. The first time the decision is made widely available is when an appellate court issues an opinion. A volume number precedes the name of the volume, and a page number in that volume follows the volume number. So a cite to 406 F.3d 500 (7th Cir. 2005) directs the reader to volume 406 of the Federal Reporter Third Series, page 500. The (7th Cir. 2005) tells the reader that the case was issued by the Seventh Circuit Court of Appeals in 2005.

Revised 11/14/11
Revised 2/13/17

© **Neola 2017**