# EXHIBIT 10

# Email from Lori Mehrtens to Plaintiff
# dated July 18, 2017 at 7:58 a.m.

**Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)**

**Kathy Javella**
---

| | |
|---|---|
| **From:** | Lori Mehrtens <LMehrtens@brownsburg.k12.in.us> |
| **Sent:** | Tuesday, July 18, 2017 7:58 AM |
| **To:** | Kyle Dean; Courtney Gallagher; John Kluge; Chad Neal; Melissa Nowotarski; Christine Thompson; Lori Woodcock |
| **Cc:** | Kat Jessup; BHS_Team_2021 |
| **Subject:** | Confidential Student Information-▮ |

Hello all,

I wanted to touch base with you regarding a student named ▮▮▮▮ ▮▮▮ is a transgender student who is transitioning from female to male. Through a joint effort between Kat Jessup and myself, his name will be reflected as "▮▮▮" instead of "▮▮▮▮" for the first time in PowerSchool. Here are some need to know now pieces of information to help get you started:

- Parents are supportive and aware- Feel free to use "he" and "▮▮▮" when communicating.
- Should students react to the name change, please be brief but firm in your response. "We are calling him ▮▮▮ now" is all you need to say and move on.
- We do NOT want ▮▮▮ used as a model for teaching tolerance or anything else. Do not mention anything unless it is brought to your attention.
- Reach out to me if you observe a student being unkind or unusually difficult with this.

Corey Ebert and I will attempt to touch base with you personally before school begins. Should this not happen,  I'm hopeful this e-mail will help to get you started. Don't hesitate to contact me with questions in the meantime.

Best wishes!

---

Mrs. Lori Mehrtens
Team 2017 Guidance Counselor
Brownsburg High School

Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)

**Defendant Brownsburg CSC 137**