# EXHIBIT 11

# Email from Lori Mehrtens to Plaintiff dated July 18, 2017 at 7:55 a.m.

Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)

**Kathy Javella**

| | |
|---|---|
| From: | Lori Mehrtens <LMehrtens@brownsburg.k12.in.us> |
| Sent: | Tuesday, July 18, 2017 7:55 AM |
| To: | Brian Green; John Kluge; Elizabeth Mendenhall; Dan Roman |
| Cc: | BHS_Team_2021; Shelly Waugh; Kat Jessup |
| Subject: | Confidential Student Information-■ |

Hello all,

I wanted to touch base with you regarding a student named ■■■■■■. ■■■ is a transgender student who is transitioning from female to male. Through a joint effort between Kat Jessup and myself, his name will be reflected as "■■■" instead of "■■■" for the first time in PowerSchool. Here are some need to know now pieces of information to help get you started:

- Parents are supportive and aware- Feel free to use "he" and "■■■" when communicating.
- Should students react to the name change, please be brief but firm in your response. "We are calling him ■■■ now" is all you need to say and move on.
- We do NOT want ■■■ used as a model for teaching tolerance or anything else. Do not mention anything unless it is brought to your attention.
- Reach out to me if you observe a student being unkind or unusually difficult with this.
- ■■■ will need an alternate location to change during PE.

I'm hopeful that Corey Ebert and I can touch base with you before school begins to discuss further. Should this not happen, I'm hopeful this e-mail will help to get you started. Don't hesitate to contact me with questions in the meantime.

Best wishes!

Mrs. Lori Mehrtens
Team 2017 Guidance Counselor
Brownsburg High School

Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)
Defendant Brownsburg CSC 138