# EXHIBIT 12

**Letter to Brownsburg's Administration dated September 1, 2017, from the parents of a high school transgender student**

Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)

September 1, 2017

To Whom It May Concern,

Our child, who has the legal name of ▇, is a transgender male. He is currently receiving medical treatment at the Eskanazi Transgender Center of Excellence, and mental health treatment from ▇ ▇ at ▇.

Our medical providers agree that it is in our child's best interest to socially transition as a male. We fully support and love our child, and want to help him live the best life that he can live. We started the social transition process at the beginning of the 2017-2018 school year. He is currently using a male name and pronouns and has requested all his teachers and other students to honor his preferences.

We understand that making the change to a male name and pronouns is an adjustment, and that mistakes and "slips" will inevitably happen. If the individual either corrects their mistake and continues to try to honor ▇'s request, we have no issues. While most the staff at Brownsburg High School have been very supportive and have willingly made the transition to using ▇'s male name and pronouns, there is a staff member that appears to be either struggling with ▇'s transition and has not been using male pronouns. This teacher routinely refers to ▇ by his last name only (which is ok, but we do wonder if the teacher does this with other students or if it is only ▇). The teacher also routinely calls ▇ "Miss. ▇". This causes understandable confusion for other students, and leads to students reverting to using female pronouns. We feel the staff member in question would benefit from receiving very clear instruction from school administration on how to handle this matter.

For these reasons, we would like to officially request that the name ▇ be changed in Power School to ▇. We also request that his name be changed on his school ID card and in the school yearbook. We request that his gender in Power School be changed to MALE. We request that ▇ be issued a male uniform for school orchestra concerts. Finally, we request that all of ▇'s teachers receive formal notification from the school administration that ▇ is using male name and male pronouns.

We would like to thank everyone at Brownsburg High School for all the help and support we have received. Mr. Lee, the faculty advisor of the Equality Alliance and Ms. Webb, the Team 2020 counselor have been particularly helpful and supportive and we greatly appreciate everything they have done for ▇.

Thank you,

▇

Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)