# EXHIBIT 13

**Email to Brownsburg's Administration dated September 21, 2017, from the parents of a high school transgender student**

**Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)**

| | |
|---|---|
| From: | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent: | Thursday, September 21, 2017 10:23 AM |
| To: | Jessica Webb |
| Subject: | Re: Regarding student ▇▇▇▇ |

Thanks so much for your help. We appreciate it.

Sent from my iPhone

> On Sep 21, 2017, at 10:05 AM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
>
> ▇▇▇▇,
>
> Thank you for your email. I am so sorry to hear that ▇▇ is still having trouble in Mr. Kluge's class. I will talk with Mrs. Lingelbaugh about this immediately. I have been in touch with her and Mrs. Jessup (at Central Office) about moving this along. I do not believe the name change takes all that long, but we are looking into what it would take to get the uniform situation sorted out. I will touch base with Mrs. Lingelbaugh and will follow up with you ASAP. I am in total agreement that ▇▇ deserves to feel respected at all times. We are working as diligently as we can to get this resolved. Also, in regards to the policies, I will gather what is in place and will get them to you soon.
>
> Thank you for your patience. I will be in touch with more information as soon as I hear back.
>
>
> Jessica Webb
> School Counselor, Team 2020
>
>
> Brownsburg High School
> 1000 South Odell
> Brownsburg, IN 46112
> (317) 852-2258  x1802
> Fax:  (317) 852-1490
> E-mail:  jwebb@brownsburg.k12.in.us
>
>
>
> -----Original Message-----
> From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> Sent: Tuesday, September 19, 2017 8:37 PM
> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
> Subject: Re: Regarding student ▇▇▇▇
>
> Please let me know asap when you get approval for the name/ gender change in PowerSchool.
>
> Mr. Kluge is continuing to call ▇▇ "Miss ▇▇▇" and it is causing ▇▇ a lot of distress. It is not a slip. He does it everyday, and does not correct it. Honestly, I am starting to get pretty angry about it. I really don't care what he thinks about transgender issues on a personal level. My child deserves to be treated with respect. His refusal to use ▇▇'s preferred name and pronouns is very disrespectful and hurtful. It borders on bullying in my opinion.

1

**Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)**

\>
> I really want to get everything taken care of in PowerSchool to make this more of a clear cut situation for Mr Kluge. Also, is it possible for me to see a copy of the schools policies surrounding transgender issues? It would help me to know what the rules are.
>
> I want to be clear that
> We are very appreciative of all of ▮▮▮'s other teachers who have been very supportive. Mr Lee is an amazing source of support as well.
>
> Thank you,
>
> ▮▮▮▮▮▮
>
>
>
>
>> On Sep 18, 2017, at 1:30 PM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
>>
>> Absolutely!  When the change is official, you should no longer need to refer to him as "▮▮▮▮." You can definitely use ▮▮▮! I sent the letters to Central Office, and I will be sure to let you know when I hear back.
>>
>> Thank you for your patience!
>>
>>
>> Jessica Webb
>> School Counselor, Team 2020
>>
>>
>> Brownsburg High School
>> 1000 South Odell
>> Brownsburg, IN 46112
>> (317) 852-2258  x1802
>> Fax:  (317) 852-1490
>> E-mail:  jwebb@brownsburg.k12.in.us
>>
>>
>>
>> -----Original Message-----
>> From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>> Sent: Monday, September 18, 2017 11:49 AM
>> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
>> Subject: Re: Regarding student ▮▮▮▮▮▮
>>
>> I forgot to ask, when the power school name change becomes official
>> does that mean if I call an absence in I can use the name ▮▮▮▮▮?
>> (So many things to think about lol)
>>
>> Thanks,
>>
>> ▮▮▮▮▮▮
>>
>> Sent from my iPhone

