# EXHIBIT 15

# Email from Craig Lee to Dr. Bret Daghe
# dated August 29, 2017



**From:** Craig Lee
**Sent:** Tuesday, August 29, 2017 3:50 PM
**To:** Bret Daghe <BDaghe@brownsburg.k12.in.us>
**Subject:** follow-up and a couple of important comments

Hi Bret,

I wanted to follow up regarding the powerschool/students changed name discussion at the Faculty Advisory as some issue have arisen in the last few days that need to be addressed. Again, I know you are in the process of doing this, but felt it may help if you know the following.

1. There is a student who has had their name changed in powerschool. They are a freshman who this teacher knew from 8th grade. The teacher refuses to call the student by their new name. I see this is a serious issue and the student/parents are not exactly happy about it. I did share this information with Lori and the student is in contact with her so I am confident it will be dealt with. I just thought you should know. As the student said, "what more are we supposed to do?"
2. There are students who are going through the process of having their name changed in powerschool. Parents are totally supportive but when they have asked their teacher to use their new name the teacher has said, "sorry, I have to use the powerschool name." As we discussed, it is clear why this process exists and the students FULLY understand there is a risk of letting parents know they are undergoing a transition, but what about the students who make it clear that their parents are on board, whose counselor has confirmed its ok to use the new name but finds a teacher refusing to use their new name? Can we (at the very least) say its teacher discretion?

I know that this is something that must be hard to deal with from your perspective. You are trying to do the right thing for your employees and students alike. I absolutely do not envy your position and thus far you have been incredibly supportive and it means a lot. However, there is confusion amongst some teachers and students

that I think needs clarification and perhaps a teacher or two that needs to know that it is not ok to disobey the powerschool rule.

I hope this makes sense mate. Maybe me, you and Kat need to sit down and talk about this. I am not totally sure and of course I am very biased. However, I have always admired your leadership and now look to you for the next step.

Cheers for now

Craig.