# EXHIBIT 16

# Email from Plaintiff to Dr. Jim Snapp and Dr. Bret Daghe dated February 4, 2018

## Kathy Javella

| | |
|---|---|
| **From:** | John Kluge <johnmkluge@yahoo.com> |
| **Sent:** | Sunday, February 4, 2018 4:01 PM |
| **To:** | jsnapp@brownsburg.k12.in.us; bdaghe@brownsburg.k12.in.us |
| **Subject:** | Question about next year |
| **Attachments:** | 201707311440.pdf |

Dear Dr. Snapp and Mr. Daghe,

On the 1/3/18 "Transgender Questions" document we received at our January faculty meeting, it is written:

"5. Are we allowed to use the student's last name only?
We have agreed to this for the 2017-2018 school year, but moving forward it is our expectation the student will be called by the first name listed in PowerSchool."

The contract that we signed in July 2017 does not limit itself to the 2017-2018 school year (see attached), so it is my understanding that I would be allowed to continue to use last-names-only when addressing students next school year and beyond. Is this correct that I would be allowed to continue to use last-names-only when addressing students next school year and beyond?

Sincerely,
John Kluge