# EXHIBIT 17

## Emails between Plaintiff and Jodi Gordon dated April 30, 2018

**From:** Jodi Gordon <jgordon@brownsburg.k12.in.us>
**Date:** April 30, 2018 at 4:34:54 PM EDT
**To:** John Kluge <jkluge@brownsburg.k12.in.us>
**Subject: RE: Request**

Hi John,

I appreciate hearing from you.

I will honor your request and not process this letter or share with the BHS administration until May 29.

Let me know if you have any questions at all.
Jodi

---

**From:** John Kluge
**Sent:** Monday, April 30, 2018 6:56 AM
**To:** Jodi Gordon <jgordon@brownsburg.k12.in.us>
**Subject:** Request

Dear Ms. Gordon,

I'm writing you to formally resign from my position as a teacher, effective at the end of the 2017-2018 school year when my contract is finished, i.e., early August 2018.

I'm resigning my position because Brownsburg Community School Corporation (BCSC) has directed its employees to call transgender students by a name and sex not matching their legal name and sex. BCSC has directed employees to call these students by a name that encourages the destructive lifestyle and psychological disorder known as gender dysphoria. BCSC has allowed me the accommodation of referring to students by last name only starting in August 2017 so I could maintain a "neutral" position on the issue.

Per our conversation on 3/15/18, Brownsburg Community School Corporation is no longer allowing this accommodation. BCSC will require me to refer to transgender students by their "preferred" name as well as by their "preferred" pronoun that does not match their legal name and sex. BCSC will require this beginning in the 2018-2019 school year. Because my Christian conscience does not allow me to call transgender students by their "preferred" name and pronoun, you have said I am required to send you a resignation letter by May 1, 2018 or I will be terminated at that time.

Please do not process this letter nor notify anyone, including any administration, about its contents before May 29, 2018. Please email me to acknowledge that you have received this message and that you will grant this request.

Thank you,

John Kluge
Orchestra Director
Brownsburg High School

**EXHIBIT 17**
Kluge vs. BCSC
Date:
Stenographer: Brandy Bradley

KLUGE –000000173