# EXHIBIT 18

## June 2018 Regular Board Meeting Minutes

## REGULAR MEETING
## BOARD OF SCHOOL TRUSTEES
## BROWNSBURG COMMUNITY SCHOOL CORPORATION

The Board of School Trustees of the Brownsburg Community School Corporation met in a regular meeting on Monday, June 11, 2018 at 6:30 p.m. in the F.L. O'Neal Administration Building, 310 Stadium Drive; Brownsburg, Indiana.

## I.   CALL TO ORDER

Mr. Phil Utterback, President of the Board, called the meeting to order at 6:30 p.m.  Other Board members in attendance included Mr. Eric Hylton, Ms. Jessica Heffernan and Dr. Matthew Freije. Administrators present were Dr. Jim Snapp, Dr. Kat Jessup and Mr. Barry Gardner.  Mrs. Vicki Murphy, Mrs. Jodi Gardner and Dr. Bret Daghe were also present.

## II.   PLEDGE OF ALLEGIANCE

Everyone stood for the Pledge of Allegiance.

## III.   MOMENT OF REFLECTION

Mr. Utterback asked for a moment of silence for reflection.

## IV.   CONSENT ITEMS

**A. Approval – Minutes: May 14, 2018**
**B. Claims: #1264-1373 - $11,785,633.44; P/R#05/11/18 - $1,219,087.22; P/R #05/25/18 - $1,272,656.68; #1374-1624 - $653,127.45**
**C. Superintendent's Report**

The Superintendent's Report was presented as follows:

*1.   Termination – Support Staff:*

| Name | Building | Position | Effective Date |
|------|----------|----------|----------------|
| a.   Scott Engle | ALPHA | Instructional Assistant | May 11, 2018 |

*2.   Resignation - Administration:*

| Name | Building | Position | Effective Date |
|------|----------|----------|----------------|
| a.   Casey Smitherman | Brown | Principal | End of the 2017-18 school year |
| b.   Kelli Waggoner | BHS | Corporation Athletic Director | December 31, 2018 |

*3.   Resignations – Certified:*

| Name | Building | Position | Effective Date |
|------|----------|----------|----------------|
| a.   Ali Marendt | BCSC | School Psychologist | End of the 2017-18 school year |
| b.   Stevie Franke | Cardinal | 5th Grade Teacher | End of the 2017-18 school year |
| c.   Jess Lukens | Cardinal | 5th Grade Teacher | End of the 2017-18 school year |
| d.   Sara Martini | Cardinal | 3rd Grade Teacher | End of the 2017-18 school year |
| e.   Amanda Hall | Eagle | 4th Grade Teacher | End of the 2017-18 school year |
| f.   John Kluge | BHS | Orchestra Teacher | End of the 2017-18 school year |
| g.   Sarah Beltz | BCSC | DHH Teacher | End of the 2017-18 school year |
| h.   Morgan Ross | BHS | English Teacher | End of the 2017-18 school year |
| i.   Steve Hernandez | BHS | Spanish Teacher | End of the 2017-18 school year |
| j.   Huimin Huo (Min Wang) | BHS | Chinese Teacher | End of the 2017-18 school year |

*4.   Resignations – Support Staff:*

| Name | Building | Position | Effective Date |
|------|----------|----------|----------------|
| a.   Nicole O'Meara | WMS | ISS Supervisor | May 11, 2018 |

| | | | |
|---|---|---|---|
| b. Sherry McCluskey | EMS | Special Education Instructional Assistant | End of the 2017-18 school year |
| c. Janet McIntyre | WMS | Special Education Instructional Assistant | End of the 2017-18 school year |
| d. Carrie Walter | WMS | Special Education Instructional Assistant | End of the 2017-18 school year |
| e. Charlotte Harrington | Delaware Trail | Learning Lab Instructional Assistant | End of the 2017-18 school year |
| f. Richard Deardorff | Facility Services | Custodian | May 21, 2018 |
| g. Mark Barnard | Transportation | Bus Driver | May 22, 2018 |
| h. Nicole Horn | Nutrition Services | Nutrition Services Employee | May 18, 2018 |
| i. Angunae Dodson-Wade | BHS | Special Education Instructional Assistant | End of the 2017-18 school year |
| j. Alice Fisher | Transportation | Bus Aide | End of the 2017-18 school year |
| k. Sara Lenoir | ECC | Child Care Assistant | End of the 2017-18 school year |

**5.   New Employment – Administrative:**

| Name | Building | Position | Effective Date | Degree | Reason for Employment |
|---|---|---|---|---|---|
| a. Anne Lesko | Brown | Principal; 220 day, 2 year contract;  salary to be determined once 2018-19 salaries are determined | 2018-19 contract year | Masters | Replacing Casey Smitherman |
| b. Drew Tower | BCSC | Corporation Athletic Director; 220 day, 2 year contract; salary to be determined once 2018-19 salaries | 2018-19 contract year | Masters | Replacing Kelli Waggoner |

**6.   New Employment – Certified:**

| Name | Building | Position | Effective Date | Degree | Reason for Employment |
|---|---|---|---|---|---|
| a. Shelby Sojka | Cardinal | 5th Grade Teacher | July 31, 2018 | Bachelors | Replacing Jess Lukens |
| b. Shana Miller | Delaware Trail | 1st Grade Teacher | July 31, 2018 | Bachelors | New position |
| c. Olivia Oswalt | Delaware Trail | 2nd Grade Teacher | July 31, 2018 | Bachelors | New position |
| d. Codie Thompson | Delaware Trail | 5th Grade Teacher | July 31, 2018 | Bachelors | Replacing Alicia Albers |
| e. Kennedy Brackin | To be determined | Kindergarten Teacher | July 31, 2018 | Bachelors | New position due to enrollment |
| f. Jessica Gibbs | Eagle | 5th Grade Teacher | July 31 2018 | Bachelors | Replacing Ashlen Buck |
| g. Julia Moeller | Lincoln | 1st Grade Teacher | July 31, 2018 | Bachelors | Replacing Ashley Bradley |
| h. Allison Miller | To be determined | Kindergarten Teacher | July 31, 2018 | Bachelors | New position due to enrollment |
| i. Julianna DePoister | White Lick | Special Education Teacher | July 31, 2018 | Bachelors | Replacing Keith Vogel |
| j. Rachel Ollestad | Reagan | Music Teacher | July 31, 2018 | Bachelors | Replacing Meg Edwards |
| k. Yan (Ivy) Xiao | BHS | Chinese Teacher; Part-time; 5/7 contract | July 31, 2018 | Masters | Replacing Huimin Huo (Min Wang) |
| l. Rachel Hott | Reagan | Speech Language Pathologist; Temporary contract | July 31, 2018 thru the end of the 2018-19 school year | Masters | While Andrea Caulk is on medical/maternity leave |

