# EXHIBIT 20

# Document Titled "Transgender Considerations" dated January 22, 2018

# Transgender Considerations

January 22, 2018

## Brownsburg Community School Corporation



Defendant Brownsburg CSC 155

BCSC-000000155

## Why discuss the transgender topic?

- Transgender students are becoming more common; currently at BHS alone, we have 5-20 students that have indicated they are transgender
- We want to equip you as best we can as transgender questions, issues and/or concerns may arise
- Additional information will be shared as available



Defendant Brownsburg CSC 156

BCSC-000000156

# Why discuss the transgender topic?

- This topic should be handled with the same sensitivity as race, religion, and other protected categories

- Our goal is not to change your personal beliefs but to ensure appropriate school place treatment and to provide a safe, inclusive environment for all students

Defendant Brownsburg CSC 157

BCSC-000000157

## Considerations

- Replace gender specific language with inclusive alternatives —instead of "ladies and gentleman" or "boys and girls" try using "everyone", "people" or "folks"
- If you are creating a form for students, consider whether you really need to have a question about sex or gender; if so, provide gender options
- Try not to make assumptions about the genders of students; instead of saying "the girl in the back row" say "the person in the blue shirt in the back row"

Defendant Brownsburg CSC 158

BCSC-000000158

## Considerations

- Avoid using boy/girl methods to divide students – seating charts, lining up, groups, etc.

- If possible, provide gender neutral uniforms

- If you change the way you divide students, change uniforms, or make any other changes to be more inclusive, it is not necessary to share why those changes are being made

Defendant Brownsburg CSC 159

BCSC-000000159

## Other Guidance

- Creating a safe and supportive environment for all students is important
  - Be respectful and nonjudgmental; do not show skepticism and/or disapproval
- If you aren't sure what terminology someone prefers when you are referring to them or talking with them, ask them. It is always better to ask than to assume or avoid.
- If a student discloses they are transitioning to you, it is not your job to share that information with anyone other than the counselor or administrator
- The school counselors are a great resource for you as situations may arise

Defendant Brownsburg CSC 160

BCSC-000000160

## Other Guidance

- FAQ document – everyone will receive a copy of the FAQs at the end of this meeting. Please review these and if you have questions feel free to email or call Jodi or Kat.

- FAQ document – includes questions that were gathered from staff members at EMS, WMS, and BHS – you will see questions that are similar throughout the document. We did our best to interpret exactly what some of the questions were asking.

- FAQ document – as guidance from the IDOE and our attorneys comes to us, we may revise this document. The document is dated in the bottom corner to indicate when it was last edited. If you have two FAQs, be sure you refer to the most recent version.

## Important Questions

- **What is our legal responsibility in keeping gender choices and names from parents (per student's request) especially if the student is a minor?** Changing a student name and/or gender in PowerSchool is a parental choice; they are involved in this process. Staff members are required to call students by the name listed in PowerSchool.

- **When contacting parents, which name do we use: legal or requested?** The name listed in PowerSchool is the name you should use.

- **Are we allowed to use the student's last name only?** We have agreed to this for the 2017-2018 school year, but moving forward it is our expectation the student will be called by the first name listed in PowerSchool.

Defendant Brownsburg CSC 162

BCSC-000000162

## Important Questions

- **How do teachers break from their personal biases and beliefs so that we can best serve our students?** We know this is a difficult topic for some staff members, however, when you work in a public school, you sign up to follow the law and the policies/practices of that organization and that might mean following practices that are different than your beliefs.

- **What feedback and information has been received from the transgender students?** They appreciate teachers who are accepting and supporting of them. They feel dehumanized by teachers they perceive as not being accepting or who continue to use the wrong pronouns or names. Non-transgender students in classrooms with transgender students have stated they feel uncomfortable in classrooms where teachers are not accepting. For example, teachers that call students by their last name, don't use correct pronouns, don't speak to the student or acknowledge them, etc.

Defendant Brownsburg CSC 163

BCSC-000000163

# Important Questions

- **What questions are acceptable to ask of transgender students?** The same questions that are acceptable to ask any other students are acceptable to ask a transgender student. Asking why they are transgender – not appropriate.

- **What is the correct way to approach a transgender student when asking questions?** Ask a question the same way you would address any other student. Imagine asking this same question and trading transgender for African American or female or special education.

Defendant Brownsburg CSC 164

BCSC-000000164