UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
|                 Plaintiff, | ) ) ) |
|                 v. | )   No. 1:19-cv-02462-JMS-DLP |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, | ) ) ) ) |
|                 Defendant. | ) ) |
| NATIONAL ASSOCIATION OF SOCIAL WORKERS, AMERICAN ACADEMY OF PEDIATRICS, INDIANA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, AMERICAN MEDICAL ASSOCIATION, INDIANA YOUTH GROUP, INC., | ) ) ) ) ) ) ) ) ) |
|                 Amicuss. | ) |

**MINUTE ENTRY FOR MAY 24, 2021
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on May 24, 2021.

The parties discussed the status of the case. The settlement conference set for June 2, 2021 is VACATED.

This matter is scheduled for a telephonic status conference on **August 4, 2021** at **2:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status

conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 5/24/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Komal Shah
COVINGTON & BURLING, LLP
One CityCenter - 850 Tenth St., N.W.
Washington, DC 20001