# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>BROWNSBURG COMMUNITY SCHOOL CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:19-cv-2462-JMS-DLP<br><br>**NOTICE OF APPEAL** |

　　　PLEASE TAKE NOTICE that Plaintiff John M. Kluge, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order (Doc. 159) and Judgment (Doc. 160) granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment, entered in this action on July 12, 2021.

　　　Respectfully submitted this 10th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　s/ *Michael J. Cork*

Kevin E. Green　　　　　　　　　　　　Michael J. Cork
456 N. Meridian Street #1517　　　　　5754 N. Delaware St.
Indianapolis, IN 46204　　　　　　　　Indianapolis, IN 46220-2528
(317) 437-5002　　　　　　　　　　　　(317) 517-4217
keglegal@aol.com　　　　　　　　　　　cork0@icloud.com

Roscoe Stovall, Jr.
456 N. Meridian Street #507
Indianapolis, IN 46204
(317) 831-3999
rosstovall@gmail.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiff*