# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 11, 2021

**To:**   Roger A. G. Sharpe
         District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-2475
>
> Caption:
> JOHN M. KLUGE,
>        Plaintiff - Appellant
>
> v.
>
> BROWNBURG COMMUNITY SCHOOL CORPORATION,
>        Defendant - Appellee
>
> District Court No: 1:19-cv-02462-JMS-DLP
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Jane Magnus-Stinson
>
> Date NOA filed in District Court: 08/10/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)