# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

August 7, 2023

Re: KLUGE v. BROWNSBURG
COMMUNITY SCHOOL CORPORATION
et al
Cause Number: 1:19−cv−02462−JMS−KMB

TO ALL COUNSEL OF RECORD:

    Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge Doris L pryor to the docket of Judge Kellie M. Barr on August 7, 2023. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:19−cv−02462−JMS−KMB should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: <u>s/Dan Habing</u>
Dan Habing, Deputy Clerk