UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BROWNSBURG COMMUNITY SCHOOL ) <br> CORPORATION, et al., ) <br> ) <br> Defendants. ) | No. 1:19-cv-02462-JMS-KMB |

## ORDER SETTING STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **September 5, 2023, at 3:00 p.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr.  The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

Counsel is **ORDERED** to meet and confer in advance of the conference and be prepared to discuss their preferred timing for a settlement conference and trial date.

**So ORDERED.**

Date: 8/8/2023

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Komal Shah
COVINGTON & BURLING, LLP
One CityCenter - 850 Tenth St., N.W.
Washington, DC 20001