UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:19-cv-02462-JMS-KMB |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

## AMENDED ORDER SETTING STATUS CONFERENCE

This case remains set for a Telephonic Status Conference on **September 5, 2023, at 3:00 p.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference. The Court issues this Amended Order to more fully detail what counsel should be prepared to discuss at the conference and to add a deadline for counsel to file proposed case management plan deadlines.

Plaintiff John Kluge, who initially filed this case in 2019, alleges that he was "forced to resign after refusing to refer to transgender students by the names selected by the students, their parents, and their healthcare providers due to his religious objections to affirming transgenderism." [Dkt. 159 at 1.] On July 12, 2021, the Court granted Defendant's motion for summary judgment, [*id.* at 51-52], and Plaintiff appealed, [dkt. 164]. The Seventh Circuit Court of Appeals initially affirmed the Court's decision, but it subsequently vacated it and remanded the case in light of the United States Supreme Court's clarification of the standard to be applied in Title VII cases for religious accommodation in *Groff v. DeJoy*, 143 S. Ct. 2279 (2023). [Dkt. 168.] The Seventh Circuit left to the Court's discretion whether to reopen discovery on remand.

[*Id.*]

Counsel is **ORDERED** to meet and confer in advance of the Telephonic Status Conference to discuss their positions on whether discovery should be reopened, whether the Parties intend to file dispositive motions, and preferred case management deadlines based on the same. Counsel should further discuss their preferred timing for a settlement conference and, if necessary, a trial date. **No later than August 29, 2023**, counsel shall jointly file a proposed case management plan setting forth deadlines consistent with their discussion. Should counsel not be able to agree on proposed case management deadlines, they should file a proposed case management plan that sets forth their respective positions on any areas of disagreement.

**So ORDERED.**

Date: 8/10/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Komal Shah
COVINGTON & BURLING, LLP
One CityCenter - 850 Tenth St., N.W.
Washington, DC 20001