UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN M. KLUGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-02462-JMS-KMB |
| | ) | |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE
AND ORDER SETTING CASE MANAGEMENT DEADLINES**

The Parties, by counsel, appeared for a Telephonic Status Conference on September 5, 2023, with Magistrate Judge Kellie M. Barr. Ahead of the conference, the Parties submitted a Joint Proposed Case Management Plan, [dkt. 173], which satisfied their obligations under Local Rule 16-2.

After conferring with the Parties, the Court now enters the following deadlines:

- By agreement of the Parties, discovery shall not be reopened.
- Plaintiff shall make an updated settlement demand **no later than September 8, 2023**. Defendant shall respond to the updated settlement demand **no later than September 15, 2023**. Counsel shall copy JudgeBarrChambers@insd.uscourts.gov on the settlement demand and response.
- A settlement conference will be scheduled by separate order and is anticipated to be held at a date in late September at which the undersigned Magistrate Judge and counsel are currently available, assuming the Parties' clients and/or client representatives are also available. If they are not and a settlement conference cannot be held before November 3, 2023, the Parties shall file a joint motion to modify the briefing schedule set forth below such that the opening brief on the anticipated cross-motions will not be

filed until at least fourteen (14) days after the date on which the Court schedules the settlement conference.

- If settlement is not achieved, the Parties will proceed with briefing cross motions for summary judgment under the following schedule:
    - Plaintiff shall file his motion for summary judgment and brief in support on or before November 3, 2023.
    - Defendant shall file its cross-motion, brief in support, and response in opposition on or before December 15, 2023.
    - Plaintiff shall file his reply in support of his motion and response in opposition to Defendant's cross-motion on or before January 26, 2024.
    - Defendant shall file its reply in support of its cross-motion on or before February 9, 2024.
- If necessary, the District Judge will schedule a trial by separate order at an appropriate time.

**SO ORDERED.**

Date: 9/6/2023

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Travis Christopher Barham
Alliance Defending Freedom
tbarham@adflegal.org

Brent R. Borg
CHURCH CHURCH HITTLE & ANTRIM (Fishers)
bborg@cchalaw.com

Paul D Castillo
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
pcastillo@lambdalegal.org

Michael J. Cork
MICHAEL J. CORK, ESQ.
cork0@icloud.com

Kevin Edward Green
KEVIN GREEN ASSOCIATES
keglegal@aol.com

Christopher Edward Kozak
PLEWS SHADLEY RACHER & BRAUN LLP
ckozak@psrb.com

Tyson Langhofer
ALLIANCE DEFENDING FREEDOM
tlanghofer@adflegal.org

Henry Liu
COVINGTON & BURLING LLP
hliu@cov.com

Alexander Phillip Pinegar
CHURCH CHURCH HITTLE & ANTRIM
apinegar@cchalaw.com

Komal Shah
COVINGTON & BURLING, LLP
One CityCenter - 850 Tenth St., N.W.
Washington, DC 20001

Roscoe Stovall, Jr.
ROSCOE STOVALL, JR. & ASSOCIATES
rosstovall@gmail.com

Camilla B. Taylor
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
ctaylor@lambdalegal.org

Kevin Morris Toner
Plews Shadley Racher & Braun LLP
ktoner@psrb.com

D. Jean Veta
COVINGTON & BURLING LLP
jveta@cov.com