UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN M. KLUGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-02462-JMS-KMB |
| | ) | |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY FROM SETTLEMENT CONFERENCE

The Plaintiff, in person and by counsel, and the Defendant, by authorized representative and by counsel, appeared for a Settlement Conference on September 26, 2023, with Magistrate Judge Kellie M. Barr. The conference was held and concluded without settlement.

Date: 9/26/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF