# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **JOHN M. KLUGE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-cv-2462-JMS-DLP |
| ) | |
| **BROWNSBURG COMMUNITY** ) | |
| **SCHOOL CORPORATION**, et al, ) | |
| ) | |
| Defendants. ) | |

### Defendant's Responses to Plaintiff's Second Set of Interrogatories

Defendant hereby responds to Plaintiff's Second Set of Interrogatories:

### Objections to Plaintiff's "Instructions for Answering"

1. Defendant objects to Plaintiff's Instruction No. 2 to the extent it attempts to impose an obligation on Defendant inconsistent with Federal Rule of Civil Procedure 26(b)(3). That Rule exempts from discovery documents and tangible things that are prepared in anticipation of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer or agent). Defendants therefore object to the production of documents within he possession, custody, or control of the Defendant, its agents, representatives and attorneys, that are privileged and/or exempt from discovery under Rule 26(b)(3).

2. Defendant objects to Plaintiff's Instruction No. 12 because it attempts to impose an obligation on Defendant that exceeds that stated in Federal Rule of Civil

1

Procedure 26(b)(5)(A).

## Responses to Interrogatory

**INTERROGATORY NO. 19**: Please identify the accountant(s) or other individuals who are either retained, engaged as service professionals, or employed by BCSC for the purpose of preparing budgets, balance sheets, profit and loss statements, or statements of revenue and expenses, and who track administrative costs, including, but not limited to, "opportunity costs" and legal expenses.

**RESPONSE**: Defendant is not contending in this case that it incurred any specific administrative costs as evidence that it suffered undue hardship in addressing Plaintiff's request for accommodation. Therefore, Defendant objects to this request as not relevant.

Without waiving this objection, Defendant states that no individual or individuals is (or are) retained, engaged, or employed for the purpose of completing all tasks identified in Interrogatory No. 19. For example, The Defendant does not prepare a "profit and loss statement" nor does it track opportunity costs. Defendant states that its chief financial officer, Shane Hacker, is the individual who prepares budgets and similar financial documents and who would have general knowledge of the Defendant's administrative costs.

## Affirmation

I affirm, under penalties of perjury, that:

a. I am the Superintendent for Brownsburg Community School Corporation, the Defendant in the above-captioned case.

b. I have read the foregoing interrogatories and responses;

c. I do not have personal knowledge of all information that is requested in the interrogatories and believe that no individual has personal knowledge of all such matters; and

d. I have made a reasonably inquiry in response to the foregoing interrogatories and believe that the information reflected in the responses is true based on information known to me, , on information supplied by others, and on information reflected in documents.

_____          Dated: __6-30-2020__
Dr. Jim Snapp

**As to Objections:**

Respectfully submitted,

CHURCH CHURCH HITTLE + ANTRIM

By: _____
Alexander P. Pinegar, Attorney #26543-49
Attorney for Defendant

Church Church Hittle + Antrim
Two North Ninth Street
Noblesville, IN 46060
317-773-2190
317-773-5320 fax
apinegar@cchalaw.com

4

## Certificate of Service

I, the undersigned, hereby certify that a copy of the foregoing has been served on the following by depositing the same in the United States mail, postage prepaid, properly addressed, this  6th  day of July, 2020:

Kevin E. Green
Kevin Green Associates
456 N. Meridian Street, #1517
Indianapolis, IN  46204

Michael J. Cork
Michael J. Cork, Esq.
5754 N. Delaware St.
Indianapolis, IN  46220-2528

Roscoe Stovall, Jr.
101 So. Gulfstream Ave., Unit 4F
Sarasota, FL  34236

Alexander P. Pinegar, #26543-49