**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JOHN M. KLUGE**, <br><br> *Plaintiff,* <br><br> v. <br><br> **BROWNSBURG COMMUNITY SCHOOL CORPORATION**, *et al.*, <br><br> *Defendants.* | Case No. 1:19-cv-2462-JMS-KMB <br><br> **THE HONORABLE** <br> **JANE MAGNUS-STINSON** |

**PLAINTIFF'S NOTICE OF APPEAL**

Please take notice that Plaintiff John M. Kluge hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order and the Final Judgment granting Defendants' Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment, entered in this action on April 30, 2024. [*See* Order, Filing No. 191, at 1–46; Final Judgment, Filing No. 192, at 1.]

Respectfully submitted this 29th day of May, 2024.

MICHAEL J. CORK
**MICHAEL J. CORK, ESQ.**
5754 North Delaware Street
Indianapolis, Indiana 4620-2528
Telephone: (317) 517–4217
cork0@icloud.com

*/s/ Travis C. Barham*
TRAVIS C. BARHAM\*
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road N.E., Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
tbarham@ADFlegal.org

TYSON C. LANGHOFER\*
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
tlanghofer@ADFlegal.org

\* Admitted *pro hac vice.*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, a digital copy of the foregoing document was filed electronically with the Court using its electronic filing system, which automatically sends an electronic notification to all attorneys of record.

Respectfully submitted this the 29th day of May, 2024.

*/s/ Travis C. Barham*
TRAVIS C. BARHAM
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road N.E., Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
tbarham@ADFlegal.org

*Attorney for Plaintiff*

2