UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:19-cv-02462-SEB-KMB |
| | ) |
| BROWNSBURG COMMUNITY SCHOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ENTRY AND ORDER FROM TELEPHONIC CONFERENCE

The Court held a Telephonic Conference on November 24, 2025, before U.S. Magistrate Judge Kellie M. Barr. The Parties appeared by counsel. The Court and counsel discussed how this case should proceed following a second remand from the Seventh Circuit Court of Appeals, especially given the disagreements raised in the Parties' statements filed pursuant to Local Rule 16-2. [*See* dkts. 230; 204.] The Court heard argument on the four issues outlined in its Order Setting Telephonic Conference. [Dkt. 205.] The Court also allowed counsel to raise any additional issues as they saw fit.

Counsel for the Parties agree that limited discovery regarding Plaintiff's damages is appropriate. Thus, within **45 days of the date of this Order**, Plaintiff agreed to produce to Defendant any evidence Plaintiff would use to establish damages at trial that has not previously been produced. Following such production, counsel agreed that a limited disposition of Plaintiff may be appropriate. Counsel agreed that any such deposition would occur after the settlement conference being scheduled with the Court.

Counsel for the Parties disagree about whether any non-expert/liability discovery and dispositive motions should be permitted after the latest remand. Plaintiff does not believe that

Defendant has met the applicable standard to obtain additional discovery, and Defendant disagrees. Plaintiff does not believe that another summary judgment motion would be appropriate, and Defendant disagrees. The Court heard extensive argument on both issues and kept those issues **UNDER ADVISEMENT**. The Court will issue a written decision resolving those issues in due course.

The Parties agreed that an in-person settlement conference with the Court could be beneficial regardless of how the pending discovery and dispositive motions issues are resolved. Counsel and the Court discussed the preferred timing of that settlement conference, which will be set by separate order.

The Parties agreed that, if no further discovery or dispositive motions are permitted, they would prefer a trial date in late April or early May. The Parties request 5 days for trial. Defendant stated that if additional discovery and dispositive motions are permitted, it would prefer that trial not be set until November or after.

**SO ORDERED.**

Date: 11/24/2025

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel electronically registered via CM/ECF