UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. KLUGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-02462-SEB-KMB |
| ) | |
| BROWNSBURG COMMUNITY SCHOOL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ENTRY AND ORDER FROM SETTLEMENT CONFERENCE

The Plaintiff, in person and by counsel, and the Defendant, by authorized representatives and by counsel, appeared for a Settlement Conference on January 23, 2026, with U.S. Magistrate Judge Kellie M. Barr. The conference was held and concluded with the Parties' agreement on terms that will fully resolve this case.

Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**. **Within 30 days** of the date of this Entry, the Parties shall file a motion that will dismiss this cause and submit a proposed order for the Court's signature that is consistent with the agreement of the Parties. Additional time may be granted if requested in writing before expiration of this period.

**So ORDERED.**

Date: 1/23/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email