UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JOHN M. KLUGE**, *Plaintiff,* v. **BROWNSBURG COMMUNITY SCHOOL CORP.**, *Defendant.* | No. 1:19-cv-02462-SEB-KMB **THE HONORABLE SARAH EVANS BARKER** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Under FED. R. CIV. P. 41(a)(1)(A)(ii) and this Court's order, Plaintiff and Defendant stipulate that this case should be dismissed with prejudice as the parties have settled all claims raised in this litigation. *See* Order, Doc. 213 (Jan. 23, 2026).

Respectfully submitted this 3rd day of March, 2026.

*/s/ Travis C. Barham*
DAVID A. CORTMAN
TRAVIS C. BARHAM
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road N.E., Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

TYSON C. LANGHOFER
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
tlanghofer@ADFlegal.org

MICHAEL J. CORK
MICHAEL J. CORK, ESQ.
5754 North Delaware Street
Indianapolis, Indiana 4620-2528
Telephone: (317) 517–4217
cork0@icloud.com

*Attorneys for Plaintiff*

*/s/ Brent R. Borg*
BRENT R. BORG
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Ste. 201
Fishers, Indiana 40638
Telephone: (317) 773–2190
Facsimile: (317) 572–1609
bborg@cchalaw.com

ALEXANDER P. PINEGAR
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, Indiana 46060
Telephone: (317) 773–2190
Facsimile: (317) 773–5320
apinegar@cchalaw.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

Respectfully submitted on this the 3rd day of March, 2026.

>  */s/ Travis C. Barham*
> TRAVIS C. BARHAM
> ALLIANCE DEFENDING FREEDOM
> 1000 Hurricane Shoals Road N.E., Ste. D-1100
> Lawrenceville, Georgia 30043
> Telephone: (770) 339–0774
> Facsimile: (770) 339–6744
> tbarham@ADFlegal.org
>
> *Attorney for Plaintiff*