2

\>>
\>>> On Sep 7, 2017, at 11:59 AM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
\>>>
\>>> ▓▓▓,
\>>>
\>>> Of course, no problem! I have forwarded your email on to Ms. Dix who will get ▓▓▓'s pass ready for her to leave. She will be ready at 2:35 and can be picked up at Door 1. You will need to park across the street and she can walk across the cross walk to meet you. Thanks for letting us know!
\>>>
\>>> Have a great day,
\>>>
\>>> Jessica
\>>>
\>>> -----Original Message-----
\>>> From: ▓▓▓
\>>> Sent: Thursday, September 7, 2017 6:18 AM
\>>> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
\>>> Subject: Re: Regarding student ▓▓▓
\>>>
\>>> I need to pick ▓▓▓ up at 235pm today for a dental appt. Could you let the office know? I wasn't sure what name to use when I called? Also, at what door do I pick him up? Between the construction and the name change I am a mess!
\>>>
\>>> Thanks,
\>>>
\>>> ▓▓▓
\>>>
\>>> Sent from my iPhone
\>>>
\>>>> On Sep 6, 2017, at 10:04 AM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
\>>>>
\>>>> See you then!
\>>>>
\>>>> Thanks,
\>>>>
\>>>> Jessica
\>>>>
\>>>> -----Original Message-----
\>>>> From: ▓▓▓
\>>>> Sent: Wednesday, September 6, 2017 9:50 AM
\>>>> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
\>>>> Subject: Re: Regarding student ▓▓▓
\>>>>
\>>>> 215 sounds good. I will see you then.
\>>>>
\>>>> Sent from my iPhone
\>>>>
\>>>>> On Sep 6, 2017, at 8:08 AM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
\>>>>>
\>>>>> Thursday works great! Would you like to plan on 2:00 or 2:15? That way we can meet for a few minutes before you have to head out for her appointment?
\>>>>>
\>>>>> Thanks,

3

>>>>>
>>>>> Jessica Webb
>>>>> School Counselor, Team 2020
>>>>>
>>>>>
>>>>> Brownsburg High School
>>>>> 1000 South Odell
>>>>> Brownsburg, IN 46112
>>>>> (317) 852-2258  x1802
>>>>> Fax:  (317) 852-1490
>>>>> E-mail:  jwebb@brownsburg.k12.in.us
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From:
>>>>> Sent: Tuesday, September 5, 2017 5:08 PM
>>>>> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
>>>>> Subject: Re: Regarding student
>>>>>
>>>>> We see the counselor Wednesday. Would Thursday work?      has an eye Dr appt at 3pm that day so anything works before 230pm.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Sep 5, 2017, at 2:03 PM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
>>>>>>
>>>>>> Yes, please bring the letters to me.  Would you like to set a time to sit down and get everything situated?  My calendar is really open on Wednesday, Thursday, and Friday of next week.
>>>>>>
>>>>>> Let me know what you think!
>>>>>>
>>>>>> Thanks,
>>>>>>
>>>>>> Jessica
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From:
>>>>>> Sent: Tuesday, September 5, 2017 12:28 PM
>>>>>> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
>>>>>> Subject: Re: Regarding student
>>>>>>
>>>>>> We will want to change the name in PowerSchool. We see the counselor next week so we can get a letter then. Is it best to bring the letters to you?
>>>>>>
>>>>>>
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Sep 5, 2017, at 11:54 AM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
>>>>>>>
>>>>>>>          ,
>>>>>>>