*Board Of School Trustees – Minutes – June 11, 2018*

| | | | | | |
|---|---|---|---|---|---|
| m. Corinne Goen | Lincoln | Speech Language Pathologist | July 31, 2018 | Masters | New position |
| n. Joy Gehm | ECC | Preschool Specialist | July 31, 2018 | Bachelors | Replacing Katrina Rodriguez due to a job transfer |
| o. Lauren Schweizer | ECC | Preschool Teacher | July 31, 2018 | Bachelors | Replacing Tatum Hayden |
| p. Audra Cook | BCSC | School Psychologist | July 31, 2018 | Masters | Replacing Jennifer Black |
| q. Shana Cunningham | BCSC | School Psychologist | July 31, 2018 | Masters | Replacing Ali Marendt |
| r. Benjamin Clark | ALPHA | Special Education Teacher | July 31, 2018 | Masters | New position |
| s. Katherine Sciacca | BHS | English Teacher | July 31, 2018 | Maters | Replacing Morgan Ross |

### 7.   New Employment – Support Staff:

| Name | Building | Position | Effective Date | Hours per Day | Reason for Employment |
|---|---|---|---|---|---|
| a. Katherine Murray | BHS | Administrative Assistant – Team 2020 | July 16, 2018 | 7.5 | Replacing Karen Dix |
| b. Courtney Tharp | WMS | Administrative Assistant – Guidance | July 16, 2018 | 7.5 | Replacing Kim Ross |
| c. Nora Becerra | ECC | Instructional Assistant | August 1, 2018 | 7 | Replacing Alexandria Franks |
| d. Lenise Sims | ECC | Instructional Assistant | August 1, 2018 | 7 | Replacing Tatus Hayden |
| e. Travis Linton | Facility Services | Custodian | May 28, 2018 | 8 | Replacing Bryan Tichenor |
| f. Carroll Walker | Facility Services | Maintenance Technician; $20.00 / hour | June 4, 2018 | 8 | Replacing Ed Orr |
| g. Amanda Owens | Lincoln | School Nurse | August 1, 2018 | 8 | New position |
| h. Brittney Lev | EMS | Nutrition Services | July 31, 2018 | 5 | Replacing Dawn Ratliff |
| i. Deanna Brewer | Cardinal / Delaware Trail | Nutrition Services | July 31, 2018 | 5 | Replacing Angie Waters |
| j. Pamela Lay | White Lick | Nutrition Services | July 31, 2018 | 5 | Replacing Kimberly Spurgeon |

### 8.   New Employment – Extra-Curricular:

| Name | Building | Position | Effective Date |
|---|---|---|---|
| a. Megan Carroll | EMS | 8th Grade Fall Cheerleading Coach | For the 2018-19 season |
| b. Rosa Cruz | EMS | 7th Grade Fall Cheerleading (Lay) Coach | For the 2018-19 season |
| c. Rebeca Lehfeldt | EMS | Girls Cross Country Coach | For the 2018-19 season |
| d. Chris Hamilton | EMS | 8th Grade Football Coach | For the 2018-19 season |
| e. Derrick Shepherd | EMS | 8th Grade Assistant Football (Lay) Coach | For the 2018-19 season |
| f. Ken McCoy | EMS | 7th Grade Assistant Football (Lay) Coach | For the 2018-19 season |
| g. Katherine Wisely | EMS | Girls Golf Coach | For the 2018-19 season |
| h. Brittany Glore | EMS | 7th Grade Softball (Lay) Coach | For the 2018-19 season |
| i. Derrick Shepherd | EMS | Assistant Track (Lay) Coach | For the 2018-19 season |
| j. Kevin Dahlstrom | EMS | Assistant Track Coach | For the 2018-19 season |
| k. Zach Foley | EMS | 8th Grade Boys Basketball Coach | For the 2018-19 season |
| l. Josh Schultheis | EMS | 7th Grade Boys Basketball Coach | For the 2018-19 season |
| m. Kyla Reineke | EMS | 8th Grade Girls Basketball Coach | For the 2018-19 season |

*Board Of School Trustees – Minutes – June 11, 2018*

| | | | |
|---|---|---|---|
| n. Rosa Cruz | EMS | 7th Grade Winter Cheerleading (Lay) Coach | For the 2018-19 season |
| o. Larry Larkin | EMS | Assistant Wrestling (Lay) Coach | For the 2018-19 season |
| p. Jena Keough | BHS | Assistant Fall Cheerleading Coach | For the 2018-19 season |
| q. John Latta | BHS | Assistant Boys Cross Country Coach | For the 2018-19 season |
| r. Daniel Schwanekamp | BHS | Assistant Varsity Football Coach | For the 2018-19 season |
| s. Casey Popenfoose | BHS | Assistant Varsity Football Coach | For the 2018-19 season |
| t. Josh Yoder | BHS | Assistant Varsity Football Coach | For the 2018-19 season |
| u. Zach Dennis | BHS | Assistant Varsity Football Coach | For the 2018-19 season |
| v. Silipa Tupuota | BHS | Assistant Varsity Football (Lay) Coach | For the 2018-19 season |
| w. Zach Hiss | BHS | Assistant Varsity Football Coach | For the 2018-19 season |
| x. J.T. Whitaker | BHS | Assistant Varsity Football Coach | For the 2018-19 season |
| y. Benjamin Wachnicki | BHS | Assistant Varsity Boys Soccer (Lay) Coach | For the 2018-19 season |
| z. Oscar Villagomez | BHS | Assistant Varsity Boys Soccer (Lay) Coach | For the 2018-19 season |
| aa. Jeffrey Denny | BHS | Assistant Varsity Boys Soccer (Lay) Coach | For the 2018-19 season |
| bb. Matthew Hetzel | BHS | Assistant Varsity Girls Soccer (Lay) Coach | For the 2018-19 season |
| cc. Megan Campbell | BHS | Assistant Varsity Volleyball Coach | For the 2018-19 season |
| dd. Rachael Brown | BHS | Assistant Varsity Volleyball (Lay) Coach | For the 2018-19 season |
| ee. Sarah Ruppel | BHS | Assistant Varsity Volleyball Coach | For the 2018-19 season |
| ff. Madison Hall | BHS | Assistant Varsity Fall Cheerleading ($1.00 Lay) Coach | For the 2018-19 season |
| gg. Jason Hendrickson | BHS | Assistant Varsity Girls Soccer ($1.00 Lay) Coach | For the 2018-19 season |
| hh. Braeton Runyon | BHS | Assistant Varsity Football ($1.00 Lay) Coach | For the 2018-19 season |
| ii. Kevyn Bailey | BHS | Assistant Band Instructor ($1.00 Lay) | For the 2018-19 school year |
| jj. Kelsey Hernandez | BHS | Assistant Band Instructor ($1.00 Lay) | For the 2018-19 school year |
| kk. John Morrison | BHS | Assistant Choir Instructor ($1.00 Lay) | For the 2018-19 school year |
| ll. Cassandra Paul | BHS | Assistant Varsity Girls Soccer Coach | For the 2018-19 season |
| mm. Michael Gross | BHS | Assistant Varsity Volleyball (Lay) Coach | For the 2018-19 season |
| nn. Everett Blackmon | EMS | 7th Grade Football (Lay) Coach | For the 2018-19 season |
| oo. Blaine Gardner | BHS | Assistant Varsity Football Coach | For the 2018-19 season |
| pp. David Nichols | BHS | Assistant Varsity Football (Lay) Coach | For the 2018-19 season |
| qq. Derek Hart | BHS | Assistant Varsity Football (Lay) Coach | For the 2018-19 season |