4

**Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)**

>>>>>>> I wanted to follow up to let you know that I did reach out to Mr. Kluge about the male uniform for ▓▓. He had conversations earlier this year with Mr. Daghe, our building principal, about these scenarios, and it was determined that uniforms would be issued according to the gender listed in PowerSchool. If you would like to move forward with the PowerSchool name change, please let me know. That particular action might help to create more consistency with the name by which he is addressed, uniforms for orchestra, etc. However, if you are not yet ready to make that change, I certainly understand.
>>>>>>>
>>>>>>> If you have further questions about this situation, I encourage
>>>>>>> you to reach out to Mr. Daghe - bdaghe@brownsburg.k12.in.us Otherwise, please be sure to let me know how I can continue to help and support ▓▓.
>>>>>>>
>>>>>>> Thank you,
>>>>>>>
>>>>>>> Jessica
>>>>>>>
>>>>>>> School Counselor - Team 2020
>>>>>>>
>>>>>>> -----Original Message-----
>>>>>>> From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>>>>>>> Sent: Thursday, August 31, 2017 7:56 PM
>>>>>>> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
>>>>>>> Subject: Re: Regarding student ▓▓▓▓▓▓
>>>>>>>
>>>>>>> Thank you so much for your help. ▓▓ is in orchestra. He would like to wear the boy uniform for the concerts. Could you please discuss this with Mr Klugg? He would need to be measured as he always wore the girl uniform in the past.
>>>>>>>
>>>>>>> Thanks,
>>>>>>>
>>>>>>> ▓▓▓▓▓▓
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>>> On Aug 31, 2017, at 10:36 AM, Jessica Webb <JWebb@brownsburg.k12.in.us> wrote:
>>>>>>>>
>>>>>>>> ▓▓▓▓▓▓,
>>>>>>>>
>>>>>>>> Thank you so much for your follow up email. I am more than happy to talk with ▓▓ about this situation to ensure we are supporting him as best as we can here at school. I am encouraged by how supportive you are of this process, and I am thrilled that you've chosen to reach out to me about assisting with this. I am also encouraged that ▓▓ feels supported by his friend group and teachers. Mr. Lee does a great job with our students, and I know he will continue to be a great support and advocate for ▓▓. I will certainly meet with ▓▓ as soon as possible, hopefully during 5th period today! Mrs. Lingelbaugh is out of the office today, so my schedule is a bit different due to filling in. Hopefully nothing arises between now and 5th period!
>>>>>>>>
>>>>>>>> In regards to next steps, there are a few things I want to explain. I understand that you are taking your time with the legal name change, which is totally fine. However, we do have the option for changing his name in our system if you wish to (which is NOT a legal change). In order to officially make the change in PowerSchool, which is what our staff goes by, we just need a couple of things. We require a letter from parents and a letter from a medical professional (doctor, therapist, etc.) stating the request for name change. We also require that students role play with their parents/families to practice situations in which teachers and/or students call him by "▓▓▓▓". As a school, we will certainly do our best to get the name/pronouns right, but we are all human and there may instances where we don't get

5

**Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)**

**Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)**

it quite right.  In those moments, we do not want ▮ to be offended, feel disrespected, or feel discouraged.  Rather, we want him to be prepared to respond confidently and appropriately, and know that we are doing our best to support him!  Please let me know if you would like to move forward with this change.
>>>>>>>>
>>>>>>>> I look forward to talking through this with ▮!  As always, let me know how I can continue to assist you all!
>>>>>>>>
>>>>>>>> Sincerely,
>>>>>>>>
>>>>>>>> Jessica
>>>>>>>>
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: ▮
>>>>>>>> Sent: Wednesday, August 30, 2017 6:20 PM
>>>>>>>> To: Jessica Webb <JWebb@brownsburg.k12.in.us>
>>>>>>>> Subject: Regarding student ▮
>>>>>>>>
>>>>>>>> Hello,
>>>>>>>>
>>>>>>>> I just wanted to let you know that ▮ is a transgender boy. He told his teachers at the beginning of the year that he wants to go by the name ▮ and use male pronouns. He did this with my husband's and my knowledge and support. We understand the name ▮ will remain on the official records unless we make a legal name change. That will happen sometime in the future, likely before graduation. ▮ has been seeing a counselor for several years and we are scheduled to be seen at the Eskanazi transgender center soon. I am happy to report no issues with bullying etc so far. Thankfully he has a supportive friend group/support system. Mr Lee from the equality alliance has also been a great support. Please let him know that he is appreciated. ▮ would like to meet with you and talk about the next steps. He would prefer 5th period as that is a non academic class. Please let me know if you have any questions or if you think we need to meet in person.
>>>>>>>>
>>>>>>>> Thanks,
>>>>>>>> ▮
>>>>>>>>
>>>>>>>>
>>>>>>>> Sent from my iPhone

6

**Student Record subject to FERPA; Confidential; and Subject to Protective Order entered April 10, 2020 (Doc. 81)**