**9.   Leave of Absence – Certified:**

| Name | Building | Position | Type of Leave | Dates of Leave |
|---|---|---|---|---|
| a. Stephanie Roberts | ECC | Instructional Assistant | Medical/Maternity | Upon the birth of the baby (approximately August 22, 2018) thru October 12, 2018 |

**10.  Leave of Absence – Support Staff:**

| Name | Building | Position | Type of Leave | Dates of Leave |
|---|---|---|---|---|
| a. Jennie Pickett | White Lick | 1st Grade Teacher | Family | For the 2018-19 school year |

*Board Of School Trustees – Minutes – June 11, 2018*

**11.   Change of Status – Certified:**

| Name | Previous Position | New Position | Effective Date | Reason for Change |
|------|-------------------|--------------|----------------|-------------------|
| a.   John (JB) McCallum | BHS Academic Coach; 195 day contract | BHS Academic Coach; 185 day contract | July 31, 2018 | Reduction in number of contract days |
| b.   Sarah Burke | BHS Academic Coach; 195 day contract | BHS Academic Coach; 185 day contract | July 31, 2018 | Reduction in number of contract days |
| c.   Shae Otts | EMS Math Teacher; Part-time | BHS Business Teacher | July 31, 2018 | Replacing Dana Dillman |
| d.   Paige Stuckey | ECC Speech Language Pathologist; Part-time | ECC Speech Language Pathologist | July 31, 2018 | Change from part time to full time due to student needs |
| e.   Lindsay Cain | ALPHA Special Education Teacher | ALPHA Behavior Consultant; 195 day contract | July 24, 2018 | Replacing Allison Cioroianu due to a job transfer |

**12.   Change of Status – Support Staff:**

| Name | Previous Position | New Position | Effective Date | Reason for Change |
|------|-------------------|--------------|----------------|-------------------|
| a.   Stephanie Edwards | BCSC Special Education Instructional Assistant | Delaware Trail Special Education Teacher | July 31, 2018 | New position |
| b.   Lisa Peterson | BCSC Behavior Consultant; 195 days | BCSC Occupational Therapist; 185 days | July 31, 2018 | Elimination of the Behavior Consultant position |
| c.   Amanda McGowan | Custodian | Head Custodian – White Lick and Eagle | June 4, 2018 | Replacing Andi Sullivan due to a job transfer |
| d.   Lyn Nolte | Brown Special Education Instructional Assistant; 7 hours / day | Brown Technology Instructional Assistant; 7.5 hours / day | August 1, 2018 | Replacing Erin Sigler |
| e.   Troy Kutemeier | Custodian | BHS Assistant Head Custodian | June 4, 2018 | Replacing Travis Bradfield |

**13.   Clarification – Certified:**

| Name | Position | Clarifying Statement |
|------|----------|----------------------|
| a.   Gwen Earnhart | ECC Preschool Teacher | Mrs. Earnhart had submitted her resignation effective at the end of the school year;  Mrs. Earnhart changed her resignation effective May 14, 2018 |
| b.   Lauren Moreland-Ford | BHS Math Teacher | Ms Moreland-Ford's previously approved daily rate will be adjusted to match her years of experience |

**14.   Clarification – Support Staff:**

| Name | Position | Clarifying Statement |
|------|----------|----------------------|
| a.   Dave Mallory | Warehouse Coordinator | Mr. Mallory had submitted his retirement effective November 3, 2018;  Mr. Mallory actually resigned effective June 1, 2018 |

**15. Approval of Years of Service Award for Long-Term Staff Member:**
It is recommended that the Board approve the following a monetary award for the following long-term staff member, celebrating their years of service with the School Corporation:  Myron Snuffin (40 years) $500.00.  If approved, the gift will be awarded at the Opening Day staff convocation on July 31, 2018.

*Board Of School Trustees – Minutes – June 11, 2018*

## *FOR YOUR INFORMATION:*

### 16.  *Transfers – Certified:*

| Name | Previous Position | New Position | Effective Date | Reason for Change |
|---|---|---|---|---|
| a.  John Latta | Brown 5th Grade Teacher | EMS 6th Grade Teacher | July 31, 2018 | Replacing Nicci Drumwright |
| b.  Christina Carrington | WMS Science Teacher | EMS Science Teacher | July 31, 2018 | New position |
| c.  Matt Morin | WMS Social Studies Teacher | BHS Social Studies Teacher | July 31, 2018 | Replacing John Kruggel |
| d.  Jennifer Frick | EMS Special Education Teacher | WMS Special Education Teacher | July 31, 2018 | Program transferred to WMS |
| e.  Theresa Fairbrother | ALPHA/Harris PE Teacher | EMS PE/Health Teacher | July 31, 2018 | No longer sharing teachers between buildings |
| f.  Cassie Brooks | EMS/WMS PE/Health Teacher | WMS PE/Health Teacher | July 31, 2018 | No longer sharing teachers between buildings |
| g.  Jason Lucas | EMS/WMS PE/Health Teacher | EMS PE/Health Teacher | July 31, 2018 | No longer sharing teachers between buildings |
| h.  Tom Maples | BHS PE Teacher | WMS PE/Health Teacher | July 31, 2018 | No longer sharing teachers between buildings |
| i.  Craig Beckner | EMS/WMS PE/Health Teacher | WMS PE/Health Teacher | July 31, 2018 | No longer sharing teachers between buildings |

### 17.  *Occupational Therapist Employment:*
Per the employment agreements with the part time Occupational Therapists Sarah Salmon and Megan Mosier, administration provided them notice by June 1, 2018 that their positions would not continue in the 2018-19 school year.  This change was a result of the transfer of Lisa Peterson from the Behavior Consultant position to an Occupational Therapist position.

### 18.  *Field Trip Request – Out of State*
The Brownsburg High School Marching Band will be traveling to Bowling Green State University, Bowling Green, Kentucky to participate in the Band of America Regional Competition September 29-30, 2018. Approximately 200 students and 20 chaperones will be attending.  The trip is being organized by Chris Kaflik and Tracy Runyon, BHS Band Directors, and has been approved by the Superintendent based on travel guidelines as set forth by the Board.

### 19.  *Use of Facilities/Special Use Agreements:*
The Administration has approved and received the following fully executed Special Use Agreement(s):

***KidzArt***:  Special Use Agreement dated April 11, 2018, valid for the 2018-2019 school year, for the use of art facilities at up to seven elementary schools, to be billed at $20.00 per session/per school plus $18.00 per session/per school to each school's extra-curricular account, plus any staff time incurred in setup/cleanup to be billed at $35.00 per hour.

### 20.  *Approval of Construction Change Orders:*
The Administration has approved the following construction change orders; the projects remain within the established budget.

| | Prior Contract Amount | Change Order Amount | Resulting Contract Amount | Approved Date | Noted in Consent Agenda | Change |
|---|---|---|---|---|---|---|
| **Lincoln Elementary** | | | | | | |
| BP 01 - SSI - CO 11 | $2,130,646.18 | $5,145.00 | $2,135,800.18 | 5/12/18 | June | CR 584 Playground Surfacing Egress Relocation |
| BP 04 - Gibraltar - CO 10 | $2,800,289.53 | $4,554.00 | $2,804,843.53 | 5/12/18 | JUNE | CR 579 - Clinic counter, CR 580 MC floor boxes, CR 586 Exterior clock control |
| BP 04 - Gibraltar - CO 11 | $2,804,843.53 | $3,754.00 | $2,808,597.53 | 6/6/18 | JUNE | Additional stainless steel cornerguards in Serving area |
| BP 12 - Ermco - CO 14 | $1,252,346.80 | $5,857.19 | $1,258,203.99 | 5/18/18 | JUNE | CR 578 Gym lighting conflict, CR 583 Kitchen Passthough power change, CR 585 Bleacher power change |
| | | | | | | |
| **Brownsburg HS** | | | | | | |
| BP 10 - Geiger & Peters - CO 08 | $4,322,593.44 | $18,257.18 | $4,340,850.62 | 5/17/18 | JUNE | CR 031 (ASI 031 – Unit G Added Steel and Modifications) and CR 5059 (Unit G Ships Ladder to Straight Ladder Credit) |
| BP 11 - JBM - CO 17 | $16,108,152.75 | $91,487.00 | $16,199,639.75 | 5/12/18 | JUNE | CR 036 (ASI 036 – Unit G Doors/Frames/Hardware) & CR 043 (ASI 043 – Unit H Floor Transitions and Door Frame Rev.). |
| BP 11 - JBM - CO 18 | $16,199,639.75 | $80,343.50 | $16,279,983.25 | 5/12/18 | JUNE | CR 5060 (Misc. Unit C Work), CR 5062 (Unit G/H Unforeseen Conditions) & CR 5067 (Unit R/H Winter Conditions and Unit H Overtime) |
| BP 11 - JBM - CO 19 | $16,279,983.25 | $876.00 | $16,280,859.25 | 6/4/18 | JUNE | Unit G crane pad |
| BP 11 - JBM - CO 20 | $16,280,859.25 | $10,210.00 | $16,291,069.25 | 5/12/18 | JUNE | additional demo and caulking in Unit G as noted in RFI 147 |
| BP 13 - Performance - CO 17 | $6,240,968.00 | $19,352.00 | $6,260,320.00 | 5/12/18 | JUNE | CR 031 (ASI 031 - Unit H EIFS), CR 5050 (2B Ceiling Backcharges) and CR 5064 (2C UG Duct Framing Premium Time) |
| BP 13 - Performance - CO 18 | $6,260,320.00 | $17,182.00 | $6,277,502.00 | 5/12/18 | JUNE | CR 5060 (Phase 2B Misc. Ticket Work) and CR 5067 (Unit R And H Winter Conditions) |
| BP 13 - Performance - CO 19 | $6,277,502.00 | $17,505.00 | $6,295,007.00 | 6/6/18 | JUNE | costs of additional walls in Unit G as noted in RFI #147 |
| BP 16 - GPI - CO 16 | $14,017,699.00 | -$1,395.00 | $14,016,304.00 | 5/17/18 | June | CR 034 (ASI 034 – AHU Revisions), CR 5050 (2B Ceiling Back Charges) and CR 5064 (2C UG Duct Install Premium Time). |
| BP 17 - Electric Plus - CO 15 | $9,387,136.06 | $3,003.14 | $9,390,139.20 | 5/12/18 | JUNE | CR 049 (ASI 049 - Unit G and H Speaker Revisions - Costs Previously Captured in CR 5054), CR 5057 (Phase 1B Fire Alarm Devices) and CR 5067 (Unit H Overtime) |
| BP 14 - Santarrosa - CO 07 | $3,619,893.62 | $6,767.62 | $3,626,661.24 | 5/12/18 | JUNE | CR 043 (ASI 043 - Unit H Floor Transitions, Terrazzo Demo and Additional WOC) and CR 5060 (2B Locker Bay Existing Concrete Grinding for New Terrazzo) |
| BP 14 - Santarrosa - CO 08 | $3,626,661.24 | $224.94 | $3,626,886.18 | 5/12/18 | JUNE | West wall Unit G change in wall type and material |
| BP 18 - Complete Masonry - CO 02 | $2,703,513.00 | $21,226.87 | $2,724,739.87 | 5/12/18 | JUNE | CR 043 (ASI 043 - Rework Brick on Low East Elevation of Unit H), CR 5060 (Ticket Work in 2B for Existing Column Wrap) and CR 5067 (Unit H Winter Conditions and Overtime). |
| BP 18 - Complete Masonry - CO 03 | $2,724,739.87 | $12,121.39 | $2,736,861.26 | 6/4/18 | JUNE | misc. patch work in phase 2B and the electrical/data/fire alarm infills as abandoned locations |
| BP 20 - Purdy - CO 01 | $574,999.00 | -$7,760.06 | $567,238.94 | 6/6/18 | JUNE | credit associated with removing the west interior masonry wall from Unit G on the 1st floor |

**21. *Modification of a Professional Services Agreement – 2017 Lincoln Elementary School:***

On May 25, 2018 the Administration approved Fee Proposal No. 1 with CSO Architects, Inc. modifying the original contract to reflect a credit for the various error or omissions encountered in the project. The Fee Proposal decreases CSO's contract value by $32,307.69 to a total fee of $602,692.31. The value of the credit was arrived at through a review of the change orders on the project and represents the "premium" BCSC paid for items where "value received" was agreed upon or the full value of the change order if there was no "value received". It is expected this contract will be paid out in full and closed within the next six weeks.

**22. *Modification to Disposal of Portable Classrooms:***

On January 8, 2018, the Board approved the transfer of twelve portable classrooms to three different school systems. Subsequent to the approval, the school scheduled to remove the two "Ivy Tech" portable classrooms, Ivy Tech determined they did not want to take those units, which over time have degraded in their condition. After contacting three or more vendors, the best course of action has been determined to "sell" the units to one of the companies moving the units, Transport, Inc. Transport "bid" $500 per unit for a total of $1,000. These funds have been collected and the units are being removed, effectively as scrap.

*Dr. Snapp recommended the Board approve the Consent Agenda as presented; Ms. Heffernan moved to approve the recommendation; Dr. Freije seconded the motion. The Board approved the motion by a vote of three (4) ayes; zero (0) nays.*

## V.   COMMUNICATIONS:

### A.  Commendations

Dr. Snapp invited students from BHS HOSA (Health Occupations Students of America) to come forward. Four students earned honors at the HOSA State Competition:

- Allison Hughes, Andra Raibulet, Allison Meinczinger – 1st Place for Public Service Announcement
- Faye Jessup – 1st Place for Sports Medicine

Dr. Snapp congratulated the students for the great work they are doing. Mr. Utterback provided individual commendations to the award winners in recognition of their achievements.

### B. First Reading of Support Staff Handbook

Mrs. Jodi Gordon, Director of Human Resources, presented the first reading of the support staff handbook to the Board. Mrs. Gordon indicated that there were minor changes which were reflected in

the Board packet.  There being no questions or comments, Mrs. Gordon shared she would bring the handbook back to the Board for final approval in July.

## C.  Operations Update

Mr. Barry Gardner provided the operations update as Mr. Voigt was attending a School Resource Officer conference.  Mr. Gardner shared updates on the high school construction project, Phases 2B and 2C.  Mr. Gardner presented slides including preparation for demolition for major construction moving through Phase 3, the band/guard room which will also serve as the temporary dining room through construction, as well as slides of completed classrooms and the health clinic.  He shared that the construction project is moving forward nicely.

## D.  Brownsburg Education Foundation Report

Ms. Heffernan shared the following update from the Brownsburg Education Foundation:
- Chip in for the Kids Golf Outing was held June 8, 2018 at West Chase Golf Course and was the most successful golf outing to date!
- A list of 2018 scholarship recipients can be found on the BEF website.  $34,000 in scholarships were awarded.
- $49,000 in District Excellence Awards have been awarded and the list can be found on the BEF website.
- The annual Yankee Candle Sale will be held earlier in the 2018-19 school year.  The sale will begin August 10th and product delivery will be October 9th and 10th
- Drive 4 UR School Event is tentatively scheduled for Thursday, September 6th at East Middle School.
- The annual surplus sale will be held Saturday, September 15th from 8:00-10:00 am at the Central Office Warehouse.

Dr. Snapp recognized new administrators who were approved during the consent agenda earlier in the evening.  He introduced Anne Lesko, the new principal at Brown Elementary School.  He also welcomed Drew Tower as the new Athletic Director at Brownsburg High School.

## VI.  COMMENTS FROM PATRONS

Mr. Hylton read the public comment policy prior to patron comments clarifying that patrons must state their name and address and that all comments are limited to two minutes.  Mr. Utterback stated that Mr. Hylton would call speakers to the podium.  He shared that Mr. Kluge's resignation was part of the Consent Agenda earlier in the evening and has been accepted by the Board.  Mr. Utterback reiterated that all patrons must follow the rules of the public comment policy.

*Anne Borgeling – 7189 Johnson Court, Brownsburg*
Ms. Borgeling shared that she is a grandparent of students who attend Brownsburg Schools.  She knows Mr. Kluge personally and feels he is an excellent teacher.  She stated that she disagrees with the transgender policy and the actions against Mr. Kluge.

*Grace Marshall – 5851 N CR 550 E, Pittsboro*
Ms. Marshall shared that she is a graduate of Brownsburg High School and is currently attending Ball State University as a music education major.  She indicated she participated in orchestra in Brownsburg beginning in 6th grade.  She shared she had four orchestra teachers during that time and believes Mr. Kluge was the most influential to her.  She indicated he has helped the orchestra program excel and that she believes that BCSC will not find a better music teacher.

*Tammy Imel – 10282 N CR 1025 E, Brownsburg*
Ms. Imel shared she is the parent of a student who will be a senior at Brownsburg High School.  Her son has been in orchestra since he was in 6th grade and he loves being in orchestra and is also in band. She believes that Mr. Kluge has been a huge influence in her son's life.  She shared that

*Board Of School Trustees – Minutes – June 11, 2018*

she has seen Mr. Kluge interact with students and has never seen him treat any student differently than any other, he truly cares about kids and wants them to be successful.  She asked that Mr. Kluge be reinstated.

*Karr Hill – 10232 Soaring Heights Cir, Indianapolis*
Ms. Hill shared that she is a 2010 graduate of Brownsburg High School. She shared about her journey through Brownsburg from not feeling accepted to becoming an active participant in the community.  Her concern is whether students and parents were included in the implementation of the transgender policy.  She believes there should be a vote of the community regarding the policy and the reinstatement of Mr. Kluge.

*Connie Duvall – 2845 Corlee Cres, Brownsburg*
Ms. Duvall shared that she had contacted the vice principal for Team 2019 expressing concerns regarding transgender students being allowed to choose which bathroom they used.  She had concerns for her daughter's safety and chose to withdraw her from Brownsburg High School.  She indicated she wished the parents were made aware and were involved in making the policies of the school.

*Jeff Gracey – 443 N Odell St, Brownsburg*
Mr. Gracey shared that he was disappointed that a policy was put in place without input from the community.  He noted his disappointment with the school board as elected officials and their disregard for the opinions of the community.

*John Kluge – 518 N Enderley Ave, Brownsburg*
Mr. Kluge stated he hoped the Board would address his employment status at the meeting this evening.  Mr. Kluge shared the timeline of events that occurred with respect to his resignation.  He asked for the Board to reconsider his conditional resignation and to reinstate him.

*Dr. Jim Bohrer – 759 Stonehenge Way, Brownsburg*
Mr. Bohrer shared that he is a pastor in the community and has reviewed the accommodations teachers were provided and agrees with many things in the policy.  He stated his concern lies in the consequences aligned with the First Amendment and free speech.  He doesn't wish for any students to be bullied.  He would like to see the policy addressed by the Board prior to the beginning of the school year.

*Yvonne Brandenburg – 1206 Auburn Dr, Brownsburg*
Ms. Brandenburg shared that she is a retired pastor and a volunteer pastor with Good Samaritan Episcopal Church as well as a weekly community volunteer at the High School.  She thanked the Board for having clear policies in place that support all students and make them feel safe and secure.

*Calvin Brandenburg – 1206 Auburn Dr, Brownsburg*
Mr. Brandenburg shared that he is a retired denominational administrator as well as a health care administrator.  He is a current assistant minister at Good Samaritan Episcopal Church.  He thanked the Board for establishing policies and procedures for efficient and humane school operations and activities.  Mr. Brandenburg believes Mr. Kluge should be encouraged to seek employment elsewhere without any repercussions.

*Laura Sucec – 5835 Apple Blossom Dr, Brownsburg*
Ms. Sucec shared she is the parent of a sophomore transgender student. Her son was in orchestra during his freshman year, and although he loved orchestra in middle school, his high school experience with Mr. Kluge was not the same.  She is thankful and appreciative to the school administration for the support and respect she and her son have received. She appreciates that the Board has accepted Mr. Kluge's resignation.

*Aidyn Sucec – 5835 Apple Blossom Dr, Brownsburg*
Mr. Sucec shared that Aidyn is not his preferred name but his real name. He stated that everyone advocating in support of Mr. Kluge should think about what it is like to live as a transgender person. He believes that Mr. Kluge's religious beliefs have no place in a public school.  Mr. Sucec thanked the Board and the administration for everything they are doing to support transgender students.

*Christopher Rusie – 9310 Leroy Rd, Brownsburg*
Mr. Rusie shared that he is a rising senior at Brownsburg High School and has been an openly transgender student for the last four years.  He thanked the Board for all of the support the he has received.  He shared that he respects Mr. Kluge as a person but believes that he would be better served in a private school setting.

*Samuel Willis – 7572 Fieldstone Ct, Brownsburg*
Mr. Willis shared that he is a transgender student in Mr. Kluge's orchestra class.  He stated that his name and pronouns are not a choice but a matter of simple respect. He shared that many times throughout the year, Mr. Kluge would not use the proper pronouns in addressing him.  He thanked the school system for the support he has received and for making him feel safer and more comfortable in our community.

*Aaron Woodruff – 1442 Auburn Dr, Brownsburg*
Mr. Woodruff shared a statement of his religious convictions.  He asked that Mr. Kluge be reinstated to his position.

*David Miller – 410 Weston St, Brownsburg*
Mr. Miller shared that he is greatly concerned that the policy regarding transgender students will result in a multitude of law suits. He is concerned that those with spiritual convictions will be targeted for their beliefs as he believes Mr. Kluge has been targeted. He does not want his tax dollars going to fund law suits.

*Emma Bohrer – 759 Stonehenge Way, Brownsburg*
Ms. Bohrer stated she is a recent graduate of Brownsburg High School. She believes Mr. Kluge is a positive influence on his students.  She was shocked when she heard Mr. Kluge had been fired and was confused as to why.  She wishes for Mr. Kluge to be reinstated.

*Landon Chapman – 8010 St. Patrick Dr, Brownsburg*
Mr. Chapman shared that he is concerned about school policy and how it is being decided.  He is concerned that parents were not notified of the policy. He is most concerned about the bathroom policy.  He asked the Board to further discuss the policy and allow public comment and public vote on the policy.

*Daemyn Hamilton – 121 S Green St, Brownsburg*
Mr. Hamilton shared that he has been a resident of Brownsburg for six years and is speaking to show his support for the name policy.  He expressed his gratitude to the Board for being thoughtful and considerate of transgender students.  He shared his experience in changing his name while in his teens which was not supported and led to him dropping out of school.

*Deb Bagan – 1127 Highland Lake Way, Brownsburg*
Ms. Bagan shared that she is a parent of a recent graduate and rising 7th grader.  She thanked the board for putting policies in place that support all students in the community.

*Alexandria Swan Tuesday – No address provided*
Ms. Tuesday shared that she is part of a collective group of individuals that uses art to inform people of social changes.  She shared that all are created as one and that all wish to be respected. She was concerned that someone who does not accept others could work in a public school system.

*Board Of School Trustees – Minutes – June 11, 2018*

*Jessica Joslin – 788 Maple Ln, Brownsburg*
Ms. Joslin shared that she is a Mom, a Brownsburg resident, a constituent and the mother of a transgender male child who attends Brownsburg High School.  She shared she is also a mental health professional. She stated she understands everyone's concern for the safety of their children, she wants the same.  She would like everyone to work together for the safety of all children.

*Annie Johnson – 1662 Grassland Dr, Brownsburg*
Ms. Johnson wished to address the bathroom issue.  She shared that once transgender hormone therapy has begun, the transformation is so dramatic that one cannot believe the change.

*Beth Ornelas – 9947 Olympic Cir, Brownsburg*
Ms. Ornelas shared she is a Brownsburg parent and former counselor.  She stated that she hopes all students are welcomed into every classroom in the school corporation. She shared that names are very important.  She indicated that by Mr. Kluge's alleged failure to follow policy, he created an environment that allowed students to not feel welcome in his classroom.  She shared that she appreciates Brownsburg's leadership in creating an environment of inclusiveness.

*Andrea Orem – 5294 Green Hills Dr, Brownsburg*
Ms. Orem shared she was born and raised in Brownsburg and is a 2009 Brownsburg graduate.  She was very involved in the music program.  She shared a story about another student from Brownsburg who struggled greatly with being transgender.  She stated that students should always feel safe in the classroom.

*Darla Mitchener – 7682 Windflower Ct, Brownsburg*
Ms. Mitchener shared that she is a stay-at-home mom with a degree in counseling and nursing.  Ms. Mitchener wants to address the guidelines.  She would like families and the Board to work together to find a solution.  She asked that Mr. Kluge's status be reconsidered.

*Heidi Morris-Cass – 1208 River Ridge Dr, Brownsburg*
Ms. Morris-Cass shared that she is a parent, a minister and a teacher.  She stated she is speaking from the perspective of a teacher.  She noted that teachers must meet the needs of all students.  She indicated she left teaching in a private Christian school for a public school because it wasn't meeting her moral compass.

*Randall Gregory – 310 Lazy Hollow Dr, Brownsburg*
Mr. Gregory shared that he attended Brownsburg Schools.  He asked the Board to follow Mr. Kluge's wishes and reinstate him by allowing him to rescind his resignation.  He believes that policy was not followed correctly.  Mr. Gregory shared his thoughts on the difference between males and females and how they are different according to science and according to the Bible.  He believes Mr. Kluge loved every student and should be reinstated.

*April Lashbrook – 411 William Dr, Brownsburg*
Ms. Lashbrook thanked the Board for their service.  She shared that she is the parent of a rising sophomore orchestra student and wanted to thank the Board for the policy regarding transgender students.

*Ash Alba – 788 Maple Ln, Brownsburg*
Mr. Alba is a rising sophomore transgender student at Brownsburg High School.  He shared that the policy has made him feel safe at the school.  He shared that people do not understand the bullying that happens when people call a transgender student by the wrong name or pronoun.  Mr. Alba hopes the policy remains in place.

*Daniel Meyer – No address provided*
Mr. Meyer shared that the Bible says that from the beginning of creation God made them male and female.  He stated that education is about teaching the truth and it is a lie that a boy can be a girl

*Board Of School Trustees – Minutes – June 11, 2018*

and vice versa.  He feels the transgender policy teaches and reinforces the lies.  He asked that Mr. Kluge be reinstated.

*David Pryor – No address provided*
Mr.  Pryor shared that he is one of the pastors at Clearnote Church.  He believes that the administration of Brownsburg does not want good teachers, they want politically correct teachers. He stated that Mr. Kluge is an excellent teacher and loved all his students.  He shared his beliefs on the dangers of a transgender lifestyle.  He asked that Mr. Kluge be reinstated.

*Dan George – 4085 E Cty Rd 1000 N – Brownsburg*
Mr. George shared that he is a Brownsburg graduate.  He believes Mr. Kluge is an excellent teacher who sparks an interest of music and the arts in his children.  He believes that Brownsburg is a community of conservative values, morals and ethics. He would like the community to be able to vote on guidelines/policies that are put in place.  He asked that Mr. Kluge be allowed to continue to teach.

*Allison Carrillo – No address provided*
Ms. Carrillo shared that she is a Spanish teacher who hoped to teach in Brownsburg. She feels that an individual's religious beliefs should be respected.  She stated the accommodations that were put in place for Mr. Kluge to address students by their last name was acceptable.  She asked that Mr. Kluge be reinstated.

*David Abu-Sara – No address provided*
Mr. Abu-Sara shared that he is a pastor in the community.  He stated that he recognizes there are competing world views being addressed.  He shared that the Board will be held accountable for this decision before God.

*Michael Cork – 5754 N Delaware St, Indianapolis*
Mr. Cork shared that he is an attorney allied with the Alliance Defending Freedom and representing Mr. Kluge.  Mr. Cork stated he had reviewed the policy on transgender students and believes it accommodates those students very well. He believes the accommodations made by the district for Mr. Kluge appeared to work.  He asked that Mr. Kluge be reinstated with the accommodation.

*Joseph Spurgeon – No address provided*
Mr. Spurgeon shared that he is a pastor of a church in southern Indiana and a friend of Mr. Kluge. He stated that he does not believe in the transgender policy and believes it to be harmful to students.

*Jason Addis - 629 Port Dr, Avon*
Mr. Addis shared that he is the father of a student who attends Harris Academy in Brownsburg.  He thanked the Board for allowing this forum for differing views.  He shared a quote from the Bible and stated that the transgender policy creates unity.  He commended the students who had the courage to speak this evening.  He thanked the Board for respecting the students and putting the policy in place.

*Mike Willis – No address provided*
Mr. Willis shared that he has been a taxpayer in Hendricks County for over 30 years.  He thanked the Board for the opportunity to speak.  He shared that he hoped the community could come together for a solution.  He believes that accommodations are made for all groups except Christians.

Mr. Utterback concluded the patron comments and thanked everyone who spoke.

*Board Of School Trustees – Minutes – June 11, 2018*

**VII. OLD BUSINESS**

**A. Second Reading and Recommendation to Approve Policy Update - #8510 Wellness**

Dr. Snapp recommended that the Board of School Trustees approve the updates to the Wellness policy as presented at the May 14, 2018 Board meeting by Mrs. Ryan.

*Mr. Hylton moved to approve the recommendation; Ms. Heffernan seconded the motion.  The Board approved the motion by a vote of four (4) ayes; zero (0) nays.*

# Brownsburg Community School Corporation
# Bylaws & Policies

## 8510 - WELLNESS

As required by law, the Board establishes the following wellness policy for the Corporation as a part of a comprehensive wellness initiative.

The Board recognizes that good nutrition and regular physical activity affect the health and well-being of the Corporation's students. Furthermore, research suggests that there is a positive correlation between a student's health and well-being and his/her ability to learn. Moreover, schools can play an important role in the developmental process by which students establish their health and nutrition habits by providing nutritious meals and snacks through the schools' meal programs, by supporting the development of good eating habits, and by promoting increased physical activity both in and out of school.

Schools alone, however, cannot develop healthy behaviors and habits in students with regard to eating and exercise. It will be necessary for not only the staff, but also parents and the public at large to be involved in a community-wide effort to promote, support, and model such healthy behaviors and habits.

The Board sets the following goals in an effort to enable students to establish good health and nutrition habits:

    A.    With regard to nutrition education, the Corporation shall:

        1.    Nutrition education shall be included in the health curriculum so that instruction is sequential and standards-based and provides students with the knowledge, attitudes, and skills necessary to lead healthy lives.

        2.    Nutrition education shall be included in the sequential, comprehensive health curriculum in accordance with the curriculum standards and benchmarks established by the State.

    B.    With regard to physical activity, the Corporation shall:

        1.    **Physical Education**

            a.    A sequential, comprehensive physical education program shall be provided for all students in K-12 in accordance with the physical education academic content standards and benchmarks adopted by the State.

   b.   The physical education curriculum shall provide sequential instruction related to the knowledge, attitudes, and skills necessary to participate in lifelong, health-enhancing physical activity.

2.   **Physical Activity**

   a.   Physical activity and movement shall be integrated, when possible, across the curricula and throughout the school day.

   b.   All before/after-school programs shall provide developmentally appropriate physical activity for the students who participate.

C.   With regard to other school-based activities, the Corporation shall:

   1.   The schools shall schedule mealtimes so there is minimum disruption by bus schedules, recess, and other special programs or events.

   2.   The school shall provide attractive, clean environments in which the students eat.

   3.   An organized wellness program shall be available to all staff.

   4.   Schools in our system utilize electronic identification and payment systems, therefore, eliminating any stigma or identification of students eligible to receive free and/or reduced meals.

   5.   Students are discouraged from sharing their foods or beverages with one another, given concerns about allergies and other restrictions on some students' diets.

D.   With regard to nutrition promotion, the Corporation shall:

   1.   Students shall be encouraged to increase their consumption of healthful foods during the school day.

   2.   An environment shall be created that reinforces the development of healthy eating habits, including offering healthy foods.

*Board Of School Trustees – Minutes – June 11, 2018*

Furthermore, with the objectives of enhancing student health and well-being, and reducing childhood obesity, the following guidelines are established:

A.  In accordance with Policy 8500, entitled Food Service, the food service program shall comply with Federal and State regulations pertaining to the selection, preparation, consumption, and disposal of food and beverages as well as to the fiscal management of the program.

B.  As set forth in Policy **8531**, entitled Free and Reduced Price Meals, the guidelines for reimbursable school meals are not less restrictive than the guidelines issued by the U.S. Department of Agriculture (USDA).

C.  The food service program will provide all students affordable access to the varied and nutritious foods they need to be healthy and to learn well.

D.  All food items and beverages provided, not sold, on the school campus between midnight and thirty (30) minutes after the close of the regular school day, including foods and beverages provided for classrooms parties or holiday celebrations, shall comply with the current USDA Dietary Guidelines for Americans and the USDA Smart Snacks in School nutrition standards. Events run by groups under the BCSC Use of Facilities program shall be exempted from this policy.

E.  All food items and beverages available for sale to students for consumption on the school campus between midnight and thirty (30) minutes after the close of the regular school day shall comply with the current USDA Dietary Guidelines for Americans and the USDA Smart Snacks in School nutrition standards, including, but not limited to competitive foods that are available to students à la carte in the dining area, as well as food items and beverages from vending machines and school stores, or fund-raisers by student clubs and organizations, parent groups, or boosters clubs.

F.   The food service program will strive to be financially self-supporting.

G.  All food items and beverages marketed or promoted to students on the school campus, during the regular school day, shall meet or exceed the USDA Smart Snacks in School nutrition standards.

H.  The food service program shall be administered by a qualified nutrition professional.

I.   All food service personnel shall receive training in food service operations.

J.   Continuing professional development shall be provided for all staff of the food service program.

The Board designates the BCSC Nutrition Services Coordinator as the individual(s) charged with operational responsibility for measuring and evaluating the Corporation's implementation and progress under this policy.

The Nutrition Services Coordinator shall appoint a Corporation wellness committee that includes parents, students, representatives of the school food authority, educational staff (including health and physical education teachers), school health professionals, members of the public, and school administrators to oversee the development, implementation, evaluation, and periodic update, if necessary, of the wellness policy.

The wellness committee shall:

A.    measure the implementation of the Corporation's wellness policy in each of the Corporation's schools;

B.    review the Corporation's current wellness policy;

C.    recommend revision of the policy, as necessary; and

D.    present the wellness policy, with any necessary revisions, to the Board for approval or re-adoption if revisions are necessary.

Not less than biannually, and before the end of each school year, the wellness committee shall submit to the Superintendent and Board their report in which they describe the implementation of the wellness policy, and identify any revisions to the policy the committee deems necessary.

The Nutrition Services Coordinator shall report to the Board on the work of the wellness committee, including their evaluation of wellness policy implementation Corporation-wide, and the areas for improvement, if any, that the committee identified. The Nutrition Services Coordinator shall also be responsible for informing the public, including parents, students and community members, on the content and implementation of this policy. In order to inform the public, the Nutrition Services Coordinator shall post the wellness policy on the Corporation's website, including the assessment of the implementation of the policy prepared by the Corporation.

42 U.S.C. 1751 et seq.
42 U.S.C. 1771 et seq.

Adopted 6/23/06
Revised 6/10/13
Revised 11/10/14

Revised 05/14/18

## VIII.   NEW BUSINESS

### A.  Recommendation to Approve High School Textbook Fees

Dr. Jessup recommended that the Board of School Trustees approve secondary textbook fees for the 2018-2019 school year.  She noted that the increases are due to the adoption of new materials.

*Ms. Heffernan moved to approve the recommendation; Mr. Hylton seconded the motion.  The Board approved the motion by a vote of four (4) ayes; zero (0) nays.*

### B.  Recommendation to Approve Cooperative Purchasing

Dr. Snapp recommended that the Board of School Trustees approve the proposal of HPS/GFS as awarded by the Region 8 and Extended Area Schools (R8EAS) Child Nutrition Group for Brownsburg Community School Corporation's purchase of selected food products and supplies for the 2018-2019 school year.  Dr. Snapp shared that the Indiana Department of Education requires School Board approval to accept the proposal awarded by R8EAS for a group buying

organization/distributor contract for the 2018-2019 school year. While BCSC has used HPS/GFS in previous years as a prime distributor, as a member of R8EAS, BCSC will see an additional two percent (2) in cost savings on all invoices.

*Ms. Heffernan moved to approve the recommendation; Dr. Freije seconded the motion. The Board approved the motion by a vote of four (4) ayes; zero (0) nays.*

### C. Recommendation to Award Construction Contract – BHS Serving Line

Mr. Gardner recommended that the Board of School Trustees approve the bid of C&T Design and Equipment Co., Inc., award a construction contract for Base Bid with a total contract amount of $886,067.00, and authorize the Administration to execute all necessary contracts, issue and approve change orders, and other actions necessary to execute the project according to the published schedule, providing the total project cost does not exceed the authorized limits.

Mr. Gardner shared that this is the final bid package for the High School construction project. He noted that the bids came in higher than expected but still remain within the overall budget of the project. He noted that Mrs. Ryan, Nutrition Services Coordinator, is working with the design team on potential reductions to the overall design.

*Ms. Heffernan moved to approve the recommendation; Dr. Freije seconded the motion. The Board approved the motion by a vote of four (4) ayes; zero (0) nays.*

## IX.  APPOINTMENT OF NEW BOARD MEMBER

Mr. Utterback invited Mr. Glenn McCain to come forward to be sworn in as the newly appointed School Board member. Mr. McCain was chosen to replace Mr. Adam Brower who resigned from the Board in May. Mrs. Regan Huff, Notary Public, swore Mr. McCain in to office. Mr. McCain then joined the Board members at the Board table.

## X.  SUPERINTENDENT COMMENTS

Dr. Snapp had no comments.

## XI.  BOARD MEMBER COMMENTS

There were no comments from members of the Board of School Trustees.

## XV.  ADJOURNMENT

*Mr. Utterback called for a motion to adjourn the meeting. Mr. Hylton moved to recommend adjournment; Dr. Freije seconded the motion. The Board approved the motion by a vote of five (5) ayes; zero (0) nays. The meeting adjourned at 8:38 pm.*

**BROWNSBURG COMMUNITY SCHOOL CORPORATION**
**BOARD OF SCHOOL TRUSTEES**

_____

_____

_____

_____

